# EXHIBIT 1

US008244594B2

(12) **United States Patent**
Barron et al.

(10) Patent No.: **US 8,244,594 B2**
(45) Date of Patent: **Aug. 14, 2012**

(54) **METHOD FOR REMOTE ACQUISITION AND DELIVERY OF GOODS**

(75) Inventors: **Mark B. Barron**, Los Angeles, CA (US); **Michael Hays**, Indian Wells, CA (US)

(73) Assignee: **Consumeron, LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 326 days.

(21) Appl. No.: **12/711,867**

(22) Filed: **Feb. 24, 2010**

(65) **Prior Publication Data**

US 2011/0055046 A1    Mar. 3, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/237,128, filed on Aug. 26, 2009.

(51) **Int. Cl.**
*G06Q 30/00*    (2012.01)

(52) **U.S. Cl.** ................. **705/26.1**; 705/26.41; 705/26.43; 705/26.44; 705/26.61; 705/26.63; 705/26.9; 705/27.2

(58) **Field of Classification Search** ................. 705/26.1, 705/26.43, 26.44, 26.61, 26.63, 26.9, 27.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,026,376 | A | 2/2000 | Kenney |
| 6,032,130 | A | 2/2000 | Alloul et al. |
| 6,070,149 | A | 5/2000 | Tavor et al. |
| 6,381,583 | B1 | 4/2002 | Kenney |
| 6,604,681 | B1 | 8/2003 | Burke et al. |
| 6,837,436 | B2 | 1/2005 | Swartz et al. |
| 7,040,541 | B2 | 5/2006 | Swartz et al. |
| 7,063,263 | B2 | 6/2006 | Swartz et al. |
| 7,124,098 | B2 | 10/2006 | Hopson et al. |
| 7,130,814 | B1 | 10/2006 | Szabo et al. |
| 7,195,157 | B2 | 3/2007 | Swartz et al. |
| 7,206,647 | B2 | 4/2007 | Kumar |
| 7,251,621 | B1 | 7/2007 | Weng |
| 7,309,015 | B2 | 12/2007 | Frantz et al. |
| 7,515,914 | B2 | 4/2009 | Herrod et al. |
| 7,627,502 | B2 | 12/2009 | Cheng et al. |

(Continued)

OTHER PUBLICATIONS

"Personalization of Supermarket Product Recommendations" (R.D. Lawrence, G.S. Almasi, V.Kotlyar, M.S. Viveros, S.S. Duri. Data Mining and Knowledge Discovery. Boston: Jan. 2001. vol. 5 Iss. 1-2; p. 11) retrieved from Proquest Apr. 20, 2012.*

*Primary Examiner* — Jeffrey A Smith
*Assistant Examiner* — Courtney Stopp
(74) *Attorney, Agent, or Firm* — Diederiks & Whitelaw, PLC

(57) **ABSTRACT**

A system and method for remote acquisition and delivery of goods includes a server in communication with customer computers, such as through a user interface via the internet. The server can store customer information including billing information, and may include a real-time video processor. A mobile delivery system in communication with the server includes an energy efficient vehicle, a real-time video device, a global positioning system, a communication device and a printer. In use, a customer communicates with a mobile delivery agent via the real-time video device and the communication device to remotely acquire a product. Once acquired, the delivery agent delivers the product to a designated delivery location. The real-time video device can be utilized during the entire transaction. The system preferably includes a processor for optimizing system efficiencies, including selecting a delivery agent based on the product, pick-up location and delivery site.

**17 Claims, 3 Drawing Sheets**



**US 8,244,594 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,775,431 | B2 | 8/2010 | Skaaksrud et al. |
| 7,797,204 | B2 | 9/2010 | Balent |
| 7,954,710 | B1 | 6/2011 | Lee |
| 2001/0044751 | A1 | 11/2001 | Pugliese, III et al. |
| 2002/0072974 | A1* | 6/2002 | Pugliese et al. .......... 705/14 |
| 2003/0115104 | A1 | 6/2003 | Smith et al. |
| 2004/0199435 | A1 | 10/2004 | Abrams et al. |
| 2005/0004844 | A1 | 1/2005 | Attia |
| 2005/0015311 | A1 | 1/2005 | Frantz et al. |
| 2005/0228719 | A1 | 10/2005 | Roberts et al. |
| 2006/0020522 | A1 | 1/2006 | Pratt |
| 2007/0100704 | A1 | 5/2007 | Liu et al. |
| 2007/0208629 | A1 | 9/2007 | Jung et al. |
| 2008/0086386 | A1 | 4/2008 | Bell |
| 2008/0093460 | A1 | 4/2008 | Frantz et al. |
| 2008/0222009 | A1 | 9/2008 | Maranhao |
| 2008/0235038 | A1 | 9/2008 | Szamel |
| 2008/0313052 | A1 | 12/2008 | Otto et al. |
| 2009/0094324 | A1 | 4/2009 | Le Chevalier |
| 2009/0099972 | A1 | 4/2009 | Angert et al. |
| 2009/0157486 | A1 | 6/2009 | Gross |
| 2009/0192892 | A1 | 7/2009 | Cason |
| 2009/0265248 | A1 | 10/2009 | Walker |
| 2010/0142758 | A1 | 6/2010 | Pinhas et al. |
| 2010/0185514 | A1 | 7/2010 | Glazer et al. |
| 2010/0280918 | A1 | 11/2010 | Balent |
| 2010/0293106 | A1 | 11/2010 | Rhoads et al. |
| 2011/0022499 | A1 | 1/2011 | Hogan |
| 2011/0035299 | A1 | 2/2011 | Casey |
| 2011/0055046 | A1 | 3/2011 | Bowen et al. |
| 2011/0145051 | A1 | 6/2011 | Paradise et al. |
| 2011/0145093 | A1 | 6/2011 | Paradise et al. |

* cited by examiner

U.S. Patent     Aug. 14, 2012     Sheet 1 of 3     US 8,244,594 B2



FIG. 1



FIG. 2

U.S. Patent          Aug. 14, 2012          Sheet 3 of 3          US 8,244,594 B2



FIG. 3

US 8,244,594 B2

**1**

## METHOD FOR REMOTE ACQUISITION AND DELIVERY OF GOODS

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present invention claims the benefit of U.S. Provisional Patent Application Ser. No. 61/237,128 entitled "System and Method for Remote Shopping and Delivery" filed Aug. 26, 2009, which is hereby incorporated by reference in its entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention pertains to customer shopping and, more particularly, to a system and method for remote acquisition and delivery of goods.

2. Discussion of the Prior Art

Electronic commerce via the internet is rapidly becoming a standard method by which customers purchase goods remotely for delivery to a location of the customer's choice. However, there are many potential problems associated with ordering goods over the internet. For example, most internet retailers rely on third-party services, such as UPS and Federal Express, to deliver the products purchased on their web sites. From an environmental standpoint, delivering select goods purchased over the internet to individual customers using conventional methods creates a large carbon footprint, and is often not cost effective. For example, when various goods are transported from one or more warehouses across the country to individual customers, rather than to a single store from where the items can be purchased, certain inefficiencies are realized.

Perhaps more important, many customers are opposed to internet shopping. For instance, customers who are particular about style, quality or actual function, may wish to further view or otherwise examine an item before purchasing. Often, a picture may not be available for the item or the picture will be inadequate to accurately depict the item. For this reason, the customer may simply refuse to purchase over the internet or perhaps may purchase an item and then return the same after the item is later examined. Obviously, this purchasing scenario is also inefficient.

Additionally, there currently exists no good solution for an individual to receive immediate delivery of desired goods. For example, if an elderly person is in pain in the middle of the night and is not able to drive to a pharmacy to obtain medication, there is generally no delivery service readily available to acquire the medication and deliver it to the person's home. Further, in regard to public safety, if an individual is intoxicated and it is illegal for him to do an errand, there generally exists no cost effective solution for immediate remote purchase and delivery of goods.

Based on at least these reasons, there is seen to be a need in the art for a remote acquisition and delivery system which provides a customer with detailed information needed to make an informed purchase or acquisition, and which provides rapid delivery of the goods without creating a large carbon footprint.

### SUMMARY OF THE INVENTION

The present invention is directed to a system and method for remote acquisition and delivery of goods. The system includes a server in communication with customer computers or devices via a website on the interne or through a network.

**2**

The server stores customer information including billing information, and may preferably includes a real-time video processor. A mobile delivery agent system in communication with the server includes an energy efficient vehicle, a real-time video device, a global positioning system (GPS), a communication device and a printer.

In use, a customer contacts a service provider through the remote acquisition and delivery system and registers to use the system. Once registered, the user provides the service provider with information regarding the type of product desired and the shopping or acquisition location from which the user desires to purchase or otherwise obtain the product. A mobile delivery agent in close proximity to the shopping location will receive the request for purchase or acquisition from the system, and the delivery agent will proceed to the shopping location. The GPS preferably tracks the delivery agent, and provides navigational information to the delivery agent. The real-time video device is utilized to deliver real-time video of the delivery agent on the way to the location, as well as video captured during execution of a purchase process. The customer is allowed to interact with the delivery agent to inspect the product remotely using the real-time video device and the communications device. Once a purchase or acquisition is approved, the delivery agent acquires the product on behalf of the customer and delivers the product to a designated delivery location. The printer is utilized to produce an invoice and any other transaction documents for delivery to the customer, or documents are mailed to the customer by standard mail or electronic mail. The system preferably includes one or more processors for optimizing efficiencies of the system and calculating the most efficient use of delivery agents based on the shopping location and the delivery site.

Additional objects, features and advantages of the present invention will become more readily apparent from the following detailed description of preferred embodiments when taken in conjunction with the drawings wherein like reference numerals refer to corresponding parts in the several views.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. **1** is a schematic diagram of the remote acquisition and delivery system of the present invention;

FIG. **2** is a flow chart depicting steps involved in a preferred method of the present invention; and

FIG. **3** is a flow chart depicting additional steps involved in a preferred method of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference to FIG. **1**, a remote acquisition and delivery system constructed in accordance with the present invention is indicated at **10**. A services provider is equipped with at least one server **14** in communication with a wide area network (WAN), such as the internet **18**. A user accesses a user interface **22**, such as a website or cable television network screen through WAN or internet **18** via a customer computer **30**. It should be understood that customer computer **30** can be any type of device for communication with user interface **22**, such as a personal computer including a browser **26**, a television or a cell phone or other mobile device. For example, the user interface **22** may be installed as an application on the user's mobile device, such as the user's iPhone™, Blackberry or other PDA. Preferably, system **10** makes use of emerging "blended services" technologies including integrated voice, video and data features which are always "on", giving users

US 8,244,594 B2

**3**

the ability to move from one function to another during a communication session. This blended services technology may be in the form of a digital television which allows for software to be utilized for viewing entertainment and interne applications.

A plurality of databases are stored within server **14**. For example, customer data is stored in a customer database **34** on server **14**, and billing information is stored in billing database **35**. A real-time video processor **38** is also preferably associated with server **14**. Server **14** is in contact with a plurality of mobile delivery agent systems, such as indicated at **42**. Each mobile system **42** preferably includes a real-time video device **46**, a global positioning system (GPS) **47**, a communications system or device **48** and a printer **49**. GPS **47** is preferably utilized to track a mobile delivery agent, as well as provide navigational information to the delivery agent as will be discussed in more detail below. Communications system **48** preferably includes an on-board computer and transceiver system for wirelessly accessing a wide area network or virtual private network (VPN) and system servers. In the preferred embodiment of the invention, mobile system **42** also includes an energy efficient vehicle, such as an electric or hybrid car or other vehicle **50** as the means for transporting the customer. Although each of the devices **46-49** can be separate, in a preferred embodiment one or more of devices **46-49** are incorporated into vehicle **50**, or are in the form of one or more portable devices. In one embodiment, delivery agents will carry a battery pack(s) to supply power to devices **46-49**. Such a battery pack(s) are preferably incorporated into belts or into the uniform of a delivery agent.

Each vehicle **50** preferably includes an outdoor advertising kit **51** enabling the services provider to selectively advertise for themselves, or others. Additionally, vehicles **50** can be outfitted with other tools or accessories, such as a dolly **52** for delivering large purchases to a customer. In one embodiment, a plurality of different sized vehicles **50** are provided, allowing for more flexibility in delivering oversized or large numbers of products/goods. For example, the customer will have the option of utilizing a delivery agent having a mini-vehicle, a mid-sized van, a large van or an extra large moving van. Additionally, each vehicle **50** in communication with server **14** is preferably equipped with a kill switch which may be remotely activated by the services provider of system **10**. Optionally, vehicle **50** is provided with at least one hide-away seat which is utilized to transport a customer(s) and/or the customer's pet, such as when a customer wishes to accompany a delivery agent to view a product in person or when a customer needs to take his or her pet to the vet or boarding house. Further, a secure pick-up service for customers with accompanying membership cards may be provided for a fee, similar to an AAA membership for road side assistance.

A method for utilizing system **10** will now be discussed with reference to FIG. **2**. Initially, if a customer wishes to contact the services provider for system **10**, the customer registers with the services provider by first contacting the service provider through user interface **22** and WAN **18**, as indicated at **100**. If the customer is a new user, the customer then registers with the services provider at **101** and the customer information is stored in customer database **34**. Optionally, the customer registers by other means, such as mailing in an application. Registration preferably includes gathering billing information from the customer, such as a credit card number or other desired billing method, as well as indicating one or more delivery addresses. In one embodiment, information on the location of a customer is transmitted from a customer's smart phone or GPS enabled phone or device to system **10**. In this way, the delivery address of a customer can

**4**

be obtained without the need for the customer or the service provider to physically type in the delivery location information. Preferably, a credit check of the customer is conducted at **102** prior to the customer being approved as a registered customer, and the customer is pre-approved for a particular credit amount at step **103**. When a customer requests services, a pre-authorization check is conducted, such as by charging an amount to a customer's designated charge account, in order to verify that funds are available. In a preferred embodiment, customer database **34** additional stores customer history of use data, which may be utilized in conjunction with a loyalty program similar to a frequent-flyer type program. The customer database **34** may also store a customer's recurring order as set up and managed by the customer. The customer database **34** may also track a customer's previous purchase information which may be helpful in allowing the system to suggest a repeated order or a recurring order to the customer. The customer database **34** may keep such profile information or historical information which may be utilized to suggest purchases to a customer.

Preferably, a membership card or other information is sent to the customer upon registration. The customer then logs into system **10** via website **22** at step **104** utilizing a user name and password generated during registration. The customer is next provided with information regarding the location of a plurality of delivery agents. More specifically, the customer may enter in the area he or she is interested in obtaining services through utilizing a user interface, such as by entering his or her local zip code or the address of a store where a desired product is being sold at step **105**, using an input device (e.g., keyboard) of user interface **22**. Next, information regarding the location and status of delivery agents in the desired area is displayed on a display screen of user interface **22** at step **106**, and the user has the option of selecting the delivery agent of his or her choice. For example, a map of the local area where the customer is located appears showing the location of one or more delivery agents in close proximity to the shopping and/ or delivery location. A user may be able to zoom in and zoom out on this map. Indicia for the delivery agents are preferably color coded to indicate the status of the delivery agent as indicated at step **107**. For example, a green dot on the map indicates a delivery agent who is available, a red dot indicates a delivery agent who is currently filling an order, and a yellow dot indicates a delivery agent who is on standby, such as a large delivery van driver who may work from a home base, or a vehicle that is recharging or refueling. In one embodiment, the customer has access to information regarding the type of vehicle each delivery agent is driving, and may base his or her selection on the type of vehicle desired for the pickup/delivery, or may select a particular delivery agent based on the customer's preference for the particular delivery agent. In one embodiment, delivery agent profiles are available for customers to review. Such profiles may include, for example, a picture of the delivery agent with a short biography, a list of any particular areas of expertise, other customers' remarks, ratings or feedback regarding the delivery agent, or the like.

Preferably, the user specifies the exact location from which the selected delivery agent is to purchase or otherwise acquire the product, such as a retail store location. Alternatively, system **10** calculates the closest location from which to make the purchase based on the selected delivery agent's current location and the location of the customer. Such calculation may be done manually, utilizing GPS **47**, utilizing processor **54** or through some other means. Preferably, store locations are selected in a manner which optimizes efficiencies and reduces vehicle operating costs by selecting store locations

US 8,244,594 B2

**5**

that reduce travel time for the selected delivery agent both to the store and during delivery to the customer.

In one embodiment, if no delivery agent is in the immediate area selected, the map will zoom out to encompass a larger area until one or more delivery agents appear on the map. As set forth above, in a first embodiment, a customer selects the delivery agent based on a variety of factors such as location, availability, or preference for a particular agent, as indicated at step **108**. Alternatively, a processor **54** including a decision algorithm is utilized to select a delivery agent for the customer, as indicated at step **109**. For example, a selection of a delivery agent may be made to enable a delivery agent to obtain goods for more than one customer in a single trip or to minimize the total number of miles traveled by the plurality of delivery agents. Alternatively, a delivery agent manager may select the most appropriate delivery agent for the user, given the desired area and status of delivery agents in the desired area.

As shown in FIG. **3**, once the desired delivery agent is selected at steps **108** or **109**, a customer shopping or acquisition request and profile is sent to the delivery agent at step **110**, and a communications link is established between the customer and the selected delivery agent at step **111**, such as through a telephone or internet connection. Preferably, the customer account information is sent to a communications device **48** in the form of a portable internet device or an onboard display unit located in the agent's vehicle **50**. The portable internet device or onboard display unit may be voice, data and video enabled and utilize internet protocol. The request for a particular product is sent to the selected delivery agent, along with the desired shopping location. The customer profile preferably includes the credit limit available for purchases. The customer's profile may also include information related to a customer's order history.

In one embodiment, the customer first finds information on a product and location of a store or conducts cost-comparisons of products utilizing an internet search engine or cost comparison website. A website tool allows the user to select the delivery services of system **10**, wherein system **10** gathers information from the results of the internet search engine or website in order to generate a request for services or shopping request. In a preferred embodiment, widgets are provided for other websites, such as classified ads or internet retailers, for ease in data transmission to server **14** and individual delivery agents. For example, a customer will simply click on a widget indicating the service provider of system **10** on a website in order to view the closest vehicle **50** to the shopping location depicted on the user interface **22** being viewed by the customer. The pick-up destination and map are automatically captured and transmitted to a selected delivery agent's vehicle, along with an approximate cost estimate for the customer. In addition, system **10** preferably allows a user to rate retailers and/or sellers and post comments. In one embodiment, user interface **22** provides the customer with targeted advertising related to the particular geographic region of the customer delivery and/or pick-up location. Additionally, retail sales alerts and value alerts for locations of interest are preferably displayed on user interface **22**. In one embodiment, system **10** enables customers to post classified ads for used goods, wherein delivery services associated with system **10** can be utilized by customers to shop for the used goods remotely and have the used goods delivered to a desired delivery site as will be explained in more detail below.

A purchase order or acquisition request is scheduled for a particular date and/or time, or is requested as needed by the customer. In a preferred embodiment, once an order is scheduled, a price estimate of services is sent to the customer for

**6**

approval before proceeding with the transaction as indicated at step **112**. Such an estimate is generated, for example, based on the estimated driving time for the delivery agent and a service charge for purchase and delivery of a desired product. Optionally, a user may choose to share a trip, in which case multiple customers will utilize the same delivery agent to purchase products at the same location. In this embodiment, the status of the delivery agents posted on user interface **22** includes the shopping location the delivery agent is traveling to, as well as the time the delivery agent will be at the shopping location. With this information, customers within the same geographic region may choose to utilize the same delivery agent. Although the method of the present invention discussed in more detail below only references a single customer, it should be understood that any additional customer that selects the same agent will also send an acquisition request to system **10**; wherein the agent will electronically transfer an image of the requested goods using real-time video device **46**, in the same manner as described with respect to the first customer. The agent may then acquire the second set of goods for the second customer and make a second delivery trip to a delivery location specified by the second customer. In some situations, an agent may be able to obtain goods for multiple customers from one shopping location in a single trip. In this situation, greater efficiencies are realized and discounts may be offered to customers who participate in the shared pick-up event. In one embodiment, a customer may be able to pay a premium for a faster delivery. In such a scenario, a selection of a delivery agent may be made to accommodate the customer who has paid the premium instead of to maximize the overall efficiency of the delivery agents for multiple customers.

Once a store location is selected, the selected delivery agent travels to the store location as indicated at step **113**, and finds the desired product to be acquired. Ideally, real-time video device **46** is utilized to provide a streaming "street view" for the customer's entertainment and to show the progress of the delivery agent as indicated at **114**. Additionally, GPS **47** is utilized with digital mapping technology to dynamically update the customer as to the location of the delivery agent. In one embodiment, once the delivery agent arrives at the selected location as indicated at **115**, the delivery agent activates a wearable real-time video device **46**, which provides the customer with a real-time view of the selected location as seen by the delivery agent. In one embodiment, system **10** sends short message service (sms) alerts to the customer or initiate voice communication with the customer when a delivery agent is leaving vehicle **50** to enter a location so that the customer can multi-task without worrying about the status of the delivery agent, as indicated at **116**. The delivery agent then enters the shopping location and identifies the product of interest. The delivery agent then communicates to the customer that the product has been identified, and the customer has the option of inspecting the product in real-time at **117**. If the customer chooses to inspect the product, the customer will communicate instructions to the delivery agent at **118**, and the delivery agent will utilize real-time video device **46** to transmit real-time data to customer computer **30**. In a preferred embodiment, instructions are in the form of several pre-approved commands. For example, the customer may request that the delivery agent zoom-in on a particular feature, zoom out, pan right or pan left. Such pre-approved commands will minimize miscommunications between the customer and the delivery agent.

Next, the customer either approves or rejects acquisition of the inspected product. If the product is rejected, the customer has the choice of inspecting another product or terminating

US 8,244,594 B2

7

the service. Once the service is terminated, fees for the services provided are calculated as will be discussed in more detail below. If the customer requests further shopping, the delivery agent will move to other similar products or may travel to another location in search of a satisfactory product. Of course, the customer may choose to terminate the acquisition services at any time, as indicated at **119**. If the product is approved at **120**, the delivery agent will purchase or otherwise acquire the product on behalf of the customer at **121** and deliver the product based on the delivery options specified in the customer's profile, or amended delivery instructions provided by the customer at the beginning of a particular shopping request or at some time during a particular shopping request. In one embodiment, the customer may select a curbside drop-off of goods, or may request "white glove" delivery, in which case the delivery agent will deliver the product directly to the customer's door or desired physical location. Further, the location of the customer, and thus the delivery location, may be obtained directly from the customer's GPS enabled device or smart phone as previously discussed. Additionally, the customer request may include a request for product pickup. For example, upon delivery of goods to the customer, the delivery agent may pick up recyclable products (e.g., cans, bottles, consumer electronics, etc.), which the delivery agent will transport to a recycling facility.

If the customer is not qualified for the amount of the desired purchase, or if the delivery agent cannot complete the transaction for any reason, the customer is notified that the acquisition cannot be made as indicated at **122**. It should be understood that this step can be provided at any time during the service period whenever it is established that the purchase price is outside of the pre-approved credit limit. Alternatively, the customer has the option of paying the retailer or seller directly, in which case the customer will only be billed for the pick-up and delivery services provided. For payment by proxy, the delivery agent may utilize printer **49** to produce a pre-authorization purchasing document including billing information which allows the delivery agent to pay at pick-up. If pre-purchased by the customer, the delivery agent obtains a receipt showing proof of pre-payment by the customer. In one example, if a customer wishes a delivery agent to pick-up a used good(s), such as from a yard sale, the delivery agent debits the customer's credit card for the amount of the purchase price, and upon successfully receiving funds from the customer account, utilizes printer **49** to print out a check as legal tender for the goods to be purchased.

In a preferred embodiment, printer **49** is also utilized to print out an invoice for the amount of time the delivery agent was engaged, distance traveled, purchased product and shopping services rendered, as indicated at **123**. The product is then delivered along with the invoice and any other paperwork (e.g., receipts) to the customer or the selected delivery site as indicated at **124** and **125**. Preferably, the invoice is packaged and attached to the purchased product. In one embodiment, the invoice includes a map having the route traveled during the shopping request and delivery highlighted, with an accompanying time history. If no product is purchased and no delivery is made, an invoice for services rendered may be generated utilizing billing database **35** and information provided by the delivery agent, with the invoice being sent to the customer either electronically (e.g., via a designated email address) or through standard mail delivery methods. The services rendered are charged directly to a designated customer credit card, or utilizing some other designated electronic payment method. In one embodiment of the invention, each delivery agent has his or her own designated checking account and/or credit card which is utilized to

8

purchase the desired goods and the customer is billed for services and product purchased upon delivery of the product to the customer.

Real-time video device **46** is preferably utilized throughout the transaction to show the location of the delivery agent as the agent is driving to a desired purchase location, to show the product at the purchase location, and to verify delivery of the product to the customer at the designated delivery location. Preferably, video footage is stored on server **14** and can be accessed for delivery agent evaluation, for liability and public safety purposes, for delivery agent history or dispute resolution purposes, for example. However, in another embodiment, historic customer information is utilized for rapid request orders. More specifically, a customer can place an order through server **14**, and server **14** will send the order to a deliver agent without the need for the customer to select a delivery agent or communicate with the delivery agent. This feature can be particularly useful when a customer wishes to obtain previously ordered items such as prescription medications or groceries. In this case, the customer may be sent an alert through customer computer **30** when the delivery agent is nearing the delivery location.

Based on the above, it should be understood that the present invention provides a system for remote acquisition and delivery of goods that supplies a customer with the detailed information needed to make an informed purchase or acquisition remotely, and provides rapid same-day delivery of goods without creating a large carbon footprint. In one embodiment, system **10** calculates the reduction in carbon emissions from utilizing the service, or from selecting a particular delivery agent. It is contemplated that various retailers may work in conjunction with the services provider of system **10** to promote the use of the environmentally friendly services of the provider through displays indicating that the retails work with the service provider. In one embodiment, for example, a registered customer may opt-in for liquidation alerts from participating retailers. Additionally, participating retailers may provide in-house gear for staff or delivery agents, such as glasses with an embedded real-time video processor **46** and a communications device **48** to enable staff or delivery agents entering the retail establishments to communicate with a customer. Alternatively, participating retailers may provide point-of-view (POV) cameras within the retail establishment which are connected to the internet and can be accessed by customers through system **10** so that the customers may view products within a store prior to engaging a mobile delivery agent.

In one exemplary embodiment, a customer generates an e-shopping "wish" list for desired products utilizing system **10**. The e-shopping list can be created manually by a user typing in his or her request into a user interface (e.g. keyboard) of computer **30**. Alternatively, the e-shopping list can be created utilizing an image and data capture device, such as a camera, and transferring the data to server **14** for processing. More specifically, a customer may travel to a retail establishment and, either utilizing in-house gear provided by the retail establishment or utilizing person equipment, such as a camera or bar code scanning device, record which products the customer may be interested in obtaining at a future time. For each product on the list, the customer sends information regarding the product such as pictures, video, instructions, recipes, specifications, ingredients, where manufactured, etc. to server **14**. This e-shopping list is then made available to the customer upon logging into system **10**. Preferably, a selected delivery agent may retrieve the customer's e-shopping list and check items off the list as they are obtained utilizing communications device **48** or some other device communi-

US 8,244,594 B2

**9**

cating with server **14**. In this way, a customer can view the updates to their e-shopping list in real-time through their computer's connection to server **14**. Additionally, data or images captured by real-time video processor **46**, or the customer's own equipment (e.g., camera), may be utilized by server **14** to generate product reviews on the particular product of interest or to check the internet for digital coupons associated with the product. The product reviews may be accessed by the customer through system **10**, and the digital coupons may be viewed and accessed by the customer or the selected delivery agent and used in the purchase of the desired product. Such coupons may be printed by the selected delivery agent utilizing printer **49**, for example.

Although described with reference to preferred embodiments of the invention, it should be readily understood that various changes and/or modifications can be made to the invention without departing from the spirit thereof. For instance, although discussed in the context of a customer who wishes to purchase a product, it should be understood that system **10** may be utilized to schedule both pick-ups and delivery of any type of goods, including free goods. In one embodiment, system **10** will be utilized to arrange for disposal services for a customer, such as trash removal or hazardous materials removal. For example, a customer may wish for a delivery agent to purchase and deliver a new water heater, but may also wish for the delivery agent to carry away the old water heater or arrange for a third-party pickup of the water heater. In this situation, the delivery agent may arrange for a local trash service to perform a one-time pick-up of the old water heater. In another example, a customer may utilize a delivery agent in a different country or city in order to shop remotely for a desired product, and the delivery agent may arrange for a third party delivery service to transport the product to the customer. In another example, a delivery agent might be engaged to view a real estate listing and provide real-time video remote viewing of the property. Further, the steps for the methods of remote acquisition and delivery of goods described herein do not necessarily need to be in the order in which they are presented above. In general, the invention is only intended to be limited by the scope of the following claims.

We claim:

**1**. A method for remote acquisition and delivery of goods comprising:

deploying a plurality of delivery agents of a service provider to various geographic locations, each delivery agent having a mobile delivery agent system in communication with at least one remote server, wherein each mobile delivery agent system includes: a real-time video device, a global positioning device, and a communication device;

receiving a first acquisition request from a first customer for a first set of one or more goods;

obtaining information, including location information based on signals from the global positioning devices and availability status information, on the plurality of delivery agents;

obtaining a selection of one of the plurality of delivery agents for fulfilling the first acquisition request;

deploying one of the plurality of delivery agents to a location having the first set of one or more goods;

electronically transferring an image of the first set of one or more goods to the first customer using the real-time video device;

acquiring the first set of one or more goods via the delivery agent; and

**10**

delivering the first set of one or more goods to a delivery site selected by the first customer.

**2**. The method of claim **1**, further comprising:

conducting a credit check of the first customer prior to acquiring the first set of one or more goods; and

pre-approving the first customer for a particular purchase amount based on the credit check.

**3**. The method of claim **2**, further comprising: obtaining consent from the first customer to acquire the first set of one or more goods using the communication device before acquiring the first set one or more goods.

**4**. The method of claim **1**, further comprising: receiving instructions from the first customer using the communication device to remotely inspect the first set of one or more goods utilizing the real-time video device.

**5**. The method of claim **1**, further comprising:

calculating a price estimate based on the first acquisition request; and

providing the price estimate to the first customer.

**6**. The method of claim **1**, further comprising, while deploying the one of the plurality of delivery agents to the location having the first set of one or more goods, providing the first customer with a real-time street view utilizing the real-time video device.

**7**. The method of claim **1**, wherein the each mobile delivery system further includes a printer and the method further comprising: printing out an invoice for the first customer utilizing the printer upon delivery of the one or more goods.

**8**. The method of claim **1**, further comprising:

receiving a second acquisition request from a second customer for a second set of one or more goods;

electronically transferring an image of the second set of one or more goods to the second customer using the real-time video device;

acquiring the second set of one or more goods via the delivery agent; and

delivering the second set of one or more goods to a second delivery site selected by the second customer.

**9**. The method of claim **1**, further comprising: checking the one or more goods off an electronic shopping list in real-time as each of the one or more goods is acquired.

**10**. The method of claim **1**, further comprising:

receiving product data from the first customer regarding the one or more goods; and

checking the internet for a digital coupon associated with the product data.

**11**. The method of claim **10**, wherein the each mobile delivery system further includes a printer and the method further comprising:

printing out the digital coupon utilizing the printer; and

applying the coupon to a purchase during the step of acquiring the first set of one or more goods via the delivery agent.

**12**. The method of claim **1**, further comprising:

receiving product data from the first customer regarding at least one of the one or more goods; and

generating product reviews associated with the product data which are accessible by the first customer.

**13**. A method for remote acquisition and delivery of goods comprising:

deploying a plurality of delivery agents of a service provider to various geographic locations, each delivery agent having a mobile delivery agent system in communication with at least one remote server, wherein each mobile delivery agent system includes: a real-time video device, a communication device and a global positioning device;

US 8,244,594 B2

**11**

receiving a first acquisition request from a first customer for a set of one or more goods;

after receiving the first acquisition request, calculating which of the plurality of delivery agents could most efficiently carry out the first acquisition request using the at least one remote server, with the calculation being based, at least in part, on a location having the first set one or more goods, a current location of the delivery agent as determined utilizing the global positioning device, and the delivery site;

deploying one of the plurality of delivery agents to the location having the first set of one or more goods based, at least in part, on the calculation;

electronically transferring an image of the first set of one or more goods to the first customer using the real-time video device;

acquiring the first set of one or more goods via the delivery agent; and

**12**

delivering the first set of one or more goods to a delivery site selected by the first customer.

**14**. The method of claim **13**, further comprising: sending to the first customer, information on the plurality of delivery agents, including location information based on signals from the global positioning devices.

**15**. The method of claim **14**, wherein the information on the plurality of delivery agents includes a status of the plurality of delivery agents.

**16**. The method of claim **14**, wherein the first acquisition request from the first customer includes a selection of one of the plurality of delivery agents for fulfilling the first acquisition request.

**17**. The method of claim **14**, wherein the information on the plurality of delivery agents includes an availability status of the plurality of delivery agents.

\*   \*   \*   \*   \*

# EXHIBIT 2

US009202191B2

(12) **United States Patent**
Bowen et al.

(10) **Patent No.:** **US 9,202,191 B2**
(45) **Date of Patent:** **Dec. 1, 2015**

(54) **SYSTEM AND METHOD FOR REMOTE ACQUISITION AND DELIVERY OF GOODS**

(75) Inventors: **Mark Baron Bowen**, Los Angeles, CA (US); **Michael Hays**, Indian Wells, CA (US)

(73) Assignee: **Consumeron, LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 141 days.

(21) Appl. No.: **13/568,216**

(22) Filed: **Aug. 7, 2012**

(65) **Prior Publication Data**

US 2012/0303488 A1      Nov. 29, 2012

**Related U.S. Application Data**

(62) Division of application No. 12/711,867, filed on Feb. 24, 2010, now Pat. No. 8,244,594.

(60) Provisional application No. 61/237,128, filed on Aug. 26, 2009.

(51) **Int. Cl.**
*G06Q 30/00* (2012.01)
*G06Q 10/08* (2012.01)
*G06Q 30/06* (2012.01)

(52) **U.S. Cl.**
CPC ............ *G06Q 10/08* (2013.01); *G06Q 30/0617* (2013.01); *G06Q 30/0623* (2013.01); *Y02B 60/50* (2013.01)

(58) **Field of Classification Search**
CPC .......... G06Q 30/0601; G06Q 30/0635; G06Q 30/0633; G06Q 30/0641
USPC ............................................. 705/26.1, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,026,376 A | 2/2000 | Kenney |
| 6,032,130 A | 2/2000 | Alloul et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 2002094621 | 3/2002 |
| JP | 2003132278 | 5/2003 |

(Continued)

OTHER PUBLICATIONS

Lawrence et al., "*Personalization of Supermarket Product Recommendations*", Data Mining and Knowledge Discovery, vol. 5, pp. 11-21, 2001.

*Primary Examiner* — Courtney Stopp
(74) *Attorney, Agent, or Firm* — Diederiks & Whitelaw, PLC

(57) **ABSTRACT**

A system and method for remote acquisition and delivery of goods includes a server in communication with customer computers, such as through a user interface via the internet. The server can store customer information including billing information, and may include a real-time video processor. A mobile delivery system in communication with the server includes an energy efficient vehicle, a real-time video device, a global positioning system, a communication device and a printer. In use, a customer communicates with a mobile delivery agent via the real-time video device and the communication device to remotely acquire a product. Once acquired, the delivery agent delivers the product to a designated delivery location. The real-time video device can be utilized during the entire transaction. The system preferably includes a processor for optimizing system efficiencies, including selecting a delivery agent based on the product, pick-up location and delivery site.

**16 Claims, 3 Drawing Sheets**





US 9,202,191 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,070,149 | A | 5/2000 | Tavor et al. |
| 6,381,583 | B1 | 4/2002 | Kenney |
| 6,604,681 | B1 | 8/2003 | Burke et al. |
| 6,837,436 | B2 | 1/2005 | Swartz et al. |
| 7,040,541 | B2 | 5/2006 | Swartz et al. |
| 7,063,263 | B2 | 6/2006 | Swartz et al. |
| 7,124,098 | B2 | 10/2006 | Hopson et al. |
| 7,130,814 | B1 | 10/2006 | Szabo et al. |
| 7,195,157 | B2 | 3/2007 | Swartz et al. |
| 7,206,647 | B2 | 4/2007 | Kumar |
| 7,251,621 | B1 | 7/2007 | Weng |
| 7,309,015 | B2 | 12/2007 | Frantz et al. |
| 7,505,929 | B2 | 3/2009 | Angert et al. |
| 7,515,914 | B2 | 4/2009 | Herrod et al. |
| 7,627,502 | B2 | 12/2009 | Cheng et al. |
| 7,680,694 | B2 | 3/2010 | Glazer et al. |
| 7,775,431 | B2 | 8/2010 | Skaaksrud et al. |
| 7,797,204 | B2 | 9/2010 | Balent |
| 7,954,710 | B1 | 6/2011 | Lee |
| 8,224,707 | B1 | 7/2012 | Smith et al. |
| 8,321,298 | B2 | 11/2012 | Chou et al. |
| 2001/0044751 | A1 | 11/2001 | Pugliese, III et al. |
| 2002/0072974 | A1 | 6/2002 | Pugliese et al. |
| 2003/0115104 | A1 | 6/2003 | Smith et al. |
| 2003/0125963 | A1 | 7/2003 | Haken |
| 2004/0199435 | A1 | 10/2004 | Abrams et al. |
| 2005/0004844 | A1 | 1/2005 | Attia |
| 2005/0015311 | A1 | 1/2005 | Frantz et al. |
| 2005/0228719 | A1 | 10/2005 | Roberts et al. |
| 2006/0020522 | A1 | 1/2006 | Pratt |
| 2006/0111955 | A1* | 5/2006 | Winter et al. ...................... 705/8 |
| 2006/0259369 | A1 | 11/2006 | Bongrazio et al. |

| | | | |
|---|---|---|---|
| 2007/0088617 | A1 | 4/2007 | Yang |
| 2007/0100704 | A1 | 5/2007 | Liu et al. |
| 2007/0208629 | A1 | 9/2007 | Jung et al. |
| 2008/0086386 | A1* | 4/2008 | Bell ................................. 705/26 |
| 2008/0093460 | A1 | 4/2008 | Frantz et al. |
| 2008/0222009 | A1 | 9/2008 | Maranhao |
| 2008/0235038 | A1 | 9/2008 | Szamel |
| 2008/0313052 | A1 | 12/2008 | Otto et al. |
| 2009/0094324 | A1 | 4/2009 | Le Chevalier |
| 2009/0099972 | A1 | 4/2009 | Angert et al. |
| 2009/0157486 | A1 | 6/2009 | Gross |
| 2009/0192892 | A1 | 7/2009 | Cason |
| 2009/0265248 | A1 | 10/2009 | Walker |
| 2010/0142758 | A1 | 6/2010 | Pinhas et al. |
| 2010/0185514 | A1 | 7/2010 | Glazer et al. |
| 2010/0280918 | A1 | 11/2010 | Balent |
| 2010/0293106 | A1 | 11/2010 | Rhoads et al. |
| 2011/0022499 | A1 | 1/2011 | Hogan |
| 2011/0035299 | A1 | 2/2011 | Casey |
| 2011/0055046 | A1 | 3/2011 | Bowen et al. |
| 2011/0145051 | A1 | 6/2011 | Paradise et al. |
| 2011/0145093 | A1 | 6/2011 | Paradise et al. |
| 2011/0258086 | A1 | 10/2011 | Stein |
| 2012/0233032 | A1 | 9/2012 | Calman et al. |
| 2012/0265651 | A1 | 10/2012 | Ephraim |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2003533777 | 11/2003 |
| JP | 2006004096 | 1/2006 |
| JP | 2006082981 | 3/2006 |
| JP | 2007304633 | 11/2007 |
| JP | 2008217831 | 9/2008 |

* cited by examiner



FIG. 1

U.S. Patent          Dec. 1, 2015          Sheet 2 of 3          US 9,202,191 B2



FIG. 2

U.S. Patent     Dec. 1, 2015     Sheet 3 of 3     US 9,202,191 B2



FIG. 3

US 9,202,191 B2

**1**

## SYSTEM AND METHOD FOR REMOTE ACQUISITION AND DELIVERY OF GOODS

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present invention represents a divisional application of U.S. patent application Ser. No. 12/711,867 entitled "System and Method for Remote Acquisition and Delivery of Goods" filed Feb. 24, 2010 which claims the benefit of U.S. Provisional Patent Application Ser. No. 61/237,128 entitled "System and Method for Remote Shopping and Delivery" filed Aug. 26, 2009, which is hereby incorporated by reference in its entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention pertains to customer shopping and, more particularly, to a system and method for remote acquisition and delivery of goods.

2. Discussion of the Prior Art

Electronic commerce via the internet is rapidly becoming a standard method by which customers purchase goods remotely for delivery to a location of the customer's choice. However, there are many potential problems associated with ordering goods over the internet. For example, most internet retailers rely on third-party services, such as UPS and Federal Express, to deliver the products purchased on their web sites. From an environmental standpoint, delivering select, goods purchased over the internet to individual customers using conventional methods creates a large carbon footprint, and is often not cost effective. For example, when various goods are transported from one or more warehouses across the country to individual customers, rather than to a single store from where the items can be purchased, certain inefficiencies are realized.

Perhaps more important, many customers are opposed to internet shopping. For instance, customers who are particular about style, quality or actual function, may wish to further view or otherwise examine an item before purchasing. Often, a picture may not be available for the item or the picture will be inadequate to accurately depict the item. For this reason, the customer may simply refuse to purchase over the internet or perhaps may purchase an item and then return the same after the item is later examined. Obviously, this purchasing scenario is also inefficient.

Additionally, there currently exists no good solution for an individual to receive immediate delivery of desired goods. For example, if an elderly person is in pain in the middle of the night and is not able to drive to a pharmacy to obtain medication, there is generally no delivery service readily available to acquire the medication and deliver it to the person's home. Further, in regard to public safety, if an individual is intoxicated and it is illegal for him to do an errand, there generally exists no cost effective solution for immediate remote purchase and delivery of goods.

Based on at least these reasons, there is seen to be a need in the art for a remote acquisition and delivery system which provides a customer with detailed information needed to make an informed purchase or acquisition, and which, provides rapid delivery of the goods without creating a large carbon footprint.

### SUMMARY OF THE INVENTION

The present invention is directed to a system and method for remote acquisition and delivery of goods. The system

**2**

includes a server in communication with customer computers or devices via a website on the internet or through a network. The server stores customer information including billing information, and may preferably includes a real-time video processor. A mobile delivery agent system in communication with the server includes an energy efficient vehicle, a real-time video device, a global positioning system (GPS), a communication device and a printer.

In use, a customer contacts a service provider through the remote acquisition and delivery system and registers to use the system. Once registered, the user provides the service provider with information regarding the type of product desired and the shopping or acquisition location from which the user desires to purchase or otherwise obtain the product. A mobile delivery agent in close proximity to the shopping location will receive the request for purchase or acquisition from the system, and the delivery agent will proceed to the shopping location. The UPS preferably tracks the delivery agent, and provides navigational information to the delivery agent. The real-time video device is utilized to deliver real-time video of the delivery agent on the way to the location, as well as video captured during execution of a purchase process. The customer is allowed to interact with the delivery agent to inspect the product remotely using the real-time video device and the communications device. Once a purchase or acquisition is approved, the delivery agent acquires the product on behalf of the customer and delivers the product to a designated delivery location. The printer is utilized to produce an invoice and any other transaction documents for delivery to the customer, or documents are mailed to the customer by standard mail or electronic mail. The system preferably includes one or more processors for optimizing efficiencies of the system and calculating the most efficient use of delivery agents based on the shopping location and the delivery site.

Additional objects, features and advantages of the present invention will become more readily apparent from the following detailed description of preferred embodiments when taken in conjunction with the drawings wherein like reference numerals refer to corresponding parts in the several views.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. **1** is a schematic diagram of the remote acquisition and delivery system of the present invention;

FIG. **2** is a flow chart depicting steps involved in a preferred method of the present invention; and

FIG. **3** is a flow chart depicting additional steps involved in a preferred method of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference to FIG. **1**, a remote acquisition and delivery system constructed in accordance with the present invention is indicated at **10**. A services provider is equipped with at least one server **14** in communication with a wide area network (WAN), such as the internet **18**. A user accesses a user interface **22**, such as a website or cable television network screen through WAN or internet **18** via a customer computer **30**. It should be understood that customer computer **30** can be any type of device for communication with user interface **22**, such as a personal computer including a browser **26**, a television or a cell phone or other mobile device. For example, the user interface **22** may be installed as an application on the user's mobile device, such as the user's iPhone™, Blackberry or other PDA. Preferably, system **10** makes use of emerging

US 9,202,191 B2

**3**

"blended services" technologies including integrated voice, video and data features which are always "on", giving users the ability to move from one function to another during a communication session. This blended services technology may be in the form of a digital television which allows for software to be utilized for viewing entertainment and internet applications.

A plurality of databases are stored within server **14**. For example, customer data is stored in a customer database **34** on server **14**, and billing information is stored in billing database **35**. A real-time video processor **38** is also preferably associated with server **14**. Server **14** is in contact with a plurality of mobile delivery agent systems, such as indicated at **42**. Each mobile system **42** preferably includes a real-time video device **46**, a global positioning system (GPS) **47**, a communications system or device **48** and a printer **49**. GPS **47** is preferably utilized to track a mobile delivery agent, as well as provide navigational information to the delivery agent as will be discussed in more detail below. Communications system **48** preferably includes an on-board computer and transceiver system for wirelessly accessing a wide area network or virtual private network (VPN) and system servers. In the preferred embodiment of the invention, mobile system **42** also includes an energy efficient vehicle, such as an electric or hybrid car or other vehicle **50** as the means for transporting the system. Although each of the devices **46-49** can be separate, in a preferred embodiment one or more of devices **46-49** are incorporated into vehicle **50**, or are in the form of one or more portable devices. In one embodiment, delivery agents will carry a battery pack(s) to supply power to devices **46-49**. Such a battery pack(s) are preferably incorporated into belts or into the uniform of a delivery agent.

Each vehicle **50** preferably includes an outdoor advertising kit **51** enabling the services provider to selectively advertise for themselves, or others. Additionally, vehicles **50** can be outfitted with other tools or accessories, such as a dolly **52** for delivering large purchases to a customer. In one embodiment, a plurality of different sized vehicles **50** are provided, allowing for more flexibility in delivering oversized or large numbers of products/goods. For example, the customer will have the option of utilizing a delivery agent having a mini-vehicle, a mid-sized van, a large van or an extra large moving van. Additionally, each vehicle **50** in communication with server **14** is preferably equipped with a kill switch which may be remotely activated by the services provider of system **10**. Optionally, vehicle **50** is provided with at least one hide-away seat which is utilized to transport a customer(s) and/or the customer's pet, such as when a customer wishes to accompany a delivery agent to view a product in person or when a customer needs to take his or her pet to the vet or boarding house. Further, a secure pick-up service for customers with accompanying membership cards may be provided for a fee, similar to an AAA membership for road side assistance.

A method for utilizing system **10** will now be discussed with reference to FIG. **2**. Initially, if a customer wishes to contact the services provider for system **10**, the customer registers with the services provider by first contacting the service provide through user interface **22** and WAN **18**, as indicated at **100**. If the customer is a new user, the customer then registers with the services provider at **101** and the customer information is stored in customer database **34**. Optionally, the customer registers by other means, such as mailing in an application. Registration preferably includes gathering billing information from the customer, such as a credit card number or other desired billing method, as well as indicating one or more delivery addresses. In one embodiment, information on the location of a customer is transmitted from a

**4**

customer's smart phone or UPS enabled phone or device to system **10**. In this way, the delivery address of a customer can be obtained without the need for the customer or the service provider to physically type in the delivery location information. Preferably, a credit check of the customer is conducted at **102** prior to the customer being approved as a registered customer, and the customer is pre-approved for a particular credit amount at step **103**. When a customer requests services, a pre-authorization check is conducted, such as by charging an amount to a customer's designated charge account, in order to verify that funds are available. In a preferred embodiment, customer database **34** additional stores customer history of use data, which may be utilized in conjunction with a loyalty program similar to a frequent-flyer type program. The customer database **34** may also store a customer's recurring order as set up and managed by the customer. The customer database **34** may also track a customer's previous purchase information which may be helpful in allowing the system to suggest a repeated order or a recurring order to the customer. The customer database **34** may keep such profile information or historical information which may be utilized to suggest purchases to a customer.

Preferably, a membership card or other information is sent to the customer upon registration. The customer then logs into system **10** via website **22** at step **104** utilizing a user name and password generated during registration. The customer is next provided with information regarding the location of a plurality of delivery agents. More specifically, the customer may enter in the area he or she is interested in obtaining services through utilizing a user interface, such as by entering his or her local zip code or the address of a store where a desired product is being sold at step **105**, using an input device (e.g., keyboard) of user interface **22**, Next, information regarding the location and status of delivery agents in the desired area is displayed on a display screen of user interface **22** at step **106**, and the user has the option of selecting the delivery agent of his or her choice. For example, a map of the local area where the customer is located appears showing the location of one or more delivery agents in close proximity to the shopping and/or delivery location. A user may be able to zoom in and zoom out on this map. Indicia for the delivery agents are preferably color coded to indicate the status of the delivery agent as indicated at step **107**. For example, a green dot on the map indicates a delivery agent who is available, a red dot indicates a delivery agent who is currently filling an order, and a yellow dot indicates a delivery agent who is on standby, such as a large delivery van driver who may work from a home base, or a vehicle that is recharging or refueling. In one embodiment, the customer has access to information regarding the type of vehicle each delivery agent is driving, and may base his or her selection on the type of vehicle desired for the pickup/delivery, or may select a particular delivery agent based on the customer's preference for the particular delivery agent. In one embodiment, delivery agent profiles are available for customers to review. Such profiles may include, for example, a picture of the delivery agent with a short biography, a list of any particular areas of expertise, other customers' remarks, ratings or feedback regarding the delivery agent, or the like.

Preferably, the user specifies the exact location from which the selected delivery agent is to purchase or otherwise acquire the product, such as a retail store location. Alternatively, system **10** calculates the closest location from which to make the purchase based on the selected delivery agent's current location and the location of the customer. Such calculation may be done manually, utilizing GPS **47**, utilizing processor **54** or through some other means. Preferably, store locations are selected in a manner which optimizes efficiencies and

US 9,202,191 B2

**5**

reduces vehicle operating costs by selecting store locations that reduce travel time for the selected delivery agent both to the store and during delivery to the customer.

In one embodiment, if no delivery agent is in the immediate area selected, the map will zoom out to encompass a larger area until one or more delivery agents appear on the map. As set forth above, in a first embodiment, a customer selects the delivery agent based on a variety of factors such as location, availability, or preference for a particular agent, as indicated at step **108**. Alternatively, a processor **54** including a decision algorithm is utilized to select a delivery agent for the customer, as indicated at step **109**. For example, a selection of a delivery agent may be made to enable a delivery agent to obtain goods for more than one customer in a single trip or to minimize the total number of miles traveled by the plurality of delivery agents. Alternatively, a delivery agent manager may select the most appropriate delivery agent for the user, given the desired area and status of delivery agents in the desired area.

As shown in FIG. **3**, once the desired delivery agent is selected at steps **108** or **109**, a customer shopping or acquisition request and profile is sent to the delivery agent at step **110**, and a communications link is established between the customer and the selected delivery agent at step **111**, such as through a telephone or internet connection. Preferably, the customer account information is sent to a communications device **48** in the form of a portable Internet device or an onboard display unit located in the agent's vehicle **50**. The portable internet device or onboard display unit may be voice, data and video enabled and utilize internet protocol. The request for a particular product is sent to the selected delivery agent, along with the desired shopping location. The customer profile preferably includes the credit limit available for purchases. The customer's profile may also include information related to a customer's order history.

In one embodiment, the customer first finds information on a product and location of a store or conducts cost-comparisons of products utilizing an internet search engine or cost comparison website. A website tool allows the user to select the delivery services of system **10**, wherein system **10** gathers information from the results of the internet search engine or website in order to generate a request for services or shopping request. In a preferred embodiment, widgets are provided for other websites, such as classified ads or internet retailers, for ease in data transmission to server **14** and individual delivery agents. For example, a customer will simply click on a widget indicating the service provider of system **10** on a website in order to view the closest vehicle **50** to the shopping location depicted on the user interface **22** being viewed by the customer. The pick-up destination and map are automatically captured and transmitted to a selected delivery agent's vehicle, along with an approximate cost estimate for the customer. In addition, system **10** preferably allows a user to rate retailers and/or sellers and post comments. In one embodiment, user interface **22** provides the customer with targeted advertising related to the particular geographic region of the customer delivery and/or pick-up location. Additionally, retail sales alerts and value alerts for locations of interest are preferably displayed on user interface **22**. In one embodiment, system **10** enables customers to post classified ads for used goods, wherein delivery services associated with system **10** can be utilized by customers to shop for the used goods remotely and have the used goods delivered to a desired delivery site as will be explained in more detail below.

A purchase order or acquisition request is scheduled for a particular date and/or time, or is requested as needed by the customer. In a preferred embodiment, once an order is sched-

**6**

uled, a price estimate of services is sent to the customer for approval before proceeding with the transaction as indicated at step **112**. Such an estimate is generated, for example, based on the estimated driving time for the delivery agent and a service charge for purchase and delivery of a desired product. Optionally, a user may choose to share a trip, in which case multiple customers will utilize the same delivery agent to purchase products at the same location. In this embodiment, the status of the delivery agents posted on user interface **22** includes the shopping location the delivery agent is traveling to, as well as the time the delivery agent will be at the shopping location. With this information, customers within the same geographic region may choose to utilize the same delivery agent. Although the method of the present invention discussed in more detail below only references a single customer, it should be understood that any additional customer that selects the same agent will also send an acquisition request to system **10**; wherein the agent will electronically transfer an image of the requested goods using real-time video device **46**, in the same manner as described with respect to the first customer. The agent may then acquire the second set of goods for the second customer and make a second delivery trip to a delivery location specified by the second customer. In some situations, an agent may be able to obtain goods for multiple customers from one shopping location in a single trip. In this situation, greater efficiencies are realized and discounts may be offered to customers who participate in the shared pick-up event. In one embodiment, a customer may be able to pay a premium for a faster delivery. In such a scenario, a selection of a delivery agent may be made to accommodate the customer who has paid the premium instead of to maximize the overall efficiency of the delivery agents for multiple customers.

Once a store location is selected, the selected delivery agent travels to the store location as indicated at step **113**, and finds the desired product to be acquired. Ideally, real-time video device **46** is utilized to provide a streaming "street view" for the customer's entertainment and to show the progress of the delivery agent as indicated at **114**. Additionally, GPS **47** is utilized with digital mapping technology to dynamically update the customer as to the location of the delivery agent. In one embodiment, once the delivery agent arrives at the selected location as indicated at **115**, the delivery agent activates a wearable real-time video device **46**, which provides the customer with a real-time view of the selected location as seen by the delivery agent. In one embodiment, system **10** sends short message service (sms) alerts to the customer or initiate voice communication with the customer when a delivery agent is leaving vehicle **50** to enter a location so that the customer can multi-task without worrying about the status of the delivery agent, as indicated at **116**. The delivery agent then enters the shopping location and identifies the product of interest. The delivery agent then communicates to the customer that the product has been identified, and the customer has the option of inspecting the product in real-time at **117**. If the customer chooses to inspect the product, the customer will communicate instructions to the delivery agent at **118**, and the delivery agent will utilize real-time video device **46** to transmit real-time data to customer computer **30**. In a preferred embodiment, instructions are in the form of several pre-approved commands. For example, the customer may request that the delivery agent zoom-in on a particular feature, zoom out, pan right or pan left. Such pre-approved commands will minimize miscommunications between the customer and the delivery agent.

Next, the customer either approves or rejects acquisition of the inspected product. If the product is rejected, the customer

US 9,202,191 B2

7

8

has the choice of inspecting another product or terminating the service. Once the service is terminated, fees for the services provided are calculated as will be discussed in more detail below. If the customer requests further shopping, the delivery agent will move to other similar products or may travel to another location in search of a satisfactory product. Of course, the customer may choose to terminate the acquisition services at any time, as indicated at **119**. If the product is approved at **120**, the delivery agent will purchase or otherwise acquire the product on behalf of the customer at **121** and deliver the product based on the delivery options specified in the customer's profile, or amended delivery instructions provided by the customer at the beginning of a particular shopping request or at some time during a particular shopping request. In one embodiment, the customer may select a curbside drop-off of goods, or may request "white glove" delivery, in which case the delivery agent will deliver the product directly to the customer's door or desired physical location. Further, the location of the customer, and thus the delivery location, may be obtained directly from the customer's GPS enabled device or smart phone as previously discussed. Additionally, the customer request may include a request for product pickup. For example, upon delivery of goods to the customer, the delivery agent may pick up recyclable products (e.g., cans, bottles, consumer electronics, etc.), which the delivery agent will transport to a recycling facility.

If the customer is not qualified for the amount of the desired purchase, or if the delivery agent cannot complete the transaction for any reason, the customer is notified that the acquisition cannot be made as indicated at **122**. It should be understood that this step can be provided at any time during the service period whenever it is established that the purchase price is outside of the pre-approved credit limit. Alternatively, the customer has the option of paying the retailer or seller directly, in which case the customer will only be billed for the pick-up and delivery services provided. For payment by proxy, the delivery agent may utilize printer **49** to produce a pre-authorization purchasing document including billing information which allows the delivery agent to pay at pick-up. If pre-purchased by the customer, the delivery agent obtains a receipt showing proof of pre-payment by the customer. In one example, if a customer wishes a delivery agent to pick-up a used good(s), such as from a yard sale, the delivery agent debits the customer's credit card for the amount of the purchase price, and upon successfully receiving funds from the customer account, utilizes printer **49** to print out a check as legal tender for the goods to be purchased.

In a preferred embodiment, printer **49** is also utilized to print out an invoice for the amount of time the delivery agent was engaged, distance traveled, purchased product and shopping services rendered, as indicated at **123**. The product is then delivered along with the invoice and any other paperwork (e.g., receipts) to the customer or the selected delivery site as indicated at **124** and **125**. Preferably, the invoice is packaged and attached to the purchased product. In one embodiment, the invoice includes a map having the route traveled during the shopping request and delivery highlighted, with an accompanying time history. If no product is purchased and no delivery is made, an invoice for services rendered may be generated utilizing billing database **35** and information provided by the delivery agent, with the invoice being sent to the customer either electronically (e.g., via a designated email address) or through standard mail delivery methods. The services rendered may be charged directly to a designated customer credit card, or utilizing some other designated electronic payment method. In one embodiment of the invention, each delivery agent has his or her own desig-

nated checking account and/or credit card which is utilized to purchase the desired goods and the customer is billed for services and product purchased upon delivery of the product to the customer.

Real-time video device **46** is preferably utilized throughout the transaction to show the location of the delivery agent as the agent is driving to a desired purchase location, to show the product at the purchase location, and to verify delivery of the product to the customer at the designated delivery location. Preferably, video footage is stored on server **14** and can be accessed for delivery agent evaluation, for liability and public safety purposes, for delivery agent history or dispute resolution purposes, for example. However, in another embodiment, historic customer information is utilized for rapid request orders. More specifically, a customer can place an order through server **14**, and server **14** will send the order to a deliver agent without the need for the customer to select a delivery agent or communicate with the delivery agent. This feature can be particularly useful when a customer wishes to obtain previously ordered items such as prescription medications or groceries. In this case, the customer may be sent an alert through customer computer **30** when the delivery agent is nearing the delivery location.

Based on the above, it should be understood that the present invention provides a system for remote acquisition and delivery of goods that supplies a customer with the detailed information needed to make an informed purchase or acquisition remotely, and provides rapid same-day delivery of goods without creating a large carbon footprint. In one embodiment, system **10** calculates the reduction in carbon emissions from utilizing the service, or from selecting a particular delivery agent. It is contemplated that various retailers may work in conjunction with the services provider of system **10** to promote the use of the environmentally friendly services of the provider through displays indicating that the retails work with the service provider. In one embodiment, for example, a registered customer may opt-in for liquidation alerts from participating retailers. Additionally, participating retailers may provide in-house gear for staff or delivery agents, such as glasses with an embedded real-time video processor **46** and a communications device **48** to enable staff or delivery agents entering the retail establishments to communicate with a customer. Alternatively, participating retailers may provide point-of-view (POV) cameras within the retail establishment which are connected to the internet and can be accessed by customers through system **10** so that the customers may view products within a store prior to engaging a mobile delivery agent.

In one exemplary embodiment, a customer generates an e-shopping "wish" list for desired products utilizing system **10**. The e-shopping list can be created manually by a user typing in his or her request into a user interface (e.g. keyboard) of computer **30**. Alternatively, the e-shopping list can be created utilizing an image and data capture device, such as a camera, and transferring the data to server **14** for processing. More specifically, a customer may travel to a retail establishment and, either utilizing in-house gear provided by the retail establishment or utilizing person equipment, such as a camera or bar code scanning device, record which products the customer may be interested in obtaining at a future time. For each product on the list, the customer sends information regarding the product such as pictures, video, instructions, recipes, specifications, ingredients, where manufactured, etc. to server **14**. This e-shopping list is then made available to the customer upon logging into system **10**. Preferably, a selected delivery agent may retrieve the customer's e-shopping list and check items off the list as they are obtained utilizing

US 9,202,191 B2

**9**

communications device **48** or some other device communicating with server **14**. In this way, a customer can view the updates to their e-shopping list in real-time through their computer's connection to server **14**. Additionally, data or images captured by real-time video processor **46**, or the customer's own equipment (e.g., camera), may be utilized by server **14** to generate product reviews on the particular product of interest or to check the internet for digital coupons associated with the product. The product reviews may be accessed by the customer through system **10**, and the digital coupons may be viewed and accessed by the customer or the selected delivery agent and used in the purchase of the desired product. Such coupons may be printed by the selected delivery agent utilizing printer **49**, for example.

Although described with reference to preferred embodiments of the invention, it should be readily understood that various changes and/or modifications can be made to the invention without departing from the spirit thereof. For instance, although discussed in the context of a customer who wishes to purchase a product, it should be understood that system **10** may be utilized to schedule both pick-ups and delivery of any type of goods, including free goods. In one embodiment, system **10** will be utilized to arrange for disposal services for a customer, such as trash removal or hazardous materials removal. For example, a customer may wish for a delivery agent to purchase and deliver a new water heater, but may also wish for the delivery agent to carry away the old water heater or arrange for a third-party pickup of the water heater. In this situation, the delivery agent may arrange for a local trash service to perform a one-time pick-up of the old water heater. In another example, a customer may utilize a delivery agent in a different country or city in order to shop remotely for a desired product, and the delivery agent may arrange for a third party delivery service to transport the product to the customer. In another example, a delivery agent might be engaged to view a real estate listing and provide real-time video remote viewing of the property. Further, the steps for the methods of remote acquisition and delivery of goods described herein do not necessarily need to be in the order in which they are presented above. In general, the invention is only intended to be limited by the scope of the following claims.

We claim:

**1**. A system for remote acquisition and delivery of one or more goods based on an acquisition request from a customer through an interactive interface for processing the acquisition request comprising:

a customer computer having a user interface;

at least one server in communication with a wide area network;

a plurality of mobile delivery agent systems in communication with the at least one server, each of the plurality of delivery agent systems being configured for use with a respective purchasing and delivery agent for a shopping event and including:

a real-time video device configured to send one or more images in real-time to the customer from the respective agent, wherein the real-time video device is configured to enable the customer to be provided with progress information via real-time imaging of the one or more images from the respective agent through the customer computer during performance of the acquisition request, including viewing the one or more goods from a pick-up site for the one or more goods;

a communications device configured to establish direct communication between the customer and the respective agent to enable the customer to provide a com-

**10**

municated approval for the agent to immediately purchase the one or more goods viewed by the customer in connection with completing the acquisition request:

a global positioning system configured to provide location data to the at least one server; and

a selectable widget for a website configured to retrieve data submitted by at least one of the mobile delivery agent systems to the at least one server and generate a view of the one or more goods at the pick-up site associated with a third party vendor together with at least the data submitted to the at least one server by the mobile delivery agent system.

**2**. The system of claim **1**, wherein each of the plurality of delivery agent systems further comprises a mobile printer for providing the customer a receipt for the acquisition request.

**3**. The system of claim **1**, wherein the at least one server includes a customer database for storing customer information.

**4**. The system of claim **1**, wherein the at least one server includes a processor adapted to select one of the plurality of agents for the acquisition request based, at least in part, on current location information of each of the respective agents relative to the pick-up site at the time the acquisition request is entered.

**5**. The system of claim **1**, wherein each of the plurality of mobile delivery agent systems further includes an energy efficient, hybrid or electric vehicle, wherein the real-time video device and the communications device are configured to be linked to the customer computer from within the energy efficient, hybrid or electric vehicle.

**6**. The system of claim **1**, wherein the at least one server is adapted to receive the acquisition request from the customer over the wide area network.

**7**. The system of claim **1**, wherein the acquisition request specifies a delivery site and the system is further configured with at least one server including a processor adapted to select one of the plurality of delivery agents for the acquisition request based, at least in part, on the location of each delivery agent relative to the delivery site and present the server selection to the customer.

**8**. The system of claim **1**, wherein the at least one server includes a processor adapted to select one of the plurality of agents to complete the acquisition request based, at least in part, on location information of the respective agents relative to the shopping event at the time the acquisition request is entered and availability status of the respective agent.

**9**. The system of claim **1**, further comprising a global positioning system in communication with the at least one server, with the global positioning system providing location information to the customer on the respective agent.

**10**. The system of claim **1**, wherein the customer computer having the user interface is configured to display the respective agent's location and real-time images.

**11**. A system for remote acquisition and delivery of one or more goods based on an acquisition request from a customer through an interactive interface for processing the acquisition request comprising:

a plurality of mobile delivery agent systems configured with at least a global positioning system providing location information to at least one server;

a selectable widget for a third party vendor website configured to retrieve data submitted by the plurality of mobile delivery agent systems to the at least one server and to generate a view of a pick-up site associated with the third party vendor together with at least the data submitted to the at least one server by the plurality of

US 9,202,191 B2

**11**

mobile delivery agent systems including current locations of the mobile delivery agent systems;

a display for displaying to the customer at least the generated view;

an input configured to receive the acquisition request and a selection made by the customer of one of the plurality of delivery agent systems representing delivery agents;

communication means for processing the acquisition request from the customer and establishing direct communication between the customer and the selected delivery agent during both the acquisition and delivery of the one or more goods to the customer; and

a real-time video means for sending at least one image to the customer through the communication means and transmitting real-time data to the display for the customer to view the one or more goods and the respective agent's progress during performance of the acquisition request.

**12**. The system of claim **11**, wherein the real-time video means displays the agent's view of the one or more goods.

**13**. The system of claim **11**, wherein the display is configured to present the location of the agent during performance of the acquisition request, including viewing data from the agent at a shopping and pick-up site, data from a shopping event, and travel data from the agent during travel to a designated delivery site.

**14**. A system for remote acquisition and delivery of one or more goods based on an acquisition request from a customer through an interactive interface for processing the acquisition request comprising:

a customer computer having a user interface and configured to establish a local communication link between the customer and a mobile agent for purposes of the acquisition request;

a mobile agent system configured for use by the mobile agent for a shopping event established based on the acquisition request, said mobile agent system including:

**12**

means for sending one or more images in real-time to the customer from the mobile agent through the local communication link and providing the customer with progress information via real-time imaging of the one or more images from the mobile agent to the customer computer during performance of the acquisition request, including viewing the one or more goods from a pick-up site for the one or more goods during the shopping event;

communication means, establishing direct communication between the customer and the mobile agent, for communicating approval by the customer to the mobile agent in connection with completing the acquisition request;

a global positioning system configured to provide location data through the local communication link; and

a selectable widget for a vendor website configured to retrieve data submitted by at least one of the mobile delivery agent systems through the local communication link and generate a view of the one or more goods at the pick-up site associated with a third party vendor together with at least the data submitted through the local communication link by the mobile delivery agent system.

**15**. The system of claim **14**, wherein the computer interface is configured to display the generated view including the respective delivery agent's progress during performance of the acquisition request, including viewing data from the mobile agent at the pick-up site, data from the shopping event, and travel data from the mobile agent during travel to a designated delivery site.

**16**. The system of claim **14**, wherein the widget is further configured to establish the local communication link between the customer and the mobile agent for the acquisition request of the one or more goods.

* * * * *

# EXHIBIT 3

US010115067B2

(12) **United States Patent**
Barron et al.

(10) **Patent No.:**  **US 10,115,067 B2**
(45) **Date of Patent:**  **Oct. 30, 2018**

(54) **SYSTEM AND METHOD FOR REMOTE ACQUISITION AND DELIVERY OF GOODS**

(75) Inventors: **Mark B Barron**, Los Angeles, CA (US); **Michael Hays**, Indian Wells, CA (US)

(73) Assignee: **Consumeron, LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1524 days.

(21) Appl. No.: **13/392,393**

(22) PCT Filed: **Aug. 26, 2010**

(86) PCT No.: **PCT/US2010/046746**
§ 371 (c)(1),
(2), (4) Date: **Feb. 24, 2012**

(87) PCT Pub. No.: **WO2011/025856**
PCT Pub. Date: **Mar. 3, 2011**

(65) **Prior Publication Data**
US 2012/0185356 A1     Jul. 19, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/711,867, filed on Feb. 24, 2010, now Pat. No. 8,244,594.
(Continued)

(51) **Int. Cl.**
**G06Q 30/00**        (2012.01)
**G06Q 10/08**        (2012.01)
**G06Q 30/06**        (2012.01)

(52) **U.S. Cl.**
CPC ......... **G06Q 10/08** (2013.01); **G06Q 30/0617** (2013.01); **G06Q 30/0623** (2013.01)

(58) **Field of Classification Search**
CPC ........... G06Q 30/0601; G06Q 10/08–10/0875; G06Q 30/06–30/0645; G06Q 30/08; G06Q 50/01
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,026,376 A   2/2000  Kenney
6,032,130 A   2/2000  Alloul et al.
(Continued)

FOREIGN PATENT DOCUMENTS

JP       2002094621    3/2002
JP       2003132278    5/2003
(Continued)

OTHER PUBLICATIONS

Lawrence et al., "*Personalization of Supermarket Product Recommendations*", Data Mining and Knowledge Discovery, vol. 5, pp. 11-21, 2001.

*Primary Examiner* — Adam L Levine
(74) *Attorney, Agent, or Firm* — Diederiks & Whitelaw, PLC

(57) **ABSTRACT**

A system and method for remote acquisition and delivery of goods includes a server in communication with customer computers, such as through a user interface via the internet. The server can store customer information including billing information, and may include an image processor. A mobile delivery system in communication with the server includes an energy efficient vehicle, an image capture device, a global positioning system, a communication device and a printer. In use, a customer communicates with a mobile delivery agent via the image capture device and the communication device to remotely acquire a product. Once acquired, the delivery agent delivers the product to a designated delivery location. The image capture device can be utilized during the entire transaction. The system preferably includes a processor for
(Continued)



**US 10,115,067 B2**

Page 2

optimizing system efficiencies, including selecting a delivery agent based on the product, pick-up location and delivery site.

**28 Claims, 3 Drawing Sheets**

**Related U.S. Application Data**

(60) Provisional application No. 61/237,238, filed on Aug. 26, 2009.

(58) **Field of Classification Search**
USPC ................................................. 705/26.1, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,070,149 | A | 5/2000 | Tavor et al. |
| 6,381,583 | B1 | 4/2002 | Kenney |
| 6,604,681 | B1 | 8/2003 | Burke et al. |
| 6,837,436 | B2 | 1/2005 | Swartz et al. |
| 7,040,541 | B2 | 5/2006 | Swartz et al. |
| 7,063,263 | B2 | 6/2006 | Swartz et al. |
| 7,124,098 | B2 | 10/2006 | Hopson et al. |
| 7,130,814 | B1 | 10/2006 | Szabo et al. |
| 7,195,157 | B2 | 3/2007 | Swartz et al. |
| 7,206,647 | B2 | 4/2007 | Kumar |
| 7,251,621 | B1 | 7/2007 | Weng |
| 7,309,015 | B2 | 12/2007 | Frantz et al. |
| 7,505,929 | B2 | 3/2009 | Angert et al. |
| 7,515,914 | B2 | 4/2009 | Herrod et al. |
| 7,574,365 | B2 * | 8/2009 | Miller et al. ................... 705/1.1 |
| 7,627,502 | B2 | 12/2009 | Cheng et al. |
| 7,680,694 | B2 | 3/2010 | Glazer et al. |
| 7,752,075 | B2 | 7/2010 | Angert et al. |
| 7,775,431 | B2 | 8/2010 | Skaaksrud et al. |
| 7,797,204 | B2 | 9/2010 | Balent |
| 7,954,710 | B1 | 6/2011 | Lee |
| 8,069,095 | B2 | 11/2011 | Glazer et al. |
| 8,321,298 | B2 | 1/2012 | Chou et al. |
| 8,224,707 | B1 | 7/2012 | Smith et al. |
| 8,244,594 | B2 | 8/2012 | Barron et al. |
| 2001/0044751 | A1 | 11/2001 | Pugliese, III et al. |

| | | | | |
|---|---|---|---|---|
| 2001/0049636 | A1 | 12/2001 | Hudda et al. | |
| 2002/0072974 | A1 | 6/2002 | Pugliese et al. | |
| 2003/0115104 | A1 | 6/2003 | Smith et al. | |
| 2003/0125963 | A1 | 7/2003 | Haken | |
| 2004/0199435 | A1 | 10/2004 | Abrams et al. | |
| 2005/0004844 | A1 | 1/2005 | Attia | |
| 2005/0015311 | A1 | 1/2005 | Frantz et al. | |
| 2005/0228719 | A1 | 10/2005 | Roberts et al. | |
| 2006/0020522 | A1 | 1/2006 | Pratt | |
| 2006/0111955 | A1 * | 5/2006 | Winter et al. ...................... 705/8 |
| 2006/0173772 | A1 * | 8/2006 | Hayes et al. ................... 705/37 |
| 2006/0259369 | A1 | 11/2006 | Bongrazio et al. | |
| 2007/0088617 | A1 | 4/2007 | Yang | |
| 2007/0100704 | A1 | 5/2007 | Liu et al. | |
| 2007/0203791 | A1 * | 8/2007 | Kohl et al. ...................... 705/14 |
| 2007/0208629 | A1 | 9/2007 | Jung et al. | |
| 2008/0086386 | A1 * | 4/2008 | Bell ................................ 705/26 |
| 2008/0093460 | A1 | 4/2008 | Frantz et al. | |
| 2008/0222009 | A1 | 9/2008 | Maranhao | |
| 2008/0235038 | A1 | 9/2008 | Szamel | |
| 2008/0281684 | A1 * | 11/2008 | Stefanik et al. ................. 705/14 |
| 2008/0313052 | A1 | 12/2008 | Otto et al. | |
| 2009/0094324 | A1 | 4/2009 | Le Chevalier | |
| 2009/0099972 | A1 | 4/2009 | Angert et al. | |
| 2009/0157486 | A1 | 6/2009 | Gross | |
| 2009/0192892 | A1 | 7/2009 | Cason | |
| 2009/0265248 | A1 | 10/2009 | Walker | |
| 2010/0142758 | A1 | 6/2010 | Pinhas et al. | |
| 2010/0185514 | A1 | 7/2010 | Glazer et al. | |
| 2010/0280918 | A1 | 11/2010 | Balent | |
| 2010/0293106 | A1 | 11/2010 | Rhoads et al. | |
| 2011/0022499 | A1 | 1/2011 | Hogan | |
| 2011/0035299 | A1 | 2/2011 | Casey | |
| 2011/0055046 | A1 | 3/2011 | Bowen et al. | |
| 2011/0145051 | A1 | 6/2011 | Paradise et al. | |
| 2011/0145093 | A1 | 6/2011 | Paradise et al. | |
| 2011/0258086 | A1 | 10/2011 | Stein | |
| 2012/0233032 | A1 | 9/2012 | Calman et al. | |
| 2012/0265651 | A1 | 10/2012 | Ephraim | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2003533777 | 11/2003 |
| JP | 2006004096 | 1/2006 |
| JP | 2006082981 | 3/2006 |
| JP | 2007304633 | 11/2007 |
| JP | 2008217831 | 9/2008 |

* cited by examiner

**U.S. Patent**   Oct. 30, 2018   Sheet 1 of 3   US 10,115,067 B2



FIG. 1



FIG. 2

CUSTOMER REQUEST SENT TO AGENT
110
COMMUNICATIONS ESTABLISHED BETWEEN AGENT & CUSTOMER
111
PRICE ESTIMATE SENT TO CUSTOMER
112
AGENT TRAVELS TO SHOPPING LOCATION
113
PROGRESS OF DELIVERY AGENT DISPLAYED
114
AGENT ARRIVES AT SHOPPING LOCATION
115
ALERT SENT TO CUSTOMER
116
REAL-TIME VIDEO INSPECTION OF PRODUCT
117
INSTRUCTION SENT TO DELIVERY AGENT
118
119
CUSTOMER CANCELS SERVICE
CUSTOMER APPROVES PURCHASE
120
CUSTOMER NOTIFIED THAT PURCHASE CAN NOT BE MADE
122
PURCHASE PRODUCT
121
PRINT OUT INVOICE
123
DELIVER PRODUCT TO SELECTED DELIVERY SITE
124
DELIVER INVOICE TO CUSTOMER
125

FIG. 3

US 10,115,067 B2

1

## SYSTEM AND METHOD FOR REMOTE ACQUISITION AND DELIVERY OF GOODS

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present invention represents a National Stage application of PCT/US2010/046746 entitled "System and Method for Remote Acquisition and Delivery of Goods" filed Aug. 26, 2010, pending, which claims the benefit of U.S. patent application Ser. No. 12/711,867 entitled "System and Method for Remote Acquisition and Delivery of Goods" filed Feb. 24, 2010, which claims benefit of U.S. Provisional Patent Application Ser. No. 61/237,128 entitled "System and Method for Remote Shopping and Delivery" filed Aug. 26, 2009, which are hereby incorporated by reference in their entirety.

### BACKGROUND OF THE INVENTION

Field of the Invention

The present invention pertains to customer shopping and, more particularly, to a system and method for remote acquisition and delivery of goods.

Discussion of the Prior Art

Electronic commerce via the internet is rapidly becoming a standard method by which customers purchase goods remotely for delivery to a location of the customer's choice. However, there are many potential problems associated with ordering goods over the internet. For example, most internet retailers rely on third-party services, such as UPS and Federal Express, to deliver the products purchased on their web sites. From an environmental standpoint, delivering select goods purchased over the internet to individual customers using conventional methods creates a large carbon footprint, and is often not cost effective. For example, when various goods are transported from one or more warehouses across the country to individual customers, rather than to a single store from where the items can be purchased, certain inefficiencies are realized.

Perhaps more important, many customers are opposed to internet shopping. For instance, customers who are particular about style, quality or actual function, may wish to further view or otherwise examine an item before purchasing. Often, a picture may not be available for the item or the picture will be inadequate to accurately depict the item. For this reason, the customer may simply refuse to purchase over the internet or perhaps may purchase an item and then return the same after the item is later examined. Obviously, this purchasing scenario is also inefficient.

Additionally, there currently exists no good solution for an individual to receive immediate delivery of desired goods. For example, if an elderly person is in pain in the middle of the night and is not able to drive to a pharmacy to obtain medication, there is generally no delivery service readily available to acquire the medication and deliver it to the person's home. Further, in regard to public safety, if an individual is intoxicated and it is illegal for him to do an errand, there generally exists no cost effective solution for immediate remote purchase and delivery of goods.

Based on at least these reasons, there is seen to be a need in the art for a remote acquisition and delivery system which provides a customer with detailed information needed to make an informed purchase or acquisition, and which provides rapid delivery of the goods without creating a large carbon footprint.

2

### SUMMARY OF THE INVENTION

The present invention is directed to a system and method for remote acquisition and delivery of goods. The system includes a server in communication with customer computers or devices via a website on the internet or through a network. The server stores customer information including billing information, and may preferably includes a real-time video processor. A mobile delivery agent system in communication with the server includes an energy efficient vehicle, a real-time video device, a global positioning system (GPS), a communication device and a printer.

In use, a customer contacts a service provider through the remote acquisition and delivery system and registers to use the system. Once registered, the user provides the service provider with information regarding the type of product desired and the shopping or acquisition location from which the user desires to purchase or otherwise obtain the product. A mobile delivery agent in close proximity to the shopping location will receive the request for purchase or acquisition from the system, and the delivery agent will proceed to the shopping location. The GPS preferably tracks the delivery agent, and provides navigational information to the delivery agent. The real-time video device is utilized to deliver real-time video of the delivery agent on the way to the location, as well as video captured during execution of a purchase process. The customer is allowed to interact with the delivery agent to inspect the product remotely using the real-time video device and the communications device. Once a purchase or acquisition is approved, the delivery agent acquires the product on behalf of the customer and delivers the product to a designated delivery location. The printer is utilized to produce an invoice and any other transaction documents for delivery to the customer, or documents are mailed to the customer by standard mail or electronic mail. The system preferably includes one or more processors for optimizing efficiencies of the system and calculating the most efficient use of delivery agents based on the shopping location and the delivery site.

Additional objects, features and advantages of the present invention will become more readily apparent from the following detailed description of preferred embodiments when taken in conjunction with the drawings wherein like reference numerals refer to corresponding parts in the several views.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. **1** is a schematic diagram of the remote acquisition and delivery system of the present invention;

FIG. **2** is a flow chart depicting steps involved in a preferred method of the present invention; and

FIG. **3** is a flow chart depicting additional steps involved in a preferred method of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference to FIG. **1**, a remote acquisition and delivery system constructed in accordance with the present invention is indicated at **10**. A services provider is equipped with at least one server **14** in communication with a wide area network (WAN), such as the internet **18**. A user accesses a user interface **22**, such as a website or cable television network screen through WAN or internet **18** via a customer computer **30**. It should be understood that customer computer **30** can be any type of device for communication with

US 10,115,067 B2

3

user interface **22**, such as a personal computer including a browser **26**, a television or a cell phone or other mobile device. For example, the user interface **22** may be installed as an application on the user's mobile device, such as the user's iPhone™, Blackberry or other PDA. Preferably, system **10** makes use of emerging "blended services" technologies including integrated voice, video and data features which are always "on", giving users the ability to move from one function to another during a communication session. This blended services technology may be in the form of a digital television which allows for software to be utilized for viewing entertainment and internet applications.

A plurality of databases are stored within server **14**. For example, customer data is stored in a customer database **34** on server **14**, and billing information is stored in billing database **35**. A real-time video processor **38** is also preferably associated with server **14**. Server **14** is in contact with a plurality of mobile delivery agent systems, such as indicated at **42**. Each mobile system **42** preferably includes a real-time video device **46**, a global positioning system (GPS) **47**, a communications system or device **48** and a printer **49**. GPS **47** is preferably utilized to track a mobile delivery agent, as well as provide navigational information to the delivery agent as will be discussed in more detail below. Communications system **48** preferably includes an on-board computer and transceiver system for wirelessly accessing a wide area network or virtual private network (VPN) and system servers. In the preferred embodiment of the invention, mobile system **42** also includes an energy efficient vehicle, such as an electric or hybrid car or other vehicle **50** as the means for transporting the system. Although each of the devices **46-49** can be separate, in a preferred embodiment one or more of devices **46-49** are incorporated into vehicle **50**, or are in the form of one or more portable devices. In one embodiment, delivery agents will carry a battery pack(s) to supply power to devices **46-49**. Such a battery pack(s) are preferably incorporated into belts or into the uniform of a delivery agent.

Each vehicle **50** preferably includes an outdoor advertising kit **51** enabling the services provider to selectively advertise for themselves, or others. Additionally, vehicles **50** can be outfitted with other tools or accessories, such as a dolly **52** for delivering large purchases to a customer. In one embodiment, a plurality of different sized vehicles **50** are provided, allowing for more flexibility in delivering over-sized or large numbers of products/goods. For example, the customer will have the option of utilizing a delivery agent having a mini-vehicle, a mid-sized van, a large van or an extra large moving van. Additionally, each vehicle **50** in communication with server **14** is preferably equipped with a kill switch which may be remotely activated by the services provider of system **10**. Optionally, vehicle **50** is provided with at least one hide-away seat which is utilized to transport a customer(s) and/or the customer's pet, such as when a customer wishes to accompany a delivery agent to view a product in person or when a customer needs to take his or her pet to the vet or boarding house. Further, a secure pick-up service for customers with accompanying membership cards may be provided for a fee, similar to an AAA membership for road side assistance.

A method for utilizing system **10** will now be discussed with reference to FIG. **2**. Initially, if a customer wishes to contact the services provider for system **10**, the customer registers with the services provider by first contacting the service provide through user interface **22** and WAN **18**, as indicated at **100**. If the customer is a new user, the customer then registers with the services provider at **101** and the

4

customer information is stored in customer database **34**. Optionally, the customer registers by other means, such as mailing in an application. Registration preferably includes gathering billing information from the customer, such as a credit card number or other desired billing method, as well as indicating one or more delivery addresses. In one embodiment, information on the location of a customer is transmitted from a customer's smart phone or GPS enabled phone or device to system **10**. In this way, the delivery address of a customer can be obtained without the need for the customer or the service provider to physically type in the delivery location information. Preferably, a credit check of the customer is conducted at **102** prior to the customer being approved as a registered customer, and the customer is pre-approved for a particular credit amount at step **103**. When a customer requests services, a pre-authorization check is conducted, such as by charging an amount to a customer's designated charge account, in order to verify that funds are available. In a preferred embodiment, customer database **34** additional stores customer history of use data, which may be utilized in conjunction with a loyalty program similar to a frequent-flyer type program. The customer database **34** may also store a customer's recurring order as set up and managed by the customer. The customer database **34** may also track a customer's previous purchase information which may be helpful in allowing the system to suggest a repeated order or a recurring order to the customer. The customer database **34** may keep such profile information or historical information which may be utilized to suggest purchases to a customer.

Preferably, a membership card or other information is sent to the customer upon registration. The customer then logs into system **10** via website **22** at step **104** utilizing a user name and password generated during registration. The customer is next provided with information regarding the location of a plurality of delivery agents. More specifically, the customer may enter in the area he or she is interested in obtaining services through utilizing a user interface, such as by entering his or her local zip code or the address of a store where a desired product is being sold at step **105**, using an input device (e.g., keyboard) of user interface **22**. Next, information regarding the location and status of delivery agents in the desired area is displayed on a display screen of user interface **22** at step **106**, and the user has the option of selecting the delivery agent of his or her choice. For example, a map of the local area where the customer is located appears showing the location of one or more delivery agents in close proximity to the shopping and/or delivery location. A user may be able to zoom in and zoom out on this map. Indicia for the delivery agents are preferably color coded to indicate the status of the delivery agent as indicated at step **107**. For example, a green dot on the map indicates a delivery agent who is available, a red dot indicates a delivery agent who is currently filling an order, and a yellow dot indicates a delivery agent who is on standby, such as a large delivery van driver who may work from a home base, or a vehicle that is recharging or refueling. In one embodiment, the customer has access to information regarding the type of vehicle each delivery agent is driving, and may base his or her selection on the type of vehicle desired for the pickup/delivery, or may select a particular delivery agent based on the customer's preference for the particular delivery agent. In one embodiment, delivery agent profiles are available for customers to review. Such profiles may include, for example, a picture of the delivery agent with a

US 10,115,067 B2

5

short biography, a list of any particular areas of expertise, other customers' remarks, ratings or feedback regarding the delivery agent, or the like.

Preferably, the user specifies the exact location from which the selected delivery agent is to purchase or otherwise acquire the product, such as a retail store location. Alternatively, system 10 calculates the closest location from which to make the purchase based on the selected delivery agent's current location and the location of the customer. Such calculation may be done manually, utilizing GPS 47, utilizing processor 54 or through some other means. Preferably, store locations are selected in a manner which optimizes efficiencies and reduces vehicle operating costs by selecting store locations that reduce travel time for the selected delivery agent both to the store and during delivery to the customer.

In one embodiment, if no delivery agent is in the immediate area selected, the map will zoom out to encompass a larger area until one or more delivery agents appear on the map. As set forth above, in a first embodiment, a customer selects the delivery agent based on a variety of factors such as location, availability, or preference for a particular agent, as indicated at step 108. Alternatively, a processor 54 including a decision algorithm is utilized to select a delivery agent for the customer, as indicated at step 109. For example, a selection of a delivery agent may be made to enable a delivery agent to obtain goods for more than one customer in a single trip or to minimize the total number of miles traveled by the plurality of delivery agents. Alternatively, a delivery agent manager may select the most appropriate delivery agent for the user, given the desired area and status of delivery agents in the desired area.

As shown in FIG. 3, once the desired delivery agent is selected at steps 108 or 109, a customer shopping or acquisition request and profile is sent to the delivery agent at step 110, and a communications link is established between the customer and the selected delivery agent at step 111, such as through a telephone or internet connection. Preferably, the customer account information is sent to a communications device 48 in the form of a portable internet device or an onboard display unit located in the agent's vehicle 50. The portable internet device or onboard display unit may be voice, data and video enabled and utilize internet protocol. The request for a particular product is sent to the selected delivery agent, along with the desired shopping location. The customer profile preferably includes the credit limit available for purchases. The customer's profile may also include information related to a customer's order history.

In one embodiment, the customer first finds information on a product and location of a store or conducts cost-comparisons of products utilizing an internet search engine or cost comparison website. A website tool allows the user to select the delivery services of system 10, wherein system 10 gathers information from the results of the internet search engine or website in order to generate a request for services or shopping request. In a preferred embodiment, widgets are provided for other websites, such as classified ads or internet retailers, for ease in data transmission to server 14 and individual delivery agents. For example, a customer will simply click on a widget indicating the service provider of system 10 on a website in order to view the closest vehicle 50 to the shopping location depicted on the user interface 22 being viewed by the customer. The pick-up destination and map are automatically captured and transmitted to a selected delivery agent's vehicle, along with an approximate cost estimate for the customer. In addition, system 10 preferably

6

allows a user to rate retailers and/or sellers and post comments. In one embodiment, user interface 22 provides the customer with targeted advertising related to the particular geographic region of the customer delivery and/or pick-up, location. Additionally, retail sales alerts and value alerts for locations of interest are preferably displayed on user interface 22. In one embodiment, system 10 enables customers to post classified ads for used goods, wherein delivery services associated with system 10 can be utilized by customers to shop for the used goods remotely and have the used goods delivered to a desired delivery site as will be explained in more detail below.

A purchase order or acquisition request is scheduled for a particular date and/or time, or is requested as needed by the customer. In a preferred embodiment, once an order is scheduled, a price estimate of services is sent to the customer for approval before proceeding with the transaction as indicated at step 112. Such an estimate is generated, for example, based on the estimated driving time for the delivery agent and a service charge for purchase and delivery of a desired product. Optionally, a user may choose to share a trip, in which case multiple customers will utilize the same delivery agent to purchase products at the same location. In this embodiment, the status of the delivery agents posted on user interface 22 includes the shopping location the delivery agent is traveling to, as well as the time the delivery agent will be at the shopping location. With this information, customers within the same geographic region may choose to utilize the same delivery agent. Although the method of the present invention discussed in more detail below only references a single customer, it should be understood that any additional customer that selects the same agent will also send an acquisition request to system 10; wherein the agent will electronically transfer an image of the requested goods using real-time video device 46, in the same manner as described with respect to the first customer. The agent may then acquire the second set of goods for the second customer and make a second delivery trip to a delivery location specified by the second customer. In some situations, an agent may be able to obtain goods for multiple customers from one shopping location in a single trip. In this situation, greater efficiencies are realized and discounts may be offered to customers who participate in the shared pick-up event. In one embodiment, a customer may be able to pay a premium for a faster delivery. In such a scenario, a selection of a delivery agent may be made to accommodate the customer who has paid the premium instead of to maximize the overall efficiency of the delivery agents for multiple customers.

Once a store location is selected, the selected delivery agent travels to the store location as indicated at step 113, and finds the desired product to be acquired. Ideally, real-time video device 46 is utilized to provide a streaming, "street view" for the customer's entertainment and to show the progress of the delivery agent as indicated at 114. Additionally, GPS 47 is utilized with digital mapping technology to dynamically update the customer as to the location of the delivery agent. In one embodiment, once the delivery agent arrives at the selected location as indicated at 115, the delivery agent activates a wearable real-time video device 46, which provides the customer with a real-time view of the selected location as seen by the delivery agent. In one embodiment, system 10 sends short message service (sms) alerts to the customer or initiate voice communication with the customer when a delivery agent is leaving vehicle 50 to enter a location so that the customer can multi-task without worrying about the status of the delivery agent, as indicated at 116. The delivery agent then enters the shopping location

US 10,115,067 B2

7

and identifies the product of interest. The delivery agent then communicates to the customer that the product has been identified, and the customer has the option of inspecting the product in real-time at 117. If the customer chooses to inspect the product, the customer will communicate instructions to the delivery agent at 118, and the delivery agent will utilize real-time video device 46 to transmit real-time data to customer computer 30. In a preferred embodiment, instructions are in the form of several pre-approved commands. For example, the customer may request that the delivery agent zoom-in on a particular feature, zoom out, pan right or pan left. Such pre-approved commands will minimize miscommunications between the customer and the delivery agent.

Next, the customer either approves or rejects acquisition of the inspected product. If the product is rejected, the customer has the choice of inspecting another product or terminating the service. Once the service is terminated, fees for the services provided are calculated as will be discussed in more detail below. If the customer requests further shopping, the delivery agent will move to other similar products or may travel to another location in search of a satisfactory product. Of course, the customer may choose to terminate the acquisition services at any time, as indicated at 119. If the product is approved at 120, the delivery agent will purchase or otherwise acquire the product on behalf of the customer at 121 and deliver the product based on the delivery options specified in the customer's profile, or amended delivery instructions provided by the customer at the beginning of a particular shopping request or at some time during a particular shopping request. In one embodiment, the customer may select a curbside drop-off of goods, or may request "white glove" delivery, in which case the delivery agent will deliver the product directly to the customer's door or desired physical location. Further, the location of the customer, and thus the delivery location, may be obtained directly from the customer's GPS enabled device or smart phone as previously discussed. Additionally, the customer request may include a request for product pickup. For example, upon delivery of goods to the customer, the delivery agent may pick up recyclable products (e.g., cans, bottles, consumer electronics, etc.), which the delivery agent will transport to a recycling facility.

If the customer is not qualified for the amount of the desired purchase, or if the delivery agent cannot complete the transaction for any reason, the customer is notified that the acquisition cannot be made as indicated at 122. It should be understood that this step can be provided at any time during the service period whenever it is established that the purchase price is outside of the pre-approved credit limit. Alternatively, the customer has the option of paying the retailer or seller directly, in which case the customer will only be billed for the pick-up and delivery services provided. For payment by proxy, the delivery agent may utilize printer 49 to produce a pre-authorization purchasing document including billing information which allows the delivery agent to pay at pick-up. If pre-purchased by the customer, the delivery agent obtains a receipt showing proof of pre-payment by the customer. In one example, if a customer wishes a delivery agent to pick-up a used good(s), such as from a yard sale, the delivery agent debits the customer's credit card for the amount of the purchase price, and upon successfully receiving funds from the customer account, utilizes printer 49 to print out a check as legal tender for the goods to be purchased.

In a preferred embodiment, printer 49 is also utilized to print out an invoice for the amount of time the delivery agent was engaged, distance traveled, purchased product and

8

shopping services rendered, as indicated at 123. The product is then delivered along with the invoice and any other paperwork (e.g., receipts) to the customer or the selected delivery site as indicated at 124 and 125. Preferably, the invoice is packaged and attached to the purchased product. In one embodiment, the invoice includes a map having the route traveled during the shopping request and delivery highlighted, with an accompanying time history. If no product is purchased and no delivery is made, an invoice for services rendered may be generated utilizing billing database 35 and information provided by the delivery agent, with the invoice being sent to the customer either electronically (e.g., via a designated email address) or through standard mail delivery methods. The services rendered may be charged directly to a designated customer credit card, or utilizing some other designated electronic payment method. In one embodiment of the invention, each delivery agent has his or her own designated checking account and/or credit card which is utilized to purchase the desired goods and the customer is billed for services and product purchased upon delivery of the product to the customer.

Real-time video device 46 is preferably utilized throughout the transaction to show the location of the delivery agent as the agent is driving to a desired purchase location, to show the product at the purchase location, and to verify delivery of the product to the customer at the designated delivery location. Preferably, video footage is stored on server 14 and can be accessed for delivery agent evaluation, for liability and public safety purposes, for delivery agent history or dispute resolution purposes, for example. However, in another embodiment, historic customer information is utilized for rapid request orders. More specifically, a customer can place an order through server 14, and server 14 will send the order to a deliver agent without the need for the customer to select a delivery agent or communicate with the delivery agent. This feature can be particularly useful when a customer wishes to obtain previously ordered items such as prescription medications or groceries. In this case, the customer may be sent an alert through customer computer 30 when the delivery agent is nearing the delivery location.

Based on the above, it should be understood that the present invention provides a system for remote acquisition and delivery of goods that supplies a customer with the detailed information needed to make an informed purchase or acquisition remotely, and provides rapid same-day delivery of goods without creating a large carbon footprint. In one embodiment, system 10 calculates the reduction in carbon emissions from utilizing the service, or from selecting a particular delivery agent. It is contemplated that various retailers may work in conjunction with the services provider of system 10 to promote the use of the environmentally friendly services of the provider through displays indicating that the retails work with the service provider. In one embodiment, for example, a registered customer may opt-in for liquidation alerts from participating retailers. Additionally, participating retailers may provide in-house gear for staff or delivery agents, such as glasses with an embedded real-time video processor 46 and a communications device 48 to enable staff or delivery agents entering the retail establishments to communicate with a customer. Alternatively, participating retailers may provide point-of-view (POV) cameras within the retail establishment which are connected to the internet and can be accessed by customers through system 10 so that the customers may view products within a store prior to engaging a mobile delivery agent.

In one exemplary embodiment, a customer generates an e-shopping "wish" list for desired products utilizing system

US 10,115,067 B2

9

**10**. The e-shopping list can be created manually by a user typing in his or her request into a user interface (e.g. keyboard) of computer **30**. Alternatively, the e-shopping list can be created utilizing an image and data capture device, such as a camera, and transferring the data to server **14** for processing. More specifically, a customer may travel to a retail establishment and, either utilizing in-house gear provided by the retail establishment or utilizing person equipment, such as a camera or bar code scanning device, record which products the customer may be interested in obtaining at a future time. For each product on the list, the customer sends information regarding the product such as pictures, video, instructions, recipes, specifications, ingredients, where manufactured, etc. to server **14**. This e-shopping list is then made available to the customer upon logging into system **10**. Preferably, a selected delivery agent may retrieve the customer's e-shopping list and check items off the list as they are obtained utilizing communications device **48** or some other device communicating with server **14**. In this way, a customer can view the updates to their e-shopping list in real-time through their computer's connection to server **14**. Additionally, data or images captured by real-time video processor **46**, or the customer's own equipment (e.g., camera), may be utilized by server **14** to generate product reviews on the particular product of interest or to check the internet for digital coupons associated with the product. The product reviews may be accessed by the customer through system **10**, and the digital coupons may be viewed and accessed by the customer or the selected delivery agent and used in the purchase of the desired product. Such coupons may be printed by the selected delivery agent utilizing printer **49**, for example.

Although described with reference to preferred embodiments of the invention, it should be readily understood that various changes and/or modifications can be made to the invention without departing from the spirit thereof. For instance, although the image capture device of the present invention was discussed with reference to a real-time video device providing real-time video images to a customer, it should be readily understood that video images are simply a series of still images, and therefore the present invention is not limited to streaming video only, but still images which are transmitted or communicated to a consumer in real-time can also be employed. Likewise the image processor of the present invention was discussed with reference to a video image processor, however it should be understood that the processor can be any image processor capable of processing the desired image data. Additionally, although discussed in the context of a customer who wishes to purchase a product, it should be understood that system **10** may be utilized to schedule both pick-ups and delivery of any type of goods, including free goods. In one embodiment, system **10** will be utilized to arrange for disposal services for a customer, such as trash removal or hazardous materials removal. For example, a customer may wish for a delivery agent to purchase and deliver a new water heater, but may also wish for the delivery agent to carry away the old water heater or arrange for a third-party pickup of the water heater. In this situation, the delivery agent may arrange for a local trash service to perform a one-time pick-up of the old water heater. In another example, a customer may utilize a delivery agent in a different country or city in order to shop remotely for a desired product, and the delivery agent may arrange for a third party delivery service to transport the product to the customer. In another example, a delivery agent might be engaged to view a real estate listing and provide real-time video remote viewing of the property. Further, the steps for

10

the methods of remote acquisition and delivery of goods described herein do not necessarily need to be in the order in which they are presented above. In general, the invention is only intended to be limited by the scope of the following claims.

We claim:

**1**. A method for remote acquisition and delivery of goods comprising:

at least one remote server receiving, through the internet or a network from a user interface on a customer computer at a first location, a first acquisition request from a first customer for a first set of one or more goods, at a second, service location;

the at least one remote server sending instructions based on the first acquisition request, to a communication device of a mobile delivery agent system located at a third location;

the at least one remote server deploying the mobile delivery agent system from the third location to a fourth, shopping location, having the first set of one or more goods, by providing instructions to the communication device, wherein the mobile delivery agent system includes: an image capture device and the communication device;

obtaining an image, with the mobile delivery agent system through use of the image capture device, of the first set of one or more goods at the shopping location;

electronically transmitting, with the mobile delivery agent system through use of the communication device, the image of the first set of one or more goods from the shopping location to the customer computer of the first customer;

receiving, with the communication device of the mobile delivery agent system, further instructions from the first customer, through the customer computer, about the first set of one or more goods based on the transmitted image;

acquiring the first set of one or more goods at the shopping location via the mobile delivery agent system; and

delivering the first set of one or more goods from the shopping location to a delivery site.

**2**. The method of claim **1**, wherein said mobile delivery agent system further includes a global positioning system and the method further comprising:

sending to the first customer, information on the delivery agent system, including location information based on signals from the global positioning system.

**3**. The method of claim **2**, wherein the information on the delivery agent system includes an availability status of the delivery agent system.

**4**. The method of claim **1**, wherein the first acquisition request from the first customer includes a selection of the delivery agent system for fulfilling the first acquisition request.

**5**. The method of claim **1**, further comprising: after receiving the first acquisition request, calculating which of a plurality of delivery agent systems could most efficiently carry out the first acquisition request using the at least one remote server, with the calculation being based, at least in part, on the location having the first set one or more goods, a current location of at least one of the plurality of delivery agent systems and the delivery site.

**6**. The method of claim **1**, further comprising:

conducting a credit check of the first customer prior to acquiring the first set of one or more goods; and

US 10,115,067 B2

11                                                                     12

pre-approving the first customer for a particular purchase amount based on the credit check.

**7**. The method of claim **6**, further comprising: obtaining consent from the first customer to acquire the first set of one or more goods using the communication device before acquiring the first set one or more goods.

**8**. The method of claim **1**, further comprising: receiving instructions from the first customer using the communication device to remotely inspect the first set of one or more goods utilizing the image capture device.

**9**. The method of claim **1**, further comprising:
calculating a price estimate based on the first acquisition request; and
providing the price estimate to the first customer.

**10**. The method of claim **1**, further comprising, while deploying the delivery agent system to the location having the first set of one or more goods, providing the first customer with a real-time street view utilizing the image capture device.

**11**. The method of claim **1**, wherein the mobile delivery system further includes a printer and the method further comprising: printing out an invoice for the first customer utilizing the printer upon delivery of the one or more goods.

**12**. The method of claim **1**, further comprising:
receiving a second acquisition request from a second customer for a second set of one or more goods;
electronically transferring an image of the second set of one or more goods to the second customer using the communication device;
acquiring the second set of one or more goods via the delivery agent system; and
delivering the second set of one or more goods.

**13**. The method of claim **12**, further comprising: offering a discount to the first customer and/or the second customer based, at least in part, on their sharing of the delivery agent system.

**14**. The method of claim **1**, further comprising: checking the one or more goods off an electronic shopping list in real-time as each of the one or more goods is acquired.

**15**. The method of claim **1**, further comprising:
receiving product data from the first customer regarding the one or more goods; and
checking the internet for a digital coupon associated with the product data.

**16**. The method of claim **15**, wherein the mobile delivery system further includes a printer and the method further comprising:
printing out the digital coupon utilizing the printer; and
applying the coupon to a purchase during the step of acquiring the first set of one or more goods.

**17**. The method of claim **1**, further comprising:
receiving product data from the first customer regarding at least one of the one or more goods; and
generating product reviews associated with the product data which are accessible by the first customer.

**18**. The method of claim **1**, wherein the step of electronically transmitting an image comprises streaming real-time video.

**19**. The method of claim **1**, further comprising: deploying a plurality of delivery agent systems to various geographic locations.

**20**. The method of claim **1**, wherein the first set of one or more goods are delivered to the delivery site by using a third party delivery service.

**21**. The method of claim **1**, further comprising:
receiving one or more images of the first set of one or more goods from the first customer; and

identifying the first set of one or more goods based on the one or more images.

**22**. The method of claim **1**, further comprising:
receiving a rejection of an item to be acquired in the first set of one or more goods from the first customer;
causing the delivery agent system to look for a similar item based on the receipt of the rejection.

**23**. The method of claim **22**, wherein the delivery agent system travels to a second shopping location to look for the similar item.

**24**. The method of claim **1**, further comprising:
sending a text message to or initiating a voice communication with the first customer when the delivery agent system is near the first shopping location.

**25**. The method of claim **1**, wherein the first acquisition request includes a fast delivery request, and wherein a selection of the delivery agent system is based, at least in part, on the fast delivery request.

**26**. The method of claim **1**, further comprising:
storing purchase history of the first customer;
suggesting purchases to the first customer based on the purchase history.

**27**. A method for remote acquisition and delivery of goods comprising:
at least one remote server receiving, through the internet or a network from a user interface on a first customer computer at a first location, a first acquisition request from a first customer for a first set of one or more goods, at a second location;
the at least one remote server sending instructions based on the first acquisition request, to a communication device of a mobile delivery agent system associated with at least one mobile delivery agent located at a third location;
the at least one remote server deploying the mobile delivery agent system from the third location to a fourth, shopping location having the first set of one or more goods, by providing instructions to the communication device, wherein the mobile delivery agent system includes: an image capture device and the communication device;
obtaining, with the delivery agent system through the use of the image capture device, an image of the first set of one or more goods at the shopping location;
electronically transmitting, with the delivery agent system with the communication device, the image of the first set of one or more goods from the shopping location to the first customer computer;
receiving with the communications device of the mobile delivery agent system, further instructions from the first customer through the customer computer about the first set of one or more goods based on the transmitted image;
acquiring at the shopping location, via the at least one delivery agent system, the first set of one or more goods; and
delivering the first set of one or more goods from the shopping location to a delivery site.

**28**. A method for remote acquisition and delivery of goods comprising:
at least one remote server connected to the internet or a network receiving, through the internet or a network from a user interface on a customer computer at a first location, a first acquisition request from a customer to a services provider for a first set of one or more goods, through a first line of communication established between the user interface of the customer computer at

US 10,115,067 B2

13

the first location and the at least one remote server, the services provider being located at a second location;

the at least one remote server deploying a mobile delivery agent system from a third location to a fourth, shopping location having the first set of one or more goods, by providing instructions to a communication device included in the mobile delivery agent system associated with a delivery agent, through a second line of communication established between the at least one remote server for the services provider and the communication device of the mobile delivery agent system, wherein the mobile delivery agent system includes the image capture device and the communication device;

obtaining, by the mobile delivery agent system through the use of an image capture device, an image of the first set of one or more goods;

electronically transmitting, by the delivery agent system through the use of the communication device, the

14

image of the first set of one or more goods from the shopping location to the first customer, either directly or indirectly from the communication device of the at least one delivery agent system to the customer computer of the first customer;

the customer computer providing to the delivery agent system, through the communication device, either directly or indirectly, further instructions for the delivery agent system from the customer, through the customer computer, about the first set of one or more goods based on the transmitted image;

acquiring the first set of one or more goods, at the shopping location, via the delivery agent system; and

delivering the first set of one or more goods from the shopping location to a delivery site.

* * * * *

# EXHIBIT 4

US010628835B2

(12) **United States Patent**
Barron et al.

(10) Patent No.: **US 10,628,835 B2**
(45) Date of Patent: **Apr. 21, 2020**

(54) **SYSTEM AND METHOD FOR REMOTE ACQUISITION AND DELIVER OF GOODS**

(75) Inventors: **Mark B Barron**, Los Angeles, CA (US); **Michael Hays**, Indian Wells, CA (US)

(73) Assignee: **Consumeron, LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1602 days.

(21) Appl. No.: **13/270,848**

(22) Filed: **Oct. 11, 2011**

(65) **Prior Publication Data**

US 2013/0091070 A1     Apr. 11, 2013

(51) **Int. Cl.**
*G06Q 30/06* (2012.01)
*G06Q 30/02* (2012.01)
*G06Q 10/00* (2012.01)

(52) **U.S. Cl.**
CPC ............. *G06Q 30/02* (2013.01); *G06Q 10/00* (2013.01)

(58) **Field of Classification Search**
CPC .......... G06Q 30/0601; G06Q 30/0635; G06Q 30/0633; G06Q 30/0641; G06Q 20/40; G06Q 20/12
USPC .............................................. 705/26.1, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,896,128 A | 4/1999 | Boyer | |
| 5,907,604 A | 5/1999 | Hsu | |
| 6,026,376 A | 2/2000 | Kenney | |
| 6,032,130 A | 2/2000 | Alloul et al. | |
| 6,070,149 A | 5/2000 | Tavor et al. | |
| 6,381,583 B1 | 4/2002 | Kenney | |
| 6,587,835 B1 | 7/2003 | Treyz et al. | |
| 6,598,027 B1 | 7/2003 | Breen, Jr. et al. | |
| 6,604,681 B1 | 8/2003 | Burke et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002094621 | 3/2002 |
| JP | 2003132278 | 5/2003 |

(Continued)

OTHER PUBLICATIONS

Lawrence et al., "*Personalization of Supermarket Product Recommendations*", Data Mining and Knowledge Discovery, vol. 5, pp. 11-21, 2001.

*Primary Examiner* — Ming Shui
(74) *Attorney, Agent, or Firm* — Diederiks & Whitelaw, PLC

(57) **ABSTRACT**

A system and method for remote acquisition and delivery of goods includes a server in communication with customer computers, such as through a user interface via the internet. The server can store customer information including billing information, and may include an image processor. A mobile delivery system in communication with the server includes an energy efficient vehicle, an image capture device, a global positioning system, a communication device and a printer. In use, a customer communicates with a mobile delivery agent via the image capture device and the communication device to remotely acquire a product. Once acquired, the delivery agent delivers the product to a designated delivery location. The image capture device can be utilized during the entire transaction. The system preferably includes a processor for optimizing system efficiencies, including selecting a delivery agent based on the product, pick-up location and delivery site.

**27 Claims, 3 Drawing Sheets**



**US 10,628,835 B2**

Page 2

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,646,672 | B2 | 11/2003 | Feierbach |
| 6,837,436 | B2 | 1/2005 | Swartz et al. |
| 6,906,741 | B2 | 6/2005 | Canova, Jr. et al. |
| 6,965,868 | B1 | 11/2005 | Bednarek |
| 7,040,541 | B2 | 5/2006 | Swartz et al. |
| 7,063,263 | B2 | 6/2006 | Swartz et al. |
| 7,096,037 | B2 | 8/2006 | Canova, Jr. et al. |
| 7,124,098 | B2 | 10/2006 | Hopson et al. |
| 7,130,814 | B1 | 10/2006 | Szabo et al. |
| 7,195,157 | B2 | 3/2007 | Swartz et al. |
| 7,206,647 | B2 | 4/2007 | Kumar |
| 7,251,621 | B1 | 7/2007 | Weng |
| 7,309,015 | B2 | 12/2007 | Frantz et al. |
| 7,492,386 | B2 | 2/2009 | Nichols et al. |
| 7,505,929 | B2 | 3/2009 | Angert et al. |
| 7,515,914 | B2 | 4/2009 | Herrod et al. |
| 7,546,254 | B2 | 6/2009 | Bednarek |
| 7,574,365 | B2 * | 8/2009 | Miller et al. ................ 705/1.1 |
| 7,599,855 | B2 | 10/2009 | Sussman |
| 7,613,629 | B2 | 11/2009 | Antonucci et al. |
| 7,627,502 | B2 | 12/2009 | Cheng et al. |
| 7,680,694 | B2 | 3/2010 | Glazer et al. |
| 7,710,449 | B2 | 5/2010 | Amiel et al. |
| 7,775,431 | B2 | 8/2010 | Skaaksrud et al. |
| 7,797,204 | B2 | 9/2010 | Balent |
| 7,907,638 | B2 | 3/2011 | Norhammar et al. |
| 7,954,710 | B1 | 6/2011 | Lee |
| 8,224,707 | B1 | 7/2012 | Smith et al. |
| 8,321,298 | B2 | 11/2012 | Chou et al. |
| 2001/0044751 | A1 | 11/2001 | Pugliese, III et al. |
| 2002/0072974 | A1 | 6/2002 | Pugliese et al. |
| 2002/0093531 | A1 | 7/2002 | Barile |
| 2002/0163548 | A1 | 11/2002 | Chiu et al. |
| 2003/0115104 | A1 | 6/2003 | Smith et al. |
| 2003/0125963 | A1 | 7/2003 | Haken |
| 2003/0200152 | A1 | 10/2003 | Divekar |
| 2004/0199435 | A1 | 10/2004 | Abrams et al. |
| 2004/0260618 | A1 | 12/2004 | Larson |
| 2005/0004844 | A1 | 1/2005 | Attia |
| 2005/0015311 | A1 | 1/2005 | Frantz et al. |
| 2005/0228719 | A1 | 10/2005 | Roberts et al. |
| 2006/0020522 | A1 | 1/2006 | Pratt |
| 2006/0041627 | A1 | 2/2006 | Tu |
| 2006/0111955 | A1 * | 5/2006 | Winter et al. ................ 705/8 |
| 2006/0173772 | A1 * | 8/2006 | Hayes et al. ................ 705/37 |
| 2006/0259369 | A1 | 11/2006 | Bongrazio et al. |
| 2007/0088617 | A1 | 4/2007 | Yang |
| 2007/0100704 | A1 | 5/2007 | Liu et al. |
| 2007/0203791 | A1 * | 8/2007 | Kohl et al. ...................... 705/14 |
| 2007/0208629 | A1 | 9/2007 | Jung et al. |
| 2007/0226074 | A1 | 9/2007 | Haines et al. |
| 2008/0040240 | A1 | 2/2008 | Covington et al. |
| 2008/0077956 | A1 | 3/2008 | Morrison et al. |
| 2008/0086386 | A1 * | 4/2008 | Bell ............................ 705/26 |
| 2008/0093460 | A1 | 4/2008 | Frantz et al. |
| 2008/0162305 | A1 | 7/2008 | Rousso et al. |
| 2008/0222009 | A1 | 9/2008 | Maranhao |
| 2008/0235038 | A1 | 9/2008 | Szamel |
| 2008/0313052 | A1 | 12/2008 | Otto et al. |
| 2009/0089211 | A1 * | 4/2009 | Morse ........................ 705/41 |
| 2009/0094324 | A1 | 4/2009 | Le Chevalier |
| 2009/0099972 | A1 | 4/2009 | Angert et al. |
| 2009/0157486 | A1 | 6/2009 | Gross |
| 2009/0192892 | A1 | 7/2009 | Cason |
| 2009/0222358 | A1 | 9/2009 | Bednarek |
| 2009/0249244 | A1 | 10/2009 | Robinson et al. |
| 2009/0265248 | A1 | 10/2009 | Walker |
| 2010/0094694 | A1 | 4/2010 | Shapiro |
| 2010/0142758 | A1 | 6/2010 | Pinhas et al. |
| 2010/0185514 | A1 | 7/2010 | Glazer et al. |
| 2010/0231556 | A1 | 9/2010 | Mines et al. |
| 2010/0241707 | A1 | 9/2010 | Burton et al. |
| 2010/0280896 | A1 | 11/2010 | Postrel |
| 2010/0280918 | A1 | 11/2010 | Balent |
| 2010/0293106 | A1 | 11/2010 | Rhoads et al. |
| 2011/0010238 | A1 | 1/2011 | Postrel |
| 2011/0022499 | A1 | 1/2011 | Hogan |
| 2011/0029344 | A1 | 2/2011 | Weiler et al. |
| 2011/0035299 | A1 | 2/2011 | Casey |
| 2011/0047162 | A1 | 2/2011 | Brindisi et al. |
| 2011/0055046 | A1 | 3/2011 | Bowen et al. |
| 2011/0145051 | A1 | 6/2011 | Paradise et al. |
| 2011/0145093 | A1 | 6/2011 | Paradise et al. |
| 2011/0202394 | A1 | 8/2011 | Borom et al. |
| 2011/0258086 | A1 | 10/2011 | Stein |
| 2012/0233032 | A1 | 9/2012 | Calman et al. |
| 2012/0265651 | A1 | 10/2012 | Ephraim |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2003533777 | 11/2003 |
| JP | 2006004096 | 1/2006 |
| JP | 2006082981 | 3/2006 |
| JP | 2007304633 | 11/2007 |
| JP | 2008217831 | 9/2008 |

* cited by examiner

**U.S. Patent**        Apr. 21, 2020        Sheet 1 of 3        US 10,628,835 B2



FIG. 1

U.S. Patent          Apr. 21, 2020          Sheet 2 of 3          US 10,628,835 B2



FIG. 2

CUSTOMER REQUEST SENT TO AGENT
110
COMMUNICATIONS ESTABLISHED BETWEEN AGENT & CUSTOMER
111
PRICE ESTIMATE SENT TO CUSTOMER
112
AGENT TRAVELS TO SHOPPING LOCATION
113
PROGRESS OF DELIVERY AGENT DISPLAYED
114
AGENT ARRIVES AT SHOPPING LOCATION
115
ALERT SENT TO CUSTOMER
116
REAL-TIME INSPECTION OF PRODUCT
117
INSTRUCTION SENT TO DELIVERY AGENT
118
119
CUSTOMER CANCELS SERVICE
CUSTOMER APPROVES PURCHASE
120
122
CUSTOMER NOTIFIED THAT PURCHASE CAN NOT BE MADE
PURCHASE PRODUCT
121
PRINT OUT INVOICE
123
DELIVER PRODUCT TO SELECTED DELIVERY SITE
124
DELIVER INVOICE TO CUSTOMER
125

FIG. 3

US 10,628,835 B2

1

# SYSTEM AND METHOD FOR REMOTE ACQUISITION AND DELIVER OF GOODS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation-in-part of U.S. patent application Ser. No. 12/711,867 entitled "System and Method for Remote Acquisition and Delivery of Goods" filed Feb. 24, 2010, now U.S. Pat. No. 8,244,594, and a continuation-in-part and claims the benefit of International Patent Application No. PCT/US2010/046746 entitled "System and Method for Remote Acquisition and Delivery of Goods" filed Aug. 26, 2010, which also claims the benefit of U.S. patent application Ser. No. 12/711,867, with U.S. patent application Ser. No. 12/711,867 claiming the benefit of U.S. Provisional Patent Application Ser. No. 61/237,128 entitled "System and Method for Remote Shopping and Delivery" filed Aug. 26, 2009, all of which are hereby incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention pertains to customer shopping and, more particularly, to a system and method for remote acquisition and delivery of goods.

Discussion of the Prior Art

Electronic commerce via the internet is rapidly becoming a standard method by which customers purchase goods remotely for delivery to a location of the customer's choice. However, there are many potential problems associated with ordering goods over the internet. For example, most internet retailers rely on third-party services, such as UPS and Federal Express, to deliver the products purchased on their web sites. From an environmental standpoint, delivering select goods purchased over the internet to individual customers using conventional methods creates a large carbon footprint, and is often not cost effective. For example, when various goods are transported from one or more warehouses across the country to individual customers, rather than to a single store from where the items can be purchased, certain inefficiencies are realized.

Perhaps more important, many customers are opposed to internet shopping. For instance, customers who are particular about style, quality or actual function, may wish to further view or otherwise examine an item before purchasing. Often, a picture may not be available for the item or the picture will be inadequate to accurately depict the item. For this reason, the customer may simply refuse to purchase over the internet or perhaps may purchase an item and then return the same after the item is later examined. Obviously, this purchasing scenario is also inefficient.

Additionally, although there does exist services which are designed to run errands for individuals and companies, there currently exists no good solution for an individual to receive real-time feedback on the goods to be purchased. More specifically, there does exist internet-based companies who will arrange for errands to be run for a fee. However, if the person running the errand purchases the wrong product, the person placing the order will not know until the item is delivered. This creates the potential for a confrontation or, at the very least, a dissatisfied purchaser who has now also lost significant time in acquiring the desired product. Now this scenario may not be too important for certain items, say milk for instance, but can be particular significant for other items, such as a dress, designer shoes or a painting, for example.

2

Based on at least these reasons, there is seen to be a need in the art for a remote acquisition and delivery system which provides a customer with detailed information needed to make an informed purchase or acquisition, and which provides rapid delivery of the goods without creating a large carbon footprint.

## SUMMARY OF THE INVENTION

The present invention is directed to a system and method for remote acquisition and delivery of goods. The system includes a server in communication with customer computers or devices via a website on the internet or through a network. The server stores customer information including billing information, and includes a digital image capture processor, such as an optical image or real-time video capture processor. In accordance with a preferred embodiment, a mobile delivery agent system in communication with the server includes an energy efficient vehicle, a digital image capture device such as a digital camera in a cell phone, a global positioning system (GPS), a communication device and a printer.

In use, a customer contacts a service provider through the remote acquisition and delivery system and registers to use the system. Once registered, the user provides the service provider with information regarding the type of product desired and, perhaps, the shopping or acquisition location from which the user desires to purchase or otherwise obtain the product. A mobile delivery agent assigned to the user, familiar with the type of product and/or in close proximity to the shopping location will receive the request for purchase or acquisition from the system, and the delivery agent will proceed to the shopping location. The GPS preferably tracks the delivery agent, and provides navigational information to the delivery agent. The digital image capture device is utilized to deliver real-time digital images of the delivery agent on the way to the location, as well as images captured during execution of a purchase process. The customer is allowed to interact with the delivery agent to inspect the product remotely using the digital image capture device and the communication device. For instance, digital pictures or video can be taken and used to communicate the product to the customer. On the other hand, bar codes, QR (Quick Response) codes, image recognition or near field communication can be used in identifying and communicating information about the product of concern. Once a purchase or acquisition is approved, the delivery agent acquires the product on behalf of the customer and delivers the product to a designated delivery location. The printer is utilized to produce an invoice and any other transaction documents for delivery to the customer, or documents are mailed to the customer by standard mail or electronic mail. The system preferably includes one or more processors for optimizing efficiencies of the system and calculating the most efficient use of delivery agents based on the shopping location and the delivery site.

Additional objects, features and advantages of the present invention will become more readily apparent from the following detailed description of preferred embodiments when taken in conjunction with the drawings wherein like reference numerals refer to corresponding parts in the several views.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a schematic diagram of a preferred embodiment of the remote acquisition and delivery system of the present invention;

US 10,628,835 B2

3

FIG. **2** is a flow chart depicting steps involved in a preferred method of the present invention; and

FIG. **3** is a flow chart depicting additional steps involved in a preferred method of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to FIG. **1**, a remote acquisition and delivery system constructed in accordance with the present invention is indicated at **10**. A services provider is equipped with at least one server **14** in communication with a wide area network (WAN), such as the internet **18**. A user accesses a user interface **22**, such as a website or cable television network screen through WAN or internet **18** via a customer computer **30**. It should be understood that customer computer **30** can be any type of device for communication with user interface **22**, such as a personal computer including a browser **26**, a television, a cell phone or other mobile device. For example, the user interface **22** may be installed as an application on the user's mobile device, such as the user's iPhoner™, Blackberry or other PDA. Preferably, system **10** makes use of emerging "blended services" technologies including integrated voice, image and data features which are always "on", giving users the ability to move from one function to another during a communication session. This blended services technology may be in the form of a digital television which allows for software to be utilized for viewing entertainment and internet applications.

A plurality of databases are stored within server **14**. For example, customer data is stored in a customer database **34** on server **14**, and billing information is stored in billing database **35**. A digital image capture processor **38** is also preferably associated with server **14**. Server **14** is in contact with a plurality of mobile delivery agent systems, such as indicated at **42**. Each mobile system **42** preferably includes a digital image capture device **46**, such as a cell phone or other similar device incorporating a digital camera for taking still or video images, reading product bar or QR code data, or combinations thereof including a picture in combination with image recognition software as will be detailed more fully below, a global positioning system (GPS) **47**, a communications system or device **48** and a printer **49**. GPS **47** is preferably utilized to track a mobile delivery agent, as well as provide navigational information to the delivery agent as will be discussed in more detail below. Communications system **48** preferably includes an on-board computer and transceiver system for wirelessly accessing a wide area network or virtual private network (VPN) and system servers. In a preferred embodiment of the invention, mobile system **42** also includes an energy efficient vehicle, such as an electric or hybrid car or other vehicle **50** as the means for transporting the system. Although each of the devices **46-49** can be separate, in a preferred embodiment one or more of devices **46-49** are incorporated into vehicle **50**, or are in the form of one or more portable devices. In one embodiment, delivery agents will carry a battery pack(s) to supply power to devices **46-49**. Such a battery pack(s) are preferably incorporated into belts or into the uniform of a delivery agent.

Each vehicle **50** preferably includes an outdoor advertising kit **51** enabling the services provider to selectively advertise for themselves, or others. Additionally, vehicles **50** can be outfitted with other tools or accessories, such as a dolly **52** for delivering large purchases to a customer. In one embodiment, a plurality of different sized vehicles **50** are provided, allowing for more flexibility in delivering over-

4

sized or large numbers of products/goods. For example, the customer will have the option of utilizing a delivery agent having a mini-vehicle, a mid-sized van, a large van or an extra large moving van. Additionally, each vehicle **50** in communication with server **14** is preferably equipped with a kill switch which may be remotely activated by the services provider of system **10**. Optionally, vehicle **50** is provided with at least one hide-away seat which is utilized to transport a customer(s) and/or the customer's pet, such as when a customer wishes to accompany a delivery agent to view a product in person or when a customer needs to take his or her pet to the vet or boarding house. Further, a secure pick-up service for customers with accompanying membership cards may be provided for a fee, similar to an AAA membership for road side assistance.

A method for utilizing system **10** will now be discussed with reference to FIG. **2**. Initially, if a customer wishes to contact the services provider for system **10**, the customer registers with the services provider by first contacting the service provide through user interface **22** and WAN **18**, as indicated at **100**. If the customer is a new user, the customer then registers with the services provider at **101** and the customer information is stored in customer database **34**. Optionally, the customer registers by other means, such as mailing in an application. Registration preferably includes gathering billing information from the customer, such as a credit card number or other desired billing method, as well as indicating one or more delivery addresses. In one embodiment, information on the location of a customer is transmitted from a customer's smart phone or GPS enabled phone or device to system **10**. In this way, the delivery address of a customer can be obtained without the need for the customer or the service provider to physically type in the delivery location information. Preferably, a credit check of the customer is conducted at **102** prior to the customer being approved as a registered customer, and the customer is pre-approved for a particular credit amount at step **103**. When a customer requests services, a pre-authorization check is conducted, such as by charging an amount to a customer's designated charge account, in order to verify that funds are available. In a preferred embodiment, customer database **34** additional stores customer history of use data, which may be utilized in conjunction with a loyalty program similar to a frequent-flyer type program. The customer database **34** may also store a customer's recurring order as set up and managed by the customer. The customer database **34** may also track a customer's previous purchase information which may be helpful in allowing the system to suggest a repeated order or a recurring order to the customer. The customer database **34** may keep such profile information or historical information which may be utilized to suggest purchases to a customer.

Preferably, a membership card or other information is sent to the customer upon registration. The customer then logs into system **10** via website **22** at step **104** utilizing a user name and password generated during registration. The customer is next provided with information regarding the location of a plurality of delivery agents. More specifically, the customer may enter in the area he or she is interested in obtaining services through utilizing a user interface, such as by entering his or her local zip code or the address of a store where a desired product is being sold at step **105**, using an input device (e.g., keyboard) of user interface **22**. Next, information regarding the location and status of delivery agents in the desired area is displayed on a display screen of user interface **22** at step **106**, and the user has the option of selecting the delivery agent of his or her choice. For

US 10,628,835 B2

5

example, a map of the local area where the customer is located appears showing the location of one or more delivery agents in close proximity to the shopping and/or delivery location. A user may be able to zoom in and zoom out on this map. Indicia for the delivery agents are preferably color coded to indicate the status of the delivery agent as indicated at step **107**. For example, a green dot on the map indicates a delivery agent who is available, a red dot indicates a delivery agent who is currently filling an order, and a yellow dot indicates a delivery agent who is on standby, such as a large delivery van driver who may work from a home base, or a vehicle that is recharging or refueling. In one embodiment, the customer has access to information regarding the type of vehicle each delivery agent is driving, and may base his or her selection on the type of vehicle desired for the pickup/delivery, or may select a particular delivery agent based on the customer's preference for the particular delivery agent. In one embodiment, delivery agent profiles are available for customers to review. Such profiles may include, for example, a picture of the delivery agent with a short biography, a list of any particular areas of expertise, other customers' remarks, ratings or feedback regarding the delivery agent, or the like.

Preferably, the user specifies the exact location from which the selected delivery agent is to purchase or otherwise acquire the product, such as a retail store location. Alternatively, system **10** calculates the closest location from which to make the purchase based on the selected delivery agent's current location and the location of the customer. Such calculation may be done manually, utilizing GPS **47**, utilizing processor **54** or through some other means. Preferably, store locations are selected in a manner which optimizes efficiencies and reduces vehicle operating costs by selecting store locations that reduce travel time for the selected delivery agent both to the store and during delivery to the customer.

In one embodiment, if no delivery agent is in the immediate area selected, the map will zoom out to encompass a larger area until one or more delivery agents appear on the map. As set forth above, in a first embodiment, a customer selects the delivery agent based on a variety of factors such as location, availability, or preference for a particular agent, as indicated at step **108**. Alternatively, a processor **54** including a decision algorithm is utilized to select a delivery agent for the customer, as indicated at step **109**. For example, a selection of a delivery agent may be made to enable a delivery agent to obtain goods for more than one customer in a single trip or to minimize the total number of miles traveled by the plurality of delivery agents. Alternatively, a delivery agent manager may select the most appropriate delivery agent for the user, given the desired area and status of delivery agents in the desired area.

As shown in FIG. **3**, once the desired delivery agent is selected at steps **108** or **109**, a customer shopping or acquisition request and profile is sent to the delivery agent at step **110**, and a communications link is established between the customer and the selected delivery agent at step **111**, such as through a telephone or internet connection. Preferably, the customer account information is sent to a communications device **48** in the form of a portable internet device or an onboard display unit located in the agent's vehicle **50**. The portable internet device or onboard display unit may be voice, data and video enabled and utilize internet protocol. The request for a particular product is sent to the selected delivery agent, along with the desired shopping location. The customer profile preferably includes the

6

credit limit available for purchases. The customer's profile may also include information related to a customer's order history.

In one embodiment, the customer first finds information on a product and location of a store or conducts cost-comparisons of products utilizing an internet search engine or cost comparison website. A website tool allows the user to select the delivery services of system **10**, wherein system **10** gathers information from the results of the internet search engine or website in order to generate a request for services or shopping request. In a preferred embodiment, widgets are provided for other websites, such as classified ads or internet retailers, for ease in data transmission to server **14** and individual delivery agents. For example, a customer will simply click on a widget indicating the service provider of system **10** on a website in order to view the closest vehicle **50** to the shopping location depicted on the user interface **22** being viewed by the customer. The pick-up destination and map are automatically captured and transmitted to a selected delivery agent's vehicle, along with an approximate cost estimate for the customer. In addition, system **10** preferably allows a user to rate retailers and/or sellers and post comments. In one embodiment, user interface **22** provides the customer with targeted advertising related to the particular geographic region of the customer delivery and/or pick-up location. Additionally, retail sales alerts and value alerts for locations of interest are preferably displayed on user interface **22**. In one embodiment, system **10** enables customers to post classified ads for used goods, wherein delivery services associated with system **10** can be utilized by customers to shop for the used goods remotely and have the used goods delivered to a desired delivery site as will be explained in more detail below.

A purchase order or acquisition request is scheduled for a particular date and/or time, or is requested as needed by the customer. In a preferred embodiment, once an order is scheduled, a price estimate of services is sent to the customer for approval before proceeding with the transaction as indicated at step **112**. Such an estimate is generated, for example, based on the estimated driving time for the delivery agent and a service charge for purchase and delivery of a desired product. Optionally, a user may choose to share a trip, in which case multiple customers will utilize the same delivery agent to purchase products at the same location. In this embodiment, the status of the delivery agents posted on user interface **22** includes the shopping location the delivery agent is traveling to, as well as the time the delivery agent will be at the shopping location. With this information, customers within the same geographic region may choose to utilize the same delivery agent. Although the method of the present invention discussed in more detail below only references a single customer, it should be understood that any additional customer that selects the same agent will also send an acquisition request to system **10**, wherein the agent will electronically transfer an image, either in still or video form, of the requested goods using digital image capture device **46**, in the same manner as described with respect to the first customer. The agent may then acquire the second set of goods for the second customer and make a second, delivery trip to a delivery location specified by the second customer. In some situations, an agent may be able to obtain goods for multiple customers from one shopping location in a single trip. In some situations, greater efficiencies are realized and discounts may be offered to customers who participate in the shared pick-up event. In one embodiment, a customer may be able to pay a premium for a faster delivery. In such a scenario, a selection of a delivery agent may be made to

US 10,628,835 B2

7

accommodate the customer who has paid the premium instead of to maximize the overall efficiency of the delivery agents for multiple customers.

Once a store location is selected, the selected delivery agent travels to the store location as indicated at step **113**, and finds the desired product to be acquired. Ideally, digital image capture device **46** is utilized to provide a streaming "street view" for the customer's entertainment and to show the progress of the delivery agent as indicated at **114**. Additionally, GPS **47** is utilized with digital mapping technology to dynamically update the customer as to the location of the delivery agent. In one embodiment, once the delivery agent arrives at the selected location as indicated at **115**, the delivery agent activates a wearable real-time digital image capture device **46**, which provides the customer with a real-time view of the selected location as seen by the delivery agent. In one embodiment, system **10** sends short message service (sms) alerts to the customer or initiate voice communication with the customer when a delivery agent is leaving vehicle **50** to enter a location so that the customer can multi-task without worrying about the status of the delivery agent, as indicated at **116**. The delivery agent then enters the shopping location and identifies the product of interest. The delivery agent then communicates to the customer that the product has been identified, and the customer has the option of inspecting the product in real-time at **117**. If the customer chooses to inspect the product, the customer will communicate instructions to the delivery agent at **118**, and the delivery agent will utilize digital image capture device **46** to transmit real-time data to customer computer **30**. This data can be collected and relayed in various forms. For instance, a digital picture could be captured and sent to the customer. Along the same lines, digital video can be employed, perhaps in combination with voice transmissions corresponding to Skype™ communications. In accordance with these preferred embodiments, instructions can be in the form of several pre-approved commands. For example, the customer may request that the delivery agent zoom-in on a particular feature, zoom out, pan right or pan left. Such pre-approved commands will minimize miscommunications between the customer and the delivery agent. On the other hand, the product data can be collected by scanning a bar code associated with the product, or perhaps a QR code. In addition, optical imaging in combination with image recognition software can be used for product identification.

Next, the customer either approves or rejects acquisition of the inspected product. If the product is rejected, the customer has the choice of inspecting another product or terminating the service. Once the service is terminated, fees for the services provided are calculated as will be discussed in more detail below. If the customer requests further shopping, the delivery agent will move to other similar products or may travel to another location in search of a satisfactory product. Of course, the customer may choose to terminate the acquisition services at any time, as indicated at **119**. If the product is approved at **120**, the delivery agent will purchase or otherwise acquire the product on behalf of the customer at **121** and deliver the product based on the delivery options specified in the customer's profile, or amended delivery instructions provided by the customer at the beginning of a particular shopping request or at some time during a particular shopping request. In one embodiment, the customer may select a curbside drop-off of goods, or may request "white glove" delivery, in which case the delivery agent will deliver the product directly to the customer's door or desired physical location. Further, the location of the customer, and thus the delivery location, may be

8

obtained directly from the customer's GPS enabled device or smart phone as previously discussed. Additionally, the customer request may include a request for product pickup. For example, upon delivery of goods to the customer, the delivery agent may pick up recyclable products (e.g., cans, bottles, consumer electronics, etc.), which the delivery agent will transport to a recycling facility.

If the customer is not qualified for the amount of the desired purchase, or if the delivery agent cannot complete the transaction for any reason, the customer is notified that the acquisition cannot be made as indicated at **122**. It should be understood that this step can be provided at any time during the service period whenever it is established that the purchase price is outside of the pre-approved credit limit. Alternatively, the customer has the option of paying the retailer or seller directly, in which case the customer will only be billed for the pick-up and delivery services provided. For payment by proxy, the delivery agent may utilize printer **49** to produce a pre-authorization purchasing document including billing information which allows the delivery agent to pay at pick-up. If pre-purchased by the customer, the delivery agent obtains a receipt showing proof of pre-payment by the customer. In one example, if a customer wishes a delivery agent to pick-up a used good(s), such as from a yard sale, the delivery agent debits the customer's credit card for the amount of the purchase price, and upon successfully receiving funds from the customer account, utilizes printer **49** to print out a check as legal tender for the goods to be purchased.

In a preferred embodiment, printer **49** is also utilized to print out an invoice for the amount of time the delivery agent was engaged, distance traveled, purchased product and shopping services rendered, as indicated at **123**. The product is then delivered along with the invoice and any other paperwork (e.g., receipts) to the customer or the selected delivery site as indicated at **124** and **125**. Preferably, the invoice is packaged and attached to the purchased product. In one embodiment, the invoice includes a map having the route traveled during the shopping request and delivery highlighted, with an accompanying time history. If no product is purchased and no delivery is made, an invoice for services rendered may be generated utilizing billing database **35** and information provided by the delivery agent, with the invoice being sent to the customer either electronically (e.g., via a designated email address) or through standard mail delivery methods. The services rendered may be charged directly to a designated customer credit card, or utilizing some other designated electronic payment method. In one embodiment of the invention, each delivery agent has his or her own designated checking account and/or credit card which is utilized to purchase the desired goods and the customer is billed for services and product purchased upon delivery of the product to the customer. In one preferred form of the invention, near field communication (NFC), which is available on many smartphones, could be utilized for payments between the agent or grabber and the store, or between the agent and the customer. In fact, near field communication could also be employed in connection with transmitting and displaying product data as well.

Digital image capture device **46** is preferably utilized throughout the transaction to show the location of the delivery agent as the agent is driving to a desired purchase location, to show the product at the purchase location, and to verify delivery of the product to the customer at the designated delivery location. In certain preferred embodiments, a series of still images or video footage is stored on server **14** and can be accessed for delivery agent evaluation,

US 10,628,835 B2

9

for liability and public safety purposes, for delivery agent history or dispute resolution purposes, for example. However, in another embodiment, historic customer information is utilized for rapid request orders. More specifically, a customer can place an order through server **14**, and server **14** will send the order to a deliver agent without the need for the customer to select a delivery agent or communicate with the delivery agent. This feature can be particularly useful when a customer wishes to obtain previously ordered items such as prescription medications or groceries. In this case, the customer may be sent an alert through customer computer **30** when the delivery agent is nearing the delivery location.

Based on the above, it should be understood that the present invention provides a system for remote acquisition and delivery of goods that supplies a customer with the detailed information needed to make an informed purchase or acquisition remotely, and provides rapid same-day delivery of goods without creating a large carbon footprint. In one embodiment, system **10** calculates the reduction in carbon emissions from utilizing the service, or from selecting a particular delivery agent. It is contemplated that various retailers may work in conjunction with the services provider of system **10** to promote the use of the environmentally friendly services of the provider through displays indicating that the retails work with the service provider. In one embodiment, for example, a registered customer may opt-in for liquidation alerts from participating retailers. Additionally, participating retailers may provide in-house gear for staff or delivery agents, such as glasses with an embedded digital image capture processor **46** and a communications device **48** to enable staff or delivery agents entering the retail establishments to communicate with a customer. Alternatively, participating retailers may provide point-of-view (POV) cameras within the retail establishment which are connected to the internet and can be accessed by customers through system **10** so that the customers may view products within a store prior to engaging a mobile delivery agent.

In one exemplary embodiment, a customer generates an e-shopping "wish" list for desired products utilizing system **10**. The e-shopping list can be created manually by a user typing in his or her request into a user interface (e.g., keyboard) of computer **30**. Alternatively, the e-shopping list can be created utilizing an image and data capture device, such as a camera incorporated into a cell phone for taking digital pictures or video, and transferring the data to server **14** for processing. In another scenario, the list could be generated by scanning bar codes on existing products which the customer wants replaced, or taking a visual image in combination with image recognition software, such as Google Goggles™. A customer may travel to a retail establishment and, either utilizing in-house gear provided by the retail establishment or utilizing person equipment, such as a cell phone incorporating a camera, bar code or QR code scanning device, record which products the customer may be interested in obtaining at a future time. For each product on the list, the customer sends information regarding the product such as pictures, bar codes, QR codes, video, instructions, recipes, specifications, ingredients, where manufactured, etc. to server **14**. This e-shopping list is then made available to the customer upon logging into system **10**. Preferably, a selected delivery agent may retrieve the customer's e-shopping list and check items off the list as they are obtained utilizing communications device **48** or some other device communicating with server **14**. In this way, a customer can view the updates to their e-shopping list in real-time through their computer's connection to server **14**. Additionally, data or images captured by digital image

10

capture processor **46**, or the customer's own equipment (e.g., a cell phone), may be utilized by server **14** to generate product reviews on the particular product of interest or to check the internet for digital coupons associated with the product. The product reviews may be accessed by the customer through system **10**, and the digital coupons may be viewed and accessed by the customer or the selected delivery agent and used in the purchase of the desired product. Such coupons may be printed by the selected delivery agent utilizing printer **49**, for example.

Although described with reference to preferred embodiments of the invention, it should be readily understood that various changes and/or modifications can be made to the invention without departing from the spirit thereof. When referring to real-time imaging and the like, it should be understood that this term encompasses time requires to transmit the data between the customer and delivery agent or grabber, such as the time needed to transmit the information over the internet. Certainly, there are various forms for data transmission and communication disclosed in connection with the most preferred embodiments of the invention, with these data forms including, but not being limited to, still images (either alone or in combination with image recognition software), streaming video (really just a series of still images), bar code data and QR data, all of which are generically encompassed by a digital image capturing device and an associated processing device. Certainly bar code and QR data may be preferable due to associated accuracies, the ability to readily conduct simultaneous price comparisons for the product via internet searching or links, and enabling a host of information related to the product to be presented, e.g., nutritional or health information, product ratings and the like. Still, the image recognition or visual search technology certainly has its advantages, such as enabling a customer to directly convey to an agent a desired product for purchase through just the use a camera-equipped smartphone that can scan a product observed on a television set or simply observed elsewhere, such as at someone else's house. Still, various forms of electronic data could be employed. Additionally, although discussed in the context of a customer who wishes to purchase a product, it should be understood that the system of the invention may be utilized to schedule both pick-ups and delivery of any type of goods, including free goods. In one embodiment, the system will be utilized to arrange for disposal services for a customer, such as trash removal or hazardous materials removal. For example, a customer may wish for a delivery agent to purchase and deliver a new water heater, but may also wish for the delivery agent to carry away the old water heater or arrange for a third-party pickup of the water heater. In this situation, the delivery agent may arrange for a local trash service to perform a one-time pick-up of the old water heater. In another example, a customer may utilize a delivery agent in a different country or city in order to shop remotely for a desired product, and the delivery agent may arrange for a third party delivery service to transport the product to the customer. In another example, a delivery agent might be engaged to view a real estate listing and provide real-time video remote viewing of the property. Further, the steps for the methods of remote acquisition and delivery of goods described herein do not necessarily need to be in the order in which they are presented above. In general, the invention is only intended to be limited by the scope of the following claims.

We claim:

**1**. A method for remote acquisition and delivery of goods comprising:

US 10,628,835 B2

11

locating a plurality of agents of a service provider at various geographic locations, each agent having a mobile agent system in communication with at least one remote server, wherein each mobile agent system includes: a digital image capture device and a communication device;

receiving through the at least one remote server a first acquisition request from a first customer for a first set of one or more goods, including receiving product data from the first customer regarding at least one of the one or more goods;

contacting through the communications device one of the plurality of agents for a location having the first set of one or more goods;

electronically transmitting, in real-time, information on the first set of one or more goods to the first customer using the digital image capture device of the agent, including obtaining an image of a particular product of the first set of the one or more goods and sending the image for the first customer to inspect and approve the purchase of the particular product exactly shown in the image;

acquiring the particular product, via the agent; and

providing for delivery of the particular product to a delivery site.

**2**. The method of claim **1**, wherein each mobile agent system further includes a global positioning system and the method further comprising: sending to the first customer, information on the plurality of agents, including location information based on signals from the global positioning devices.

**3**. The method of claim **2**, wherein the first acquisition request from the first customer includes a selection of one of the plurality of agents for fulfilling the first acquisition request.

**4**. The method of claim **2**, wherein the information on the plurality of agents includes an availability status of the plurality of agents.

**5**. The method of claim **1**, further comprising:

conducting a credit check of the first customer prior to acquiring the first set of one or more goods; and

pre-approving the first customer for a particular purchase amount based on the credit check.

**6**. The method of claim **1**, further comprising: obtaining consent from the first customer to acquire the first set of one or more goods using the communication device before acquiring the first set one or more goods.

**7**. The method of claim **1**, further comprising, while delivering the first set of one or more goods, providing the first customer with a real-time street view utilizing the digital image capture device.

**8**. The method of claim **1**, wherein the each mobile agent system further includes a printer and the method further comprising: printing out an invoice for the first customer utilizing the printer upon delivery of the one or more goods.

**9**. The method of claim **1**, further comprising:

receiving a second acquisition request from a second customer for a second set of one or more goods;

electronically transferring information on the second set of one or more goods to the second customer using the digital image capture device;

acquiring the second set of one or more goods via the agent; and

delivering the second set of one or more goods to a second delivery site selected by the second customer.

12

**10**. The method of claim **1**, further comprising: checking the one or more goods off an electronic shopping list in real-time as each of the one or more goods is acquired.

**11**. The method of claim **1**, further comprising:

receiving product data from the first customer regarding the one or more goods; and

checking the internet for a digital coupon associated with the product data.

**12**. The method of claim **11**, wherein the each mobile agent system further includes a printer and the method further comprising:

printing out the digital coupon utilizing the printer; and

applying the coupon to a purchase during the step of acquiring the first set of one or more goods via the agent.

**13**. The method of claim **1**, further comprising:

generating product reviews associated with the product data which are accessible by the first customer.

**14**. The method of claim **1**, wherein the information is in the form of streaming real-time video.

**15**. The method of claim **1**, wherein electronically transmitting the information includes providing the first customer with the agent's real-time view of the first set of one or more goods.

**16**. The method of claim **1**, further comprising: using both visual and audio communication, in real-time, between the agent and the first customer to enable the first customer to inspect the first set of one or more goods prior to conveying a desire for the agent to acquire the first set of one or more goods for the first customer.

**17**. The method of claim **16**, wherein the visual and audio communication is performed in real-time using a smartphone.

**18**. The method of claim **1**, wherein the agent is part of staff at a retail establishment which sells the first set of one or more goods.

**19**. The method of claim **18**, wherein the first customer obtains electronically transmitting information on the first set of one or more goods from point-of-view cameras located within the retail establishment.

**20**. The method of claim **18**, wherein the agent utilizes in-house gear of the retail establishment for the mobile agent system.

**21**. The method of claim **1**, further comprising:

delivering the first set of one or more goods to the delivery site; and

alerting the first customer about delivery.

**22**. The method of claim **1**, wherein the first acquisition request is established by the first customer in the form of images or video.

**23**. The method of claim **1**, further comprising: utilizing near field communication for payment by the first customer.

**24**. A method for remote acquisition and delivery of goods comprising:

locating a plurality of agents of a service provider at various geographic locations, each agent having a mobile agent system in communication with at least one remote server, wherein each mobile agent system includes: a digital image capture device and a communication device;

receiving through the at least one remote server a first acquisition request from a first customer for a first set of one or more goods;

contacting through the communications device one of the plurality of agents for a location having the first set of one or more goods;

US 10,628,835 B2

13

electronically transmitting, in real-time, information on the first set of one or more goods to the first customer using the digital image capture device of the agent, including obtaining an image of a particular product of the first set of the one or more goods and sending the image for the first customer to inspect and approve the purchase of the particular product exactly shown in the image;

acquiring the particular product, via the agent; and

providing for delivery of the particular product to a delivery site.

**25**. The method of claim **24**, wherein the step of electronically transmitting information has the information obtained from one or more of bar codes, QR codes.

**26**. A method for remote acquisition and delivery of goods comprising:

locating a plurality of agents of a service provider at various geographic locations, each agent having a mobile agent system in communication with at least one remote server, wherein each mobile agent system includes: a digital image capture device, a global positioning system and a communication device;

14

sending to a first customer, information on at least one of the plurality of agents, including location information based on signals from the global positioning system;

receiving a first acquisition request from a first customer for a first set of one or more goods;

contacting one of the plurality of agents for a location having the first set of one or more goods;

electronically transmitting, in real-time, information on the first set of one or more goods to the first customer using the digital image capture device of the agent, including obtaining an image of a particular product of the first set of the one or more goods and sending the image for the first customer to inspect and approve the purchase of the particular product exactly shown in the image;

acquiring the particular product, via the agent; and

providing for delivery of the particular product to a delivery site.

**27**. The method of claim **26**, wherein the first acquisition request is established by the first customer by making a list of the first set of one or more goods by scanning bar codes or QR codes of existing products the first customer wants replaced.

\*   \*   \*   \*   \*

# EXHIBIT 5

Instacart: Grocery Delivery or Pickup from Local Stores Near You



Order groceries
for delivery or
pickup today

📍 Enter your address                                                              →

Browse stores in San Francisco Bay Area



**Walmart**
Delivery                                                                            >

**Sprouts Farmers Market**
Delivery • Pickup                                                                   >

**Safeway**
Delivery                                                                            >



Costco
Delivery

Lunardi's Markets
Delivery

Smart & Final
Delivery

99 Ranch Market
Delivery

Mitsuwa Marketplace
Delivery

Target
Delivery

Marukai Market
Delivery

Raley's
Delivery

Cardenas Markets
Delivery

**Show all**

# Grocery delivery you can count on

## Choose what you want

Select items from your favorite grocery stores at Instacart.com or in the app.



## See real-time updates

Personal shoppers pick items with care. Chat as they shop and manage your order.



## Get your items same-day

Pick a convenient time for you. Enjoy Instacart's 100% quality guarantee on every order.



**Start shopping**

# The world's largest online grocery service





500 million products

40,000 stores

5,500+ cities

Millions of orders

# Common questions

How does Instacart delivery and curbside pickup work?                    +

How much does Instacart cost?                                            +

Will I pay the same price on Instacart as I would in the store?          +

What happens if something is out of stock and I need to give specific instructions?                    +

What happens if there's an issue with my order?                         +

Can I get contactless delivery with Instacart?                          +

## Get deliveries with Instacart

iOS       Android

Top departments     ⌄

More departments     ⌄

Instacart programs     ⌄

Get to know us     ⌄

## Become a Shopper

iOS       Android



## Make money with us          ⌄

### Top cities        ⌄
### More cities        ⌄

## Shopper help         ⌄

## Legal

Terms of Use      Privacy Policy

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play and the Google Play logo are trademarks of Google LLC.

# EXHIBIT 6a



Case 1:21-cv-01147-GBW-MPT Document 29-1 Filed 12/03/21 Page 61 of 160 PageID #: 698

Google Play

Search

Sign in

Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Instacart: Shop groceries & get same-day delivery

Instacart Food & Drink 153,171

Everyone

Add to Wishlist

Install

Shop groceries online & get fresh food delivered directly to your door in as little as 2 hours with same-day delivery. This is food shopping made easy—plus, your first grocery delivery is free!

When you buy food online with Instacart, you can get fresh produce, drinks, including alcohol, and other products with same-day delivery or pick up all across the US. Just download the app to see what local grocery stores are available for safe, contactless pickup or same-day delivery in your zip code.

Prefer pickup for your food shopping? Order groceries online for contactless or curbside pickup at your local store. Your grocery order will be eagerly waiting for you when you arrive.

Same day grocery delivery and pickup made easy

• Enter your zip code & select your favorite local grocery stores
• Shop food, produce & alcohol and choose from our large selection of products
• Add your food shopping to your online cart & buy food quickly
• Chat with your shopper and select replacements if an item is not available
• Buy groceries the easy way as you relax as you wait for your alcohol or groceries delivery order to arrive
• Enjoy your food while you save time & money

Order your food shopping and get contactless same day delivery & curbside pickup

Shop groceries from the safety of your home and get your groceries quickly with same day delivery. Our contactless delivery and pickup will ensure you and your shopper safety.

Find your favorite products from our wide selection of items
Buy food and order fresh produce, late-night snacks, and even alcohol —all delivered straight to your door with Instacart's easy grocery delivery. Order your essentials like toilet paper and other household items the same day!

And your shopper will work hard to select even fragile items like eggs and glass bottles with care.

With Instacart, you can:
• Find exclusive deals & coupons
•Create a shopping list

Instacart: Shop groceries & get same-day delivery – Apps on Google Play

- Get same-day, contactless delivery. Or, a shopper will prepare your order for contactless pickup.
•Reorder your favorite items from our wide selection of available products
•Buy food, fresh produce, drinks, and alcohol —all in 1 order
•View nutritional information & filter by your diet type.
•Use Group Carts to easily shop together with friends, family & neighbors

Grocery delivery made easy, where to shop with Instacart

Shop groceries from your favorite local grocery stores: Aldi, Publix, Costco, Safeway, Wegmans and 20,000 other retail locations in North America—for same-day pickup and delivery. And we are always adding more retail & grocery stores to our selection.

Download to shop groceries & see what stores are available in your zip code for contactless or curbside pickup and same-day delivery.

**COLLAPSE**



REVIEWS                                                          ⓘ Review policy and info

4.4

★ ★ ★ ★ ☆

👤 153,171 total

5
4
3
2
1

**Mike**                                                         👍
★ ☆ ☆ ☆ ☆  August 4, 2021                                       10          ⋮

Probably the second worst app I've ever used. Terribly unintuitive form entry. Very poorly designed from the back end as you can be typing characters which do not register. Finally submitted an order only to receive an email that my account was not verified and my order was cancelled which then of c...

Instacart: Shop groceries & get same-day delivery - Apps on Google Play

Full Review

 **AK McD**
★★☆☆☆ · August 2, 2021


👍
40
⋮

Instacart states that their prices are higher than the actual stores from which they shop and then they add delivery fees. It's too expensive. Most grocery stores offer delivery or pick up so they will shop for you and not charge you the inflated prices. Please look for delivery options from the act...

Full Review

 **Simran Johal**
★☆☆☆☆ · August 3, 2021


👍
3
⋮

Horrible experience. Can't get a hold of anyone at instacart to help resolve my continuous issues. App goes blank, has error messages page after page, units are off with groceries and the shoppers they have hired always charge for items that are missing and have a hard time following instructions. S...

Full Review

**Instacart** August 4, 2021

Hi there! Thank you so much for taking the time to leave a rating and a very helpful review! This definitely helps us to continually improve the platform, and the overall experience for our customers, and we appreciate the feedback! We hope you will give us another opportunity to show you the top-notch service we are known for. Very best -Jina
🖉

 **Angela Jones**
★★☆☆☆ · August 1, 2021


👍
22
⋮

Order from two different stores just a few days ago and there was no problem. Today I ordered from two stores again and one of my orders was canceled whatever kinks or glitches is in the app hope it is fixed real soon because now I have to wait 5 to 10 days to get my money back because of the order ...

Full Review

**Instacart** August 1, 2021

Thanks for sharing your feedback. We'd love to answer any questions you have. Please

send us a private message (Facebook) or a direct message (Twitter). -Jina 🔗

**READ ALL REVIEWS**

---

WHAT'S NEW

Delivering fresh groceries on your schedule means our app is always evolving. With this update, we've fixed a few underlying issues to give you the most seamless experience possible. Happy shopping!

---

ADDITIONAL INFORMATION

| **Updated** | **Size** | **Installs** |
|---|---|---|
| August 5, 2021 | 82M | 10,000,000+ |

| **Current Version** | **Requires Android** | **Content Rating** |
|---|---|---|
| 6.65.4 | 5.0 and up | Everyone |
| | | Learn more |

| **Permissions** | **Report** | **Offered By** |
|---|---|---|
| View details | Flag as inappropriate | Instacart |

**Developer**

Visit website

happycustomers@instacart.com

Privacy Policy

---

8/5/2021
Case 1:21-cv-01147-GBW-MPT Document 29-1 Filed 12/03/21 Page 66 of 160 PageID #: 703
Instacart: Shop groceries & get same-day delivery - Apps on Google Play



## Similar

See more

**Shipt: Order online f**
Shipt
★★★★★

**Publix Delivery & Cu**
Publix Super Markets In
★★★★⯪

**Favor - Anything Del**
NeighborFavor, Inc.
★★★★⯪

**Postmates - Food,**
Uber Technologies, Inc
★★★★☆

## More by Instacart

**Instacart Shopper:**
Instacart
★★★★☆

**ACME Markets Rus**
Instacart
★★★★☆

**Shaw's Rush Deliver**
Instacart
★★★★☆

**Star Market Rush D**
Instacart
★★★⯪☆

©2021 Google    Site Terms of Service  Privacy  Developers  About Google  | Location: United States  Language: English
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and
Privacy Notice.

# EXHIBIT 6b



Google Play

Search

Sign in

Apps

Categories Home Top charts New releases

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

# Instacart: Shop groceries & get same-day delivery

**Instacart** **Food & Drink** ★★★★½ 153,171

Everyone

Add to Wishlist

Install

Shop groceries online & get fresh food delivered directly to your door in as little as 2 hours with same-day delivery. This is food shopping made easy—plus, your first grocery delivery is free!

8/5/2021
Case 1:21-cv-01147-GBW-MPT Document 29-1 Filed 12/03/21 Page 69 of 160 PageID #: 706
Instacart Shop groceries & get same-day delivery - Apps on Google Play

When you buy food online with Instacart, you can get fresh produce, drinks, including alcohol, and other products with same-day delivery or pick up all across the US. Just download the app to see what local grocery stores are available for safe, contactless pickup or same-day delivery in your zip code.

Prefer pickup for your food shopping? Order groceries online for contactless or curbside pickup at your local store. Your grocery order will be eagerly waiting for you when you arrive.

Same day grocery delivery and pickup made easy

• Enter your zip code & select your favorite local grocery stores
• Shop food, produce & alcohol and choose from our large selection of products
• Add your food shopping to your online cart & buy food quickly
• Chat with your shopper and select replacements if an item is not available
• Buy groceries the easy way as you relax as you wait for your alcohol or groceries delivery order to arrive
• Enjoy your food while you save time & money

Order your food shopping and get contactless same day delivery & curbside pickup

Shop groceries from the safety of your home and get your groceries quickly with same day delivery. Our contactless delivery and pickup will ensure you and your shopper safety.

Find your favorite products from our wide selection of items
Buy food and order fresh produce, late-night snacks, and even alcohol —all delivered straight to your door with Instacart's easy grocery delivery. Order your essentials like toilet paper and other household items the same day!

And your shopper will work hard to select even fragile items like eggs and glass bottles with care.

With Instacart, you can:
• Find exclusive deals & coupons
•Create a shopping list

8/5/2021
Case 1:21-cv-01147-GBW-MPT   Document 29-1   Filed 12/03/21   Page 70 of 160 PageID #: 707
Instacart: Shop groceries & get same-day delivery - Apps on Google Play

- Get same-day, contactless delivery. Or, a shopper will prepare your order for contactless pickup.
• Reorder your favorite items from our wide selection of available products
• Buy food, fresh produce, drinks, and alcohol —all in 1 order
• View nutritional information & filter by your diet type.
• Use Group Carts to easily shop together with friends, family & neighbors

Grocery delivery made easy, where to shop with Instacart

Shop groceries from your favorite local grocery stores: Aldi, Publix, Costco, Safeway, Wegmans and 20,000 other retail locations in North America—for same-day pickup and delivery. And we are always adding more retail & grocery stores to our selection.

Download to shop groceries & see what stores are available in your zip code for contactless or curbside pickup and same-day delivery.

**COLLAPSE**

REVIEWS



Review policy and info

4.4

★★★★⯨

👤 153,171 total

|   |   |
|---|---|
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

**Mike**

★☆☆☆☆ August 4, 2021

👍
10

⋮

Probably the second worst app I've ever used. Terribly unintuitive form entry. Very poorly designed from the back end as you can be typing characters which do not register. Finally submitted an order only to receive an email that my account was not verified and my order was cancelled which then of c...

Instacart: Shop groceries & get same-day delivery | Apps at Google Play

Full Review



**AK McD**

★★☆☆☆ · August 2, 2021



👍
40

⋮

Instacart states that their prices are higher than the actual stores from which they shop and then they add delivery fees. It's too expensive. Most grocery stores offer delivery or pick up so they will shop for you and not charge you the inflated prices. Please look for delivery options from the act...

Full Review



**Simran Johal**

★☆☆☆☆ · August 3, 2021



👍
3

⋮

Horrible experience. Can't get a hold of anyone at instacart to help resolve my continuous issues. App goes blank, has error messages page after page, units are off with groceries and the shoppers they have hired always charge for items that are missing and have a hard time following instructions. S...

Full Review

Instacart August 4, 2021

Hi there! Thank you so much for taking the time to leave a rating and a very helpful review! This definitely helps us to continually improve the platform, and the overall experience for our customers, and we appreciate the feedback! We hope you will give us another opportunity to show you the top-notch service we are known for. Very best -Jina

🖊



**Angela Jones**

★★☆☆☆ · August 1, 2021



👍
22

⋮

Order from two different stores just a few days ago and there was no problem. Today I ordered from two stores again and one of my orders was canceled whatever kinks or glitches is in the app hope it is fixed real soon because now I have to wait 5 to 10 days to get my money back because of the order ...

Full Review

Instacart August 1, 2021

Thanks for sharing your feedback. We'd love to answer any questions you have. Please

send us a private message (Facebook) or a direct message (Twitter). -Jina 🔗

**READ ALL REVIEWS**

WHAT'S NEW

Delivering fresh groceries on your schedule means our app is always evolving. With this update, we've fixed a few underlying issues to give you the most seamless experience possible. Happy shopping!

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| August 5, 2021 | 82M | 10,000,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 6.65.4 | 5.0 and up | Everyone |
| | | Learn more |

| Permissions | Report | Offered By |
|---|---|---|
| View details | Flag as inappropriate | Instacart |

Developer

Visit website

happycustomers@instacart.com

Privacy Policy

## Similar

<div style="text-align:right"><span style="background:#3c8f3c;color:#fff;padding:6px 12px;">See more</span></div>



| | | | |
|---|---|---|---|
| Shipt: Order online f… | Publix Delivery & Cu… | Favor - Anything Del… | Postmates - Food, … |
| Shipt | Publix Super Markets In… | NeighborFavor, Inc. | Uber Technologies, Inc… |
| ★★★★★ | ★★★★★ | ★★★★½ | ★★★★☆ |

## More by Instacart

| | | | |
|---|---|---|---|
| Instacart Shopper… | ACME Markets Rus… | Shaw's Rush Deliver… | Star Market Rush D… |
| Instacart | Instacart | Instacart | Instacart |
| ★★★★☆ | ★★★★☆ | ★★★★☆ | ★★★½☆ |

©2021 Google   Site Terms of Service  Privacy  Developers  About Google  | Location: United States  Language: English
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

# EXHIBIT 7

# Space, Time and Groceries



Jeremy Stanley · Follow
Jun 13, 2017 · 8 min read

Grocery delivery visualized in python with datashader.

At Instacart, we deliver a **lot** of groceries. By the end of next year, 80% of American households will be able to use Instacart. Our challenge: complete every delivery on-time, with the right groceries.

Over the course of a week, we traverse cities all over the United States many times over while delivering groceries:



Routes followed by shoppers in SF, Austin, Boston and Miami

How do we bring order to the chaos?

In the remainder of this post, we'll first introduce the logistics problem Instacart is solving, outline the architecture of our systems and describe the GPS data we collect. Then we will conclude by touring a series of datashader visualizations:



Example datashader visualizations at Instacart

Visualizations like these help us to build intuition about our system, generate hypotheses for improvements, sanity check our changes, identify best practices and improve our operations.

But before we get too caught up in these visualizations, let's first quickly cover the problem we are solving.

## Logistics @ Instacart

When using our app to order groceries, you first choose a retailer, and then shop for groceries to be delivered. Over the course of a few hours, we have thousands of such orders to deliver. Doing this efficiently is the job of our logistics systems.

At it's simplest, our logistics problem can be viewed as solving a TSP (traveling salesman problem) where the shopper must go to the store first. For example, the shopper drives to the store, picks your groceries (along with two other orders), and then delivers them in a sequence:





There are many algorithms for solving TSPs, and perfect solutions can be found for up to tens of thousands of deliveries. Even with millions of deliveries, heuristics can come within 2–3% of the optimal solution.

But in practice we have a fleet of shoppers to fulfill orders. Each will be given a batch of orders to shop for, and will then deliver those orders in sequence:



This problem is called a VRP (Vehicle Routing Problem), which generalizes the traveling salesman problem. (*Generalizes* is a mathy euphemism for 'even harder to solve optimally'.)

But we can't stop there. Instacart is named **Insta**cart for a reason — we commit to narrow delivery windows for our customers (usually 1 hour long). So only a subset of assigned routes will be viable, and we must jointly optimize the expected timeliness of our deliveries with the speed of our movement.

This is called a VRPTW (Vehicle Routing Problem with Time Windows):





If only life were so simple!

In reality, not all of our shoppers are equivalent. Some have large vehicles, others have small ones. Some have club-cards for retailers like Costco, while others do not. Some can fulfill alcohol orders, while others may not. This means our problem is *capacitated*, and so we can add a big C to the front of our acronym.

Furthermore, each vehicle can take more than one trip, which lets us append the letters MT (for Multiple Trips). So really, we have a CVRPTWMT:



Oh, and everything evolves continuously under many sources of uncertainty. New orders are placed. Shoppers come on and off of shift. Weather, traffic and other events wreak havoc on plans. Such problems are referred to as being *stochastic*, which gives us one more letter — an S!

So in the end, we are left to solve a SCVRPTWMT (🤯). They say that the longer the acronym, the harder the problem is to solve.

But don't fret, all is not lost.

## Naïve to Novel

A simple system can be implemented for routing shoppers that accomplishes some of our goals without a great deal of complexity:

1. Sort orders by when they are due

2. Find the shopper who is free that can do the first order the fastest

3. Search remaining orders for any that can be added without being late

4. Dispatch the orders found to this shopper

5. Repeat

This will optimize for fulfilling the most urgent orders in the most timely fashion, and seek efficiencies where possible as a secondary objective.

We began with a variation of this kind of simple greedy algorithm, and have since introduced novel approaches that have had a dramatic impact on our speed, without compromising on late deliveries or order quality:



Now

We have halved the number of minutes per delivery in San Francisco, and continue to set aggressive goals.

Some of the changes we have introduced include:

- Machine learning to predict the distribution of time expected for any given shopper and assignment

- Decomposing the CVRPTW into sub-problems (clustering deliveries, shopper assignment) and solving these sub-problems to near optimality

- Applying heuristics for limiting search spaces, dealing with anomalies, fine-tuning solutions and adapting under uncertainty

- Re-computing batch plans every minute and making dispatching decisions just in time

The application that decides what orders each shopper should fulfill is called our 'fulfillment engine', and it is just one component of our overall logistics system, which also forecasts demand and shopper behavior, manages capacity and busy pricing and plans and adapts our staffing:



These systems are highly interdependent, and we are increasingly using <u>simulations</u> to optimize them jointly under many sources of uncertainty.

In the months to come we will publish more detailed posts about these systems and the fun engineering, machine learning, optimization and operations challenges they present, so stay tuned!

## The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4194 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

Every ~10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

## Datashader

Datashader provides the ability to quickly and interactively visualize millions, or even billions of points.





An animation of interactively zooming into a SF datashader plot

For more information on datashader, I recommend you start with their plotting pitfalls notebook. Many of the visualizations in this post are modeled after their NYC Taxi and OpenSky notebooks.

Note that for these visualizations, we show only data points where shoppers are moving quickly while driving and delivering groceries, or we are zoomed into store locations. This is to protect the privacy of our shoppers and our customers.

## Accuracy

First, let's inspect the accuracy of the GPS data we collect:





GPS updates in San Francisco highlighting accurate (blue) measurements and inaccurate (red) measurements

The red points represent inaccurate measurements (more than 10 meters), whereas those in blue are accurate measurements (10 meters or less). We can immediately see that accuracy is poorer in the financial district (upper-right), where tall buildings obstruct the GPS. But even there the data accumulates to clearly show an outline of the streets. The measurements are also less accurate inside of any city block, where presumably the shoppers are indoors and the GPS signal is obstructed.

We can zoom into one of our store locations and see the shoppers moving through the parking lot with highly accurate GPS locations, but losing that signal within the stores themselves:



GPS updates around a store location highlighting accurate (blue) measurements and inaccurate (red) measurements

Furthermore, there appear to be buildings or other obstructions that 'shade' the GPS accuracy over certain parts of this parking lot (see the left hand side).

## Speed

We can filter the the data to just the accurate observations, and then color the observations based on the speed the shopper is moving at:



Speed of movement in San Francisco (dark blue is slow, yellow is fast)

This clearly shows our shoppers moving fastest on the highways in San Francisco, and slowest in the financial district. It also shows that moving quickly from the south to the north side of the city is difficult, as there are no fast routes making that connection.

## Direction

If we instead color each point by the direction the shopper was moving in, we can clearly see the organization of the city streets:



GPS updates while moving with color mapped to direction of movement

One way roads alternate from one block to the next, some roads have traffic moving both ways, and other roads switch directions at certain intersections. The roundabouts and circular exit and entrance ramps make nice color wheels.

## Store Location

When shoppers are delivering groceries, we know the store location they originated from, and so can color the map to visualize what stores frequently deliver to each neighborhood:



8/5/2021   Space, Time and Groceries. Instacart delivers... visualized in a million... by Jeremy Stanley | tech-at-instacart

Case 1:21-cv-01145-GBW-MPT Document 20-1 Filed 12/03/21 Page 86 of 160 PageID #: 723



Paths taken when delivering from 10 store locations in SF (deliveries per location sampled to be constant)

Some stores dominate large areas, especially on the edge of the city. In more congested neighborhoods many streets are frequently traversed by shoppers from multiple stores, and the colors blend together into mixed hues.

## Shopper State

We also measure where each shopper is in their workflow at any given moment. This lets us see what shoppers are doing inside the store locations (when measurement is accurate enough):





High accuracy GPS updates from within a store location

The checkout area (brown) is near the shopping area (purple), but the staging area (pink) is on another side of the store.

Or, by visualizing paths instead of points, we can clearly see the movement of shoppers through store parking lots:





Paths followed in the parking lot of a store location while in different states in the app (color)

Each lane is (mostly) one way (pink or orange), and shoppers enter the store to pick up groceries on one side of the building (blue). You can even see where shoppers typically park while waiting for their next order (yellow).

Visualizations like these help us to:

- Build intuition for how our logistics system functions at scale

- Generate hypotheses for ways to improve our algorithms or operations

- Confirm that changes to production have the expected behavior

- Make better operational decisions about parking spaces, store locations and our product offering

If you are interested in joining the team to help us engineer, optimize or analyze our logistics systems, or to work on any of the other many challenging problems we have at Instacart, check out our careers page at careers.instacart.com.

Thanks to Jagannath Putrevu.

Data Visualization    On Demand    Logistics    Maps    Machine Learning



About    Write    Help    Legal

Get the Medium app

# EXHIBIT 8



Sign in

Instacart Onboarding  >  Become a Shopper

🔍 Search

**Articles in this section**    ⌄

# Shopper roles

Instacart's same-day delivery and pickup services bring everyday essentials and fresh groceries to consumers in the U.S. and Canada in as fast as an hour. Customers order groceries from their favorite local stores, and Shoppers handpick the items and deliver the order to them.

There are two different shopper roles with Instacart: full-service shopper and in-store shopper. Each has different benefits and requirements.

## Full-service shopper

Full-service shoppers are independent contractors that use the Instacart platform to shop and deliver orders for their customers. This opportunity has lots of flexibility—you choose which batches you'd like to shop, with no limit on how many batches you can fulfill.

Requirements to be on the platform as a full-service shopper include—

- 18 years of age or older

- Eligibility to work in the U.S. or Canada

- A smartphone with Android 5.0 or later, iOS 9 or later

- A functioning, registered vehicle

- Vehicle insurance, in accordance with local laws

- Can lift 30+ pounds

- Following Instacart's food safety policies

## In-store shopper

In-store shoppers are Instacart employees who, among other things, shop and stage orders in one store at a time. These part-time shoppers work scheduled shifts, up to 29 hours per week. No car is required for this role.

Requirements for the in-store shopper role include—

- 18 years of age or older

- Eligibility to work in the U.S. or Canada

- A smartphone with Android 5.0 or later, iOS 9 or later

- Can lift 30+ pounds

- Following Instacart's food safety policies

Individuals with a medical condition or disability may qualify for reasonable accommodations. Please fill out this form to contact us.

## Locations available on Instacart

Instacart is available in many cities across the U.S. and Canada, and we're constantly expanding what regions we serve. Enter your postal code at instacart.com/locations to see available locations.

While we don't have a set timeline for when Instacart will come to a particular city, you can sign up for updates for your area by creating an account on the Instacart website (U.S., Canada). You'll get updates when we launch near you.

  

Was this article helpful?

 ✓ Yes      ✕ No

2441 out of 3282 found this helpful

Return to top ⬆

**Related articles**

Shopper pay and earnings

Signing up to become a Shopper

Updating personal information

Background checks

What is a GST/HST number? (Canada only)

## Comments

0 comments

Article is closed for comments.

⊠ Powered by Zendesk

# EXHIBIT 9

 **Help Center**

Log in   

---

| Where we deliver | ⌄ |

# Where we deliver

Instacart serves households across the United States — and we're always growing. Let an Instacart shopper handle your grocery list for you sometime soon.

## Service areas

Instacart's delivery and pickup services are available in thousands of cities globally. To see if that includes your area—

1. Visit **our locations page**.
2. Enter your ZIP code.

# Instacart doesn't deliver to me

Although Instacart is available in many cities across the U.S. and Canada, we're not everywhere just yet. However, we could be coming to your area soon!

To be notified when we start serving your ZIP code—

1. Visit **our locations page**.
2. Enter your ZIP code.
3. Click "Get notified when we expand to your area" and sign up for updates.

## Available stores

Instacart Shoppers shop local stores in your area. To see which stores are available to you, visit **our locations page**. From there, select your state or scroll down to see a list of available areas. Selecting the area name displays a list of available stores in that area.

## Adding new stores

We're always adding new stores you can order from. To stay in the loop as we add more

stores, subscribe to **Sales and Marketing email updates**, or follow Instacart on **Twitter**, **Instagram**, or **Facebook**.

## Still need help?

Log in to help us get you to the right help quickly.

**Log in**

## Are you a Senior?

Contact our dedicated Senior Support Service if you need help getting started or with an existing order.

 **1.844.981.3433**

Daily: 8am - 11pm ET

---



🥕 **Get deliveries with Instacart**

 iOS    ▷ Android

| Top departments | ⌄ |
|---|---|

| More departments | ⌄ |
|---|---|

| Instacart programs | ⌄ |
|---|---|

| Get to know us | ⌄ |
|---|---|



# Become a Shopper

 iOS    Android

| Make money with us | ⌄ |
|---|---|

| Top cities | ⌄ |
|---|---|

| More cities | ⌄ |
|---|---|

| Shopper help | ⌄ |
|---|---|

## Legal

**Terms of Use**    **Privacy Policy**

   

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play and the Google Play logo are trademarks of Google LLC.

# EXHIBIT 10

An Instacart shopper on the grocery delivery tip system - Vox



# Grocery startup Instacart says it's fixed its payment problems. This gig worker says it hasn't.

An interview with an Instacart shopper who says the company's "frustrating" practices have left her with 30 percent less income.

By Chavie Lieber | @ChavieLieber | Chavie.Lieber@Vox.com | May 14, 2019, 1:00pm EDT



An Instacart shopper scans the bar code for an item on a customer's grocery list in Denver, Colorado. | Cyrus McCrimmon/Denver Post/Getty Images



8/5/202 An Instacart shopper on the grocery delivery app's payment tool...

Case 1:21-cv-01147-GBW-MPT   Document 29-1   Filed 13/03/21   Page 100 of 160 PageID #:
737

For busy parents, working professionals, and homebound populations like the elderly, Instacart can feel like a godsend. Customers place orders through the company and can have items from stores like Costco, Whole Foods, Kroger, Petco, and CVS delivered straight to their doorsteps.

Instacart has made schedules much more manageable, turning into a multibillion-dollar venture along the way. Founded only seven years ago, Instacart now makes about $2 billion a year in revenue, according to a recent **Forbes** estimate; it's credited with **changing the grocery industry** forever, and CEO Apoorva Mehta is celebrated as a **top tech executive** after founding **20 failed startups**.

Instacart's success is dependent on some 70,000 **independent contractors** the company calls "shoppers" who purchase and deliver groceries. Like their peers in the gig economy, they aren't guaranteed minimum wage or overtime. One recent study even found that most of them **aren't making minimum wage** before tips, though Instacart disputes these kinds of calculations.

Back in February, the company was the subject of widespread **outrage** after it was **reportedly** found guilty of **tip theft**; the company was applying tips **to worker baseline pay**, as opposed to letting them keep tips as extra pocket cash. The company **publicly apologized and announced** that Instacart would be paying its shoppers more "fairly," with a new pay structure that included increasing its minimum baseline payment on orders from $3 to between $7 and $10 (though the company did not clarify what would put a shopper on one end of the range versus the other).

But some claim the company's pay structure has only gotten worse. Recently, I spent some time talking to Kris, a 53-year-old former paralegal who works as an Instacart shopper in Seattle. Kris explained the routine of an Instacart shopper, how she believes the startup is making it harder to earn money, and why she believes it rarely has the best interest of its workforce in mind. Our interviews have been edited and condensed for clarity.

In response to this conversation, a spokesperson from Instacart said that the company "values our community of over 70,000 dedicated shoppers and are committed to improving the Instacart shopper experience. While there's more work to do, we've begun turning feedback into actionable changes for shoppers. The voice of the Instacart shopper

community plays an integral role in shaping our product and we look forward to continuing to have an open dialogue with shoppers to deliver the best possible experience."

## When did you start working as an Instacart shopper?

A few years ago, I was diagnosed with an autoimmune disease, which prevented me from working a regular job. I needed flexibility, and saw an ad for Instacart. I know the company has been around for a while, but it feels like it's only been really big in Seattle over the last year. I started in January of 2018.

My goal is to be able to make $100 a day, in order to support myself. I used to be able to pull that off by working about four hours, four days a week, but Instacart changed its pay structure a few months ago and these changes have **affected us poorly**. Now it takes about six days to make that.

---

## *THE COMPANY DOESN'T WANT US GIVING CUSTOMERS THE GROCERY RECEIPT BECAUSE THEN EVERYONE WOULD SEE THE REAL COSTS*

---

## What's it like to grocery shop for other people?

I shop for them the way I would shop for myself. I think of it as a personal luxury shopping service, so I am checking the dates on the bread and milk, looking for the best produce, and making sure I find all of the special requests. I think there's a lot of work that goes into this job that people don't think about. All produce, for example, has to be bagged and weighed, so you are constantly working with a scale to make sure everything is accurate. We also spend a lot of time waiting on lines at the deli, or at the fish counter.

## Are there any rules of grocery shopping that are unique to Instacart?

One big one is to not give the customer the receipt. You can actually get deactivated if you do. They are marking up products so that Instacart can make a profit as a third-party vendor, and customers get Instacart receipts emailed to them. The company doesn't want us giving customers the grocery receipt because then everyone would see the real costs. We also have to take off all stickers that reveal any sales or prices, like a buy-one-get-one.

[Instacart told Vox the price discrepancies are easy to find in its app.]

## How does your current payment structure with Instacart work? Are you getting paid per item?

No, we used to get paid like that. We'd make a 40-cent commission on each item. But in November, Instacart changed the system so we now get paid via a batch payment.

It's become really confusing. We don't know how our payments are calculated, other than the fact that Instacart gives us a $7 to $10 baseline, and then some payment that's supposed to cover the costs of mileage from a store to a customer. Instacart says our payments are based on some sort of algorithm, but they aren't transparent with us and none of us know how the payments work.

## Can you walk me through a breakdown of an order?

Sure. The other day, I picked up an order that paid me $25.02. Instacart covered $20.99 and then the customer tipped me $4.03. The order included cases of water and soda. I know the baseline pay was $7 to $10, but I have no idea how they calculated the rest of the pay.

Instacart's payment system, in general, is pretty frustrating because sometimes the payments can be really high, and sometimes it can be really low. It's become pretty unreliable, and a lot of us feel like Instacart is playing games with our income so that the company can keep the profits.

[Instacart said its payment system was redesigned "to improve, enhance and create clarity around shopper compensation. The new minimums better protect shoppers from smaller, outlying batches and the changes increased Instacart's overall contribution to shopper earnings."]

---

*INSTACART SAYS OUR PAYMENTS ARE BASED ON SOME SORT OF ALGORITHM, BUT THEY AREN'T TRANSPARENT WITH US AND NONE OF US KNOW HOW THE PAYMENTS WORK.*

---

## How do you feel like the company is playing games with your income?

A good example is how Instacart moved from commission-based payments to batch payments with multiple orders in each batch. Recently, for example, I went to Kroeger's for

an order, and I got a batch payment with somewhere between $7 to $10 as a baseline. There were two different customer orders on the batch, though. So I had to run around for customer A's order, and then do customer B's shopping list. Really, my baseline pay should be $14 to $20 because it's two orders, but Instacart has lumped them together when you are going to one store. I've done triple batches too. Instacart just never has our best interest in mind.

[Instacart told Vox that while the $7 to $10 baseline pay applies to multi-order batches, "shoppers have an opportunity to get additional pay through boosts earned for each order in the batch, as well as customer tips from each individual order in the batch."]

**Do they offer any incentives for you to make extra money?**

They do, but those have also been harder to come by. I'm in a lot of [social media] groups for Instacart shoppers, and we all agree that since the chaos happened in February, **things have actually gotten worse**. Personally, my income has fallen 30 percent.

Instacart used to give you $3 extra if you got a five-star bonus from a customer, but the place to leave reviews has recently become harder to find. I've confirmed this with my customers. Unlike the Uber app, which has an automatic pop-up window for the customer to review the driver, shoppers have to go through multiple steps now to leave a star-rating. I believe that this is on purpose. Anything that costs Instacart money, they make sure the app works in their favor.

We also noticed that the tip was magically moved to 5 percent as a default setting which, quite honestly, does not cut it for this job. Not that it matters: Our tips are still disappearing. I have seen with my own eyes, and I believe Instacart is keeping them.

[Instacart said it offers "several additional opportunities to earn money" like "peak boosts" that give shoppers bonuses for working during busy times, as well as "heavy order payments."]

An Instacart shopper in the grocery delivery payment system.



Instacart has come under fire for its payment policies. | Cyrus McCrimmon/Denver Post/Getty Images

**I've asked Instacart about keeping tips, and the company denies this is happening.**

Instacart is not being transparent with us. As shoppers, we have no idea if we are getting the full tips or not. We don't get notifications if the tip has been increased after the delivery. We just have to believe Instacart, and this is a company that has **caught underpaying tips before** and had to **pay out** [a settlement in a class action lawsuit].

Us Instacart shoppers have seen our tips go down significantly, and we just assume the company is taking it. I absolutely believe they are still pocketing our tips, and I'm not the only one. I'm in groups on Reddit, and Facebook, and a few local ones in Seattle, and this has happened to many of us. I've spoken with Instacart shoppers who have watched their customer's phones when they've sent a $15 tip. It will be confirmed on the customer's phone, but the Instacart shoppers will still only get a portion of it.

**What was the reaction when the company said they were going to start treating shoppers better?**

We all rolled our eyes. It looked like one giant publicity show to us because Instacart has actually gotten rid of ways that we can earn more.

There used to be a club bump, where you could get $5 for shopping at Costco or Sam's Club, and that's gone. There used to be a bump for spending more than $200, but now

that's gone. We also used to have a long distance bump for driving more than 14 miles, but that's gone too.

Honestly, that whole episode felt like a punishment to us Instacart shoppers because we had asked for a little bit of transparency, and that makes sense for Instacart, since the company builds punishment into the system.

---

*WE ALL ROLLED OUR EYES. IT LOOKED LIKE ONE GIANT PUBLICITY SHOW TO US BECAUSE INSTACART HAS ACTUALLY GOTTEN RID OF WAYS THAT WE CAN EARN MORE.*

---

### How are workers punished?

If you decline an Instacart order, they'll have you sit for 20-30 minutes until they'll find you a new job. We joke that it's a "time out" for turning down a job. The algorithm penalizes shoppers who turn down orders.

Instacart also has this demerit system called reliability incidents. You have to give the company six hours' notice if you are going to back out on the number of hours you sign up for, and if you don't, you get a reliability incident. After you get four reliability incidents, you are only able to select certain hours. On Sunday, Instacart hours unlock for the week, so I can make my schedule ahead of time. With enough reliability incidents, though, they only unlock one day ahead, so it's essentially a punishment. This doesn't really seem fair, given that we are independent contractors.

[Instacart told Vox that "reliability incidents are put in place to ensure we can offer a consistently beneficial experience to both our customers and our shoppers."]

### What would a better Instacart payment system look like for you?

Most of us want Instacart to be paying us on a commission system again, but where we are paid per unit — not item, unit. A unit, for Instacart, is how many of an item a customer wants. If they order four 2-liter bottles of Coke, that's one item, four units, but the commission was only paid on the item, which is the Coke. If a customer ordered 15 apples, we wanted 40 cents per apple because there's labor into picking all that, but they paid us 40 cents when someone ordered apples, not paid per apple.

I also think they should be creating more ways for us to make money, not taking away our bonuses. There should be more incentives for us to work and make more, just like the way they punish us when we don't.

Lastly, we want tips to be totally separate from Instacart payments. We don't like that we're sent jobs where the company gets their hands on our tips.

## What parts do you enjoy about the job?

I really love getting to know the staff at grocery stores. In Seattle, a lot of stores are hiring refugees and people with disabilities, and it's a great opportunity to get to know them because when you're a shopper, you see them every day and develop connections.

I also love seeing the populations who need this type of service. I love delivering to parents that have small babies, and I deliver to a lot of sick people, and people with disabilities who live in group homes. I also love my elderly customers, because for a lot of them you are the only social interaction they are getting, so I try to make it meaningful. There's one elderly woman who I've shopped for a few times who lives in an assisted living facility, and I delivered her groceries last year right before Thanksgiving. I picked up a slice of pumpkin pie for her because I know she lives alone and you can't have Thanksgiving without pumpkin pie! Interactions like that make the job feel really fulfilling.

## *I DON'T THINK PEOPLE UNDERSTAND THE TERMS OF THIS JOB, AND IT BOTHERS US THAT INSTACART'S AUTOMATIC OPTIONS FOR A TIP IS 5 PERCENT, OR NO TIP AT ALL*

## What do you dislike?

I hate that we don't get compensated for our wait time. Uber, for example, pays drivers who wait on riders, but I can be leaning on a buzzer for 20 minutes before someone will let me in. Seattle has a lot of buildings where you can't get up to floors without key access, and so I can sometimes spend almost two hours a day waiting on people to come get their order.

I also don't like that the company doesn't take into account difficult parts of the job, like if there are a lot of stairs. I'm dragging huge orders from Costco to houses on hills with a lot of stairs and it's a hazard that I'm just expected to deal with. Instacart also doesn't take

into account weather issues, which is a big deal in Seattle. Even when it snows here, they are expecting us to deliver to customers as usual. I've been to houses where nobody has cleaned the driveway or sidewalks, and have had to carry watermelons through the snow. To Instacart, that just isn't a big deal.

## Who are the worst tippers?

Rich tech people. This city is basically consumed with people who work for Amazon, Microsoft, and Google, and they tend to congregate in certain neighborhoods that I deliver in. A lot of them work from home, and so I see them. They are always on conference calls, and telling me to just leave their stuff at the door. The human interaction is limited to basically nothing, and so they don't feel like they have to tip me much. They will order 60 bottles of expensive kombucha and organic green onions with comments like how I have to make sure I'm buying them ones that are two inches thick, but then they tip me $2.

I don't think people understand the terms of this job, and it bothers us that Instacart's automatic options for a tip is 5 percent, or no tip at all, considering that [as independent contractors] we supply our own vehicles and bear all the expenses. A tip could be the difference in a gig worker making rent, paying for school or medical or something really important in their life.

## What do you want people to know about your job at Instacart?

People think we are just packing up bags, which can be done by a machine. It can't be. We are looking for parking, moving around the store, weighing and bagging stuff, waiting on line, paying, driving to customers, and unloading. Our grocery shopping is being tailored very specifically to you and your family, and it requires not only a lot of personal handling, but is saving you the time and difficulty of driving, parking, loading, and unloading. I think the human factor of this job is totally discounted.

## Will you support Vox's explanatory journalism?

Millions turn to Vox to understand what's happening in the news. Our mission has never been more vital than it is in this moment: to empower through understanding. Financial contributions from our readers are a critical part of supporting our resource-intensive

work and help us keep our journalism free for all. **Please consider making a contribution to Vox today from as little as $3**.

# EXHIBIT 11



# Tracking your order and delivery

It's easy to track your order, from the moment your personal shopper starts finding your items until the moment it arrives at your door.

*For best results, download the latest version of the Instacart app for* **iOS** *or* **Android**.

## Order status

You can check your order status with the Instacart app or website.

In the app—

1. Tap the 3 stacked horizontal lines in the upper left corner
2. Tap **Your orders**
3. Tap an order to view its status

On the website—

1. At the top left, click the 3 horizontal lines
2. Click **Your orders**
3. Click on an order to view its status

## Tracking your order in progress

When your personal shopper begins working on your order, you'll see a message in the Instacart app. If you have notifications turned on, you'll also receive a notification.

In the app—

1. Tap the 3 stacked horizontal lines in the upper left corner
2. Tap **Your orders**
3. Tap **See Shopped Items** to view items already found and changes like replacements and refunds.
4. You can **Approve** changes or choose **Other options** for each item



Want to chat with your shopper? Tap the **Chat** link at the top of the screen to let them know if you want to add items to your order or make other changes. **Note certain items, such as alcohol, may not be added after your order is placed.**

On the website—

1. At the top left, click the 3 horizontal lines
2. Click on an order to view its progress

# Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)

8/5/202... Case 1:21-cv-01147-GBW-MPT    Document 29-1 - Filed 12/03/21 - Page 112 of 160 PageID #:
749
Instacart Help Center - Tracking your order and delivery





## Still need help?

Log in to help us get you to the right help quickly.


Log in

## Are you a Senior?

Contact our dedicated Senior Support Service if you need help getting started or with an existing order.

 **1.844.981.3433**

Daily: 8am - 11pm ET



## Legal

Terms of Use     Privacy Policy

   

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play and the Google Play logo are trademarks of Google LLC.

# EXHIBIT 12

Please Sign In and use this article's on page print button to print this article.

RETAILING

# Exclusive: Instacart eliminates in-store shopping positions at H-E-B locations



Instacart will no longer employ shoppers inside H-E-B locations, although its independent contractors will still be able to deliver from the stores, according to an internal email.

INSTACART

## IN THIS ARTICLE

**E-commerce**

LP
Company

David Holyoak
Person

By Mitchell Parton
Reporter, San Antonio Business Journal
Aug 19, 2020
**Updated** Aug 20, 2020, 7:55am CDT

A leading delivery service is eliminating its shopping positions inside H-E-B LP locations, though it will continue to serve customers through a different model.

San Francisco-based delivery service Instacart will no longer staff in-store shoppers at select H-E-B locations, the company confirmed Wednesday. Employees have been offered a separation package based on their tenure with Instacart.

"At Instacart, we work closely with our more than 400 retail partners to create a seamless grocery delivery and pickup experience for customers across North America," the company said in a statement. "As part of this effort, we regularly explore new solutions with our partners to find the best model for them and their customers."

In place of the Instacart employees, H-E-B employees will utilize Instacart technology to fulfill pickup orders for the service, Instacart said in a statement.

Instacart will discontinue the in-store positions beginning Sept. 28, according to an email to employees obtained by the Business Journal. The message added that there are no transfer opportunities in the San Antonio region.

The company encourages affected employees to apply for positions with H-E-B.

"We've offered transfers to impacted in-store shoppers to nearby retailer locations when possible, and we're also working closely with H-E-B to identify potential hiring opportunities based on open roles," the company said.

H-E-B said in a statement that the change will only affect 14 stores and that there will be no impact to customers.

Instacart's in-store workers shop and stage orders in one store at a time, according to its website. Unlike its independent contractors, who deliver across multiple stores and have flexibility in when they work, the in-store shoppers work scheduled shifts up to 29 hours per week and are employed by Instacart.

H-E-B offers its own home delivery program through its website. The company's subsidiary, Favor, additionally launched its own express delivery program from H-E-B stores in April, though it is limited to a maximum of 25 items.

**RELATED CONTENT**

Stein Mart closing all stores, lays out liquidation plan 

Grocery properties face pricing upheaval as landlords respond to Covid 

Steak 'n Shake puts 15 shuttered restaurants up for auction 

Locally owned e-commerce firm buys artificial intelligence provider 

Landry's launches steak and seafood delivery service 

## MORE FOR YOU

More ›



**San Antonio-based holdings company now trading on Nasdaq**



**SA health company to close, eliminating 300-plus jobs**





### SA needs a game plan to counter Austin narrative

### Balcones Heights' mall talks driving new investor interest





### Oil producers used Facebook to counter Biden's energy message

### Learning from the past and looking forward to the future: The pandemic&#8217;s impact on law firms



More ›

TRAVEL & TOURISM

**Meeting & Convention Facilities** 🔑

17 COMPANIES

HEALTH CARE

**Physician Groups** 🔑

Information provided by thew firms representativ...

10 COMPANIES

**Private Sector Employers** 🔑

Information provided by the firms representative...

25 COMPANIES

**Private Companies** 🔑

Information provided by the firms representative...

25 COMPANIES

Back to Top ▲

## SAN ANTONIO BUSINESS JOURNAL

Exclusive Instacart eliminates in-store shopping positions at H-E-B locations - San Antonio Business Journal

User Agreement | Privacy Policy

Your California Privacy Rights | Ad Choices

Do Not Sell My Personal Information

© 2021 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/21) and Privacy Policy and Cookie Statement (updated 7/20/21). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.

Case 1:21-cv-01147-GBW-MPT Document 39-1 Filed 12/03/21 Page 122 of 160 PageID #: 759

Exclusive Instacart eliminates in-store shopping positions at H-E-B locations - San Antonio Business Journal

# EXHIBIT 13

 Help Center

Log in

# Hi! How can we help?

🔍 Search

## Popular Articles

Are you a Senior?  >

How Instacart works  >

Instacart Express  >

Tracking your order and delivery  >

Coupons and promotions  >

Problem with your order  >

## All Topics

 **How Instacart Works**
What we do, areas and stores we serve, communicating with us

 **Instacart Express**
Perks, pricing, and managing your membership

Instacart Help Cards



**Instacart Gift Cards**

Buying, activating, and paying with Instacart Gift Cards



**Placing Orders**

Placing an order, sharing a cart, reporting incorrect information



**Order in Progress**

Tracking your order, approving changes, chatting with your shopper



**Delivery**

Receiving your items, reporting a problem, unknown charges



**Pricing, Discounts, & Fees**

Item pricing, coupon, promotions, referrals, taxes and fees



**How to use EBT SNAP**

Using your EBT card and shopping for eligible items



**Profile and Account Settings**

Personal settings, notifications, login issues



**Instacart Sweepstakes Rules**

View our monthly Sweepstakes



**Terms of Promos, Credits, & Gift Cards**

Terms and conditions for offers, promotions, credits, and discounts

Need to get in touch?

### Need to get in touch?

Log in to help us get you to the right help quickly.



### Are you a Senior?

Contact our dedicated Senior Support Service if you need help getting started or with an existing order.

 **1.844.981.3433**

Daily: 8am - 11pm ET



🥕 **Get deliveries with Instacart**

 iOS       ▷ Android

**Top departments**                                    ⌄

**More departments**                                   ⌄

**Instacart programs**                                 ⌄

**Get to know us**                                     ⌄

**Become a Shopper**



 iOS   Android

## Make money with us ⌄

## Top cities ⌄

## More cities ⌄

## Shopper help ⌄

## Legal

Terms of Use    Privacy Policy

   

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play and the Google Play logo are trademarks of Google LLC.

# Exhibit 14

IN THE  UNITED  STATES  DISTRICT  COURT

FOR THE  DISTRICT  OF DELAWARE

CONSUMERON, LLC, California limited
liability company,

             Plaintiff,

     v.

MAPLEBEAR INC. d/b/a INST ACART, a
Delaware corporation,

             Defendant.

C.A. No. 21-1147 LPS

**DECLARATION OF DR. GLENN REINMAN IN SUPPORT OF PLAINTIFF
CONSUMERON, LLC'S AMENDED COMPLAINT**

I, Glenn Reinman, declare:

1.      I, Glenn Reinman, have been asked by Plaintiff Consumeron, LLC ("Consumeron") to provide an opinion related to the patent eligibility of U.S. Patent Nos. 8,244,594 ("the "594 Patent"), 9,202,191 ("the '191 Patent"), 10,115,067 ("the '067 Patent"), 10,628,835 ("the '835 Patent") (collectively, the "Asserted Patents") in support of Consumeron's Amended Complaint.

## I.      EXPERIENCE AND QUALIFICATIONS

### A.      Curriculum Vitae

2.      I am a professor of Computer Science, and current Vice Chair of the Computer Science department, at the University of California, Los Angeles (UCLA).

3.      I received a Bachelor of Science degree in Computer Science and Engineering from the Massachusetts Institute of Technology (MIT) in June 1996. In March 1999, I received a Master of Science degree in Computer Science from the University of California at San Diego. I received my Doctor of Philosophy degree in Computer Science from the University of California at San Diego in June 2001.

4.      In 2001, I became an Assistant Professor at the University of California in Los Angeles (UCLA) in the Department of Computer Science. In 2007, I was promoted to the position of an Associate Professor, and in 2014, I became a Full Professor. From 2016 through 2019, I was the Vice Chair of the Computer Science department at UCLA, in charge of the Graduate Degree Program.

5.      I teach subjects such as computer systems architecture, microprocessor design, microprocessor simulation, distributed and parallel systems, and computer science. I began my career with summer internships at Intel Corporation and Compaq (now HP) in 1998 and 1999,

respectively.  At Intel, I researched issues such as the viability of caching state from the branch predictor, the translation lookaside buffer, and the branch target buffer in the second-level data cache. I also modified SimpleScalar—a system software infrastructure used to build modeling applications for program performance analysis, microarchitectural modeling, and hardware-software co-verification—to use ITR traces for Windows applications for predictability experiments, as well as running simulations with SimpleScalar to test the effectiveness of this technique.  At Compaq, I expanded the CACTI cache compiler (CACTI 2.0), including enhancing CACTI 2.0 to include a fully associative cache model, power modeling, multiple port models, transistor tuning, and tag path balancing.

6.      From 1997 through 2001, I served as a research assistant at the University of California at San Diego, where I implemented a profile-based approach to classifying loads for memory renaming, value prediction, and dependence prediction using SimpleScalar and ATOM (Analysis Tools with OM).  I also created a fetch unit with a branch prediction structure called FTB, as well as working with SimpleScalar to generate a hybrid predictive technique including renaming, value prediction, address prediction, and dependence prediction.

7.      Over the years, I have been a named inventor on two U.S. Patents, published around 100 papers, textbook chapters, and reports on such topics as steering behaviors, accelerator-rich architectures, RF interconnects, microarchitecture design, computer animation, 3D integration, 3D architecture modeling, multi-actor simulations, real-time physics simulation, error-tolerance in physics-based animation, micro-architecture pipelining, classifying load and store instructions for memory renaming, predictive techniques for load speculation, and instruction scheduling.  I have received awards or other recognition from organizations such as the International Symposium on High-Performance Computer Architecture, the Engineering Society of the University of California, and the National Science Foundation.

8.      I have also participated in organizations like the International Symposium on Microarchitecture, Computing Frontiers, the Symposium on Interactive 3D Graphics and Games (13D), the Workshop on Memory Systems Performance, the International Symposium on Computer Architecture, and the International Conference on Compilers, Architecture, and Synthesis for Embedded Systems.

9.      I have performed research in a wide variety of microcomputing and processing areas. I have developed an approximate computing architecture that uses lightweight checking to verify the quality of neural network-based computing elements. I have proposed an accelerator-rich microprocessor design that uses a heterogeneous set of building blocks to dynamically compose different accelerators depending on application demand. I developed a chip multiprocessor design for real-time physics called "ParallAX," which enhances parallel processing capabilities for reducing demand on the system. Similarly, I researched hierarchical floating point using dynamic precision reduction to reduce the area required at each fine grain core by sharing resources. I also explored the use of chip multiprocessors to increase performance and decrease latency during parallel processing. In another instance, I examined a new approach to improve the performance of sequential applications on multiple cores to facilitate single-threaded applications. Other recent work has included de-coupling cores, improving predictive techniques, and exploring better micro architectural techniques for 3D integrated circuits to maximize throughput and improve performance.

10.      In 2009, my collaborators and I competed for and received an NSF Expedition award for our proposal that has established the Center for Domain Specific Computing (CDSC) here at UCLA (the lead institution), along with other faculty from Rice University, Ohio State, and UCSB. I am one of four faculty on the executive committee of this Center. I lead the

- 4 -

Architecture Thrust of this Center, in charge of designing our customizable hardware platform. This grant had been extended in 2014 to cover further extensions to healthcare including genomics, and the Center is still actively pushing the boundaries of Domain Specific Computing.

### B.    Prior Testimony

11.     A list of cases in which I have testified at deposition or trial is available upon request.

### C.    Compensation

12.     I am compensated at a rate of $700 per hour plus any direct expenses incurred for my work in this matter. My compensation is based solely on the amount of time that I devote to activity related to this case and is in no way affected by any opinions that I render. I receive no other compensation from work on this action. My compensation is not dependent on the outcome of this matter.

## II.    SUMMARY OF OPINIONS

13.     My opinions, expressed herein, are based on my knowledge and experience as a person of ordinary skill in the art (POSITA).

### A.    The Asserted Patents Are Directed to Specific Improvements in Systems for Internet Shopping Technology

14.     The Asserted Patents addressed a need for a new type of system that improved upon the existing Internet shopping technology. The Asserted Patents are each directed to different types of a specialized mobile delivery agent system ("MDAS") with real-time imaging and rapid delivery capability that contained a number of different components and functionalities that were used in unconventional ways, as described in further detail below.

15.     At the time of invention, "there [were] many potential problems associated with ordering goods over the internet," namely that the process was costly, environmentally

- 5 -

unfriendly, and inefficient.  *See, e.g.,* '191 Patent, 1:22-35.  Traditional Internet shopping relied upon a traditional server architecture in which a user would make an HTTP request for an item to a server and the server would respond with an HTTP response.  The server, however, provided customers with only information and potentially images about the product.  In addition, pictures of goods were often not available or the picture provided in the HTTP response did not accurately depict the item.  Additionally, internet shopping did not offer the option to further view or otherwise examine the goods, and have the option to put the goods back or, at least, easily return after purchase.  *See, e.g.,* '191 Patent, 1:37-44.  Further, conventional delivery methods offered no cost-effective means for a customer to immediately acquire goods in certain situations (*e.g.* an elderly person in pain in the middle of the night).  *See, e.g.,* '191 Patent, 1:47-48.  This deficiency also posed public safety concerns with more dangerous situations, such as an intoxicated individual seeking to drive to purchase something.  *Id.* at 1:53-56.  Moreover, there were significant delays with Internet shopping which could a significant amount of time before a purchased item was actually delivered because no system existed for an individual to receive immediate delivery of desired goods.

16.      Further, upon receipt of the goods, the goods were often not what the customer actually ordered or expected due to the fact that customers could not get real-time information about the goods.  This would often result in the need to return the goods by shipping them back, which was inefficient, costly, and contributed to the large carbon footprint of Internet shopping. For at least these reasons, there was a need for a new type of delivery system which provides a customer with detailed real-time information needed to make an informed purchase or acquisition, and which, provides rapid delivery of the goods without creating a large carbon footprint, unnecessary costs, delay, or other inefficiencies.  *See, e.g.,* '191 Patent, 1:57-62.

17.      The Asserted Patents each contain different concrete and tangible inventions geared towards addressing this need by providing several delivery systems, some with a server

- 6 -

architecture that can leverage global positioning systems ("GPS"), mobile delivery agents, real-time video feeds, location of stores and inventory, to name a few. The Asserted Patents disclose and specifically claim unconventional and inventive systems, some including a server architecture that utilizes specific components, such as a GPS, mobile delivery agent system, real-time video devices, store inventory and location, and communication devices, for an efficient delivery system for goods and products. For example, the Asserted Patents use particular machinery such as a digital image capture device and a communication device, as recited in some of the claims. They also recite numerous specific limitations beyond what would be routine or conventional that improve upon a typical Internet shopping purchasing method, such as a mobile delivery agent system, which did not exist before the Asserted Patents, and electronically transmitting in real-time one set or multiple sets of images corresponding to goods using digital image capturing as part of the efficient delivery system. The Asserted Patents also teach different server architectures composed of specific components that have particular roles in the overall systems to ensure that the correct goods are delivered to customers in the most efficient manner.

18.     This inventive concept of a delivery system with a back-end server architecture utilizing specialized components (i.e. GPS, real-time image capture device, and selectable widgets) was an improvement over the conventional technology that did not permit acquisition and delivery of goods in a manner that provides the customer an option to select from a plurality of delivery agents, locate and track the delivery agent's movements in real-time, and receive images of the product for selection in real-time. These claimed delivery systems were simply not available, and thus were not conventional, routine, or well-known.

19.     In one example, some of the Asserted Patents use GPS data in a novel way, as the

server receives a plurality of delivery agents' GPS data, including their locations and movements, and uses it to provide the mobile delivery agent system with instructions, and also passes it back to a communications device, including by way of a real-time video device. The server, in some examples, can also send locations of the mobile delivery agent systems, corroborated with GPS data, to third party vendors, which in turn can provide instructions back to the server to deploy mobile delivery agent systems to relevant shopping locations in response to the customer request.

20.     Some of the Asserted Patents also use imaging in an unconventional, non-routine manner – disclosing, for example, a server that receives images from a mobile delivery agent system that are subsequently sent with associated widgets to a communications device for approval. After the customer has an opportunity to examine the images, the server receives back from the communications device a product approval or further instructions concerning the product(s). In this manner, the mobile delivery agent system enables a real-time substitution of goods, which again was not previously available during the relevant timeframe in the context of existing Internet shopping systems. This improved existing request-response server technology, in which a server merely responded to a customer's HTTP request with an HTTP response such that the customer was not able to receive and respond to product information, including images, in real-time. This, in turn, provided a technical improvement over the prior art, including improving internet shopping.

21.     At the time of the invention, GPS data was conventionally and well-known to be used to provide the location of one device to the user of that device – and which was ultimately not used by any delivery systems. Moreover, imaging devices did not generate images that could be associated with a selectable widget to enable product selection during the purchase of goods.

Furthermore, servers did not leverage real-time video devices to determine the location mobile delivery agents systems, a street view, the pick-up location, or the products during remote acquisition and delivery of goods. Thus, the mobile delivery agent system and server utilizing the GPS, imaging devices, customer communications device, and third party systems was brand new.

22.      The inventions described in the Asserted Patents each cover specific aspects of these systems which I describe below.

## 1.      The '191 Patent

23.      Claim 11 of the '191 Patent is directed to a specialized mobile delivery agent system with a real-time video device that enables a user to view goods at a pick-up site and provide approval for the immediate purchase of goods and a selectable widget for a website to generate views of the goods at a pick-up site. The '191 Patent, which discloses a specialized computer system that provides real-time imaging during an acquisition request, solves issues posed by traditional internet shopping, in which an HTTP request is sent to a server which responds with an HTTP response regarding an item that a customer wishes to purchase. In particular, the '191 patent solved the issue of a user not being able to confirm in real-time that the product the user wishes to purchase over the Internet is the actual product the user will receive.

24.      The '191 Patent discloses a system comprising a novel back-end infrastructure that uses specific components to create a server architecture that uses a global positioning system ("GPS"), real-time video device, a communication device, and, selectable widgets to communicate bi-directionally with a plurality of mobile delivery agent systems. '191 Patent, Claims 1, 11, 14. The delivery system's back-end server also stores customer information, including delivery address, billing, and historical purchase information. '191 Patent, Claims 1,

11, 14.

25.     The mobile delivery agent system and server transform a customer request by using global positioning data in a specific way, as it communicates with the GPS to locate and display nearby and available mobile delivery agent systems and an associated selectable widget to a communication device that enables the customer to communicate a choice back to the server to process, or by automatically selecting an appropriate delivery agent for the customer according to the server's processor with a decision algorithm.   '191 Patent, Claims 1, 11, 14.

26.     In sum, the '191 Patent Claims describe a specific delivery system and how each of the components of the system interacts. For example, all claims describe each component of the system and how it interacts with the other components.   Claim 11 specifically is directed to a specialized mobile delivery agent system with a real-time video device that enables a user to view goods at a pick-up site and provide approval for the immediate purchase of goods and a selectable widget for a website to generate views of the goods at a pick-up site. Claim 11 is reproduced below:

> 11.  A system for remote acquisition and delivery of one or more goods based on an acquisition request from a customer through an interactive interface for processing the acquisition request comprising:
>
> a plurality of mobile delivery agent systems configured with at least a global positioning system providing location information to at least one server;
>
> a selectable widget for a third party vendor website configured to retrieve data submitted by the plurality of mobile delivery agent systems to the at least one server and to generate a view of a pick-up site associated with the third party vendor together with at least the data submitted to the at least one server by the plurality of mobile delivery agent systems including current locations of the mobile delivery agent systems;
>
> a display for displaying to the customer at least the generated view;
>
> an input configured to receive the acquisition request and a selection made by the customer of one of the plurality of delivery agent systems representing delivery

agents;

communication means for processing the acquisition request from the customer and establishing direct communication between the customer and the selected delivery agent during both the acquisition and delivery of the one or more goods to the customer; and

a real-time video means for sending at least one image to the customer through the communication means and transmitting real-time data to the display for the customer to view the one or more goods and the respective agent's progress during performance of the acquisition request.

27.     As shown above, the claims illustrate specific components of the claimed invention of the '191 Patent, namely the way in which a mobile delivery agent system and server are configured and operate together.  The '191 Patent provides an inventive concept because it covers a novel and unconventional use of a server architecture in which an acquisition request is received from a customer as well as a selection corresponding to the delivery agent systems, and rather than merely responding with an HTTP response, the system establishes direct a communication which allows real-time data about a product to be sent and the progress of the acquisition is tracked.  Claim 11 of the '067 Patent provides specific and concrete technologies that provide particular improvements in Internet shopping, as well as improving server architecture for a particular purpose, and improving goods acquisition and delivering, all of which are rooted in computer technology because it requires a request over the Internet, the electronic transmission of images, and real-time feedback and tracking of progress of the acquisition request.  In particular, the above claim discloses the novel manner in which the server utilizes images from an imaging device to provide a real-time feed of product images and associated selectable widget to the customer communications device, thereby enabling customer approval vis-à-vis communications between the communications device and the mobile delivery agent system.  All of these features uniquely improve upon the problem with Internet shopping

- 11 -

as discussed above.

28.     Moreover, the selectable widget is a particular piece of software, with a particular function, which improves upon internet shopping because internet shopping did not have the capability to generate views of pick-up sites. The capability for a customer to select a mobile delivery agent system also goes beyond internet shopping, which was limited to the purchasing of unseen goods in 2009. The communication means, and the ability to directly communicate between the customer and the selected mobile delivery agent, was also not available with traditional internet shopping technology and solves the problem of goods being described incorrectly on a website. Further, the real-time video means, which is a tangible object used in a non-traditional sense, improves internet shopping because it transmits real-time data to the display of a customer to view the goods and the agent's progress.

29.     The above claim also teaches that the server receives and configures data from the GPS and mobile delivery agent systems to provide GPS locations and track the movements of a plurality of mobile delivery agent systems. This is not a conventional or routine use of GPS in 2009 because traditionally GPS involved a user looking at a map which provides the user with his or her location. The above claim uses GPS in a different and unique way because it takes the GPS information from the mobile delivery agent system and sends it to a server so that a third party, namely the customer, can view the current location of the mobile delivery agent system. In addition, the above claim changes the normal operation of traditional GPS and request-response server architecture because the GPS is not used to navigate a user on a map, but rather to provides a visual display of the location of a mobile delivery agent system to a third-party (the customer).

30.     Thus, the above claim does not describe generic computer components, but rather

- 12 -

particular, specialized pieces of a computer delivery system and assigns particular functions to each, including the mobile delivery agent system and how it interacts with GPS and provides real-time data to a customer which was not in existence before 2009. The novel server architecture also changes the operation of a traditional sever because it provides information to a selectable widget for a third party vendor which uses the information to provide a view of the pick-up site. The above claim also provides a specific improvement over traditional internet shopping systems because it allows a customer to receive real-time data of a product and provides real-time information regarding the acquisition and delivery of goods, and ensures that the correct products are delivered to the customer in a timely manner. Finally, the above claim explains how each of the components works together, including how the server receives uses GPS, how the selectable widget provides information, and how the communication means and real-time delivery means operate in the overall system. The disclosed way in which the specific components work together eliminates any preemption concerns as to Internet shopping or delivery systems because it describes specific components with specific functions, such as a mobile delivery agent system, remote server, and a selectable widget. In sum, the above claim reflects deliberate choices about which component play which part in the overall system. In addition to Claim 11, the remainder of the '191 Patent claims are not abstract and contain inventive concepts for at least the reasons discussed above, although the claims have different scopes and different aspects of the system.

31.     I understand that during prosecution, the claims were amended to require that the acquisition request from a customer be "through an interactive interface for processing the acquisition request" and "a global positioning system configured to provide location data to the at least one server; and a selectable widget for a website configured to retrieve data submitted by

at least one of the mobile delivery agent systems to the at least one server and generate a view of the one or more goods at the pick-up site associated with a third party vendor together with at least the data submitted to the at least one server by the mobile delivery agent system." Additionally, the "communication means" of current independent Claim 11 was amended to "process[] the acquisition request from the customer" in addition to the existing claimed functionality for "establishing direct communication between the customer and the selected delivery agent during both the acquisition and delivery of the one or more goods to the customer." The amendment further required that the at least one image be sent to the customer "through the communication means." These examiner-proposed amendments allowed the claims to overcome the Section 101 rejection, among others.

### 2.    The '067 Patent

32.    Claim 1 of the '067 Patent is directed to a specialized mobile delivery agent system with real-time imaging and rapid delivery capability which converts an acquisition request received over the Internet to instructions for the MDAS and receives real-time communications from a customer based on an electronically transmitted image. The '067 Patent solves issues that occur in traditional Internet shopping, when an HTTP request is sent to a server which responds with an HTTP response regarding an item that a customer wishes to purchase and that response contains only static information about the item.

33.    The '067 Patent discloses a system comprising a novel back-end infrastructure that uses specific components, such as a mobile delivery agent system and remote server, that receives and processes requests received over the Internet and changes the request into a communication that can be processed by the mobile delivery agent system. '067 Patent, Claims 1, 27, 28. Specifically, the server communicates instructions to a mobile delivery agent system, rather than merely respond to the request with an HTTP response, and subsequently deploys the

- 14 -

mobile delivery agent system from the third location to a fourth shopping location having the goods via further instructions corroborated with the GPS. '067 Patent, Claims 1, 27, 28. Alternatively and non-traditionally, the '067 Patent discloses a remote server receiving an acquisition request from a customer to a services provider through a line of communication established between the server and the communications device, and subsequently deploying a mobile delivery agent system to a shopping location via instructions corroborated with the GPS and provided to a second line of communication established between the server and the mobile delivery agent system. '067 Patent, Claims 1, 27, 28. Following both of the alternative options, the server then receives an electronically transmitted image of the requested goods from the mobile delivery agent system, communicates the images to the customer communication device, gathers further instructions from the customer via the communication device, and finally passes the additional instructions back to the mobile delivery agent to ultimately acquire and deliver the goods. '067 Patent, Claims 1, 27, 28. This solves the issues of static information and inaccurate product descriptions involved in internet shopping. In this manner, the delivery system uses a novel mobile delivery agent system and server which processes requests for goods is unconventional ways. The mobile delivery agent system then acquires and delivers the products to a delivery site, which provides a rapid delivery system that was not in existence in 2009.

34.      Claim 1 is reproduced below:

1.      A method for remote acquisition and delivery of goods comprising:

at least one remote server receiving, through the internet or a network from a user interface on a customer computer at a first location, a first acquisition request from a first customer for a first set of one or more goods, at a second, service location;

the at least one remote server sending instructions based on the first acquisition request, to a communication device of a mobile delivery agent system located at a third location;

- 15 -

the at least one remote server deploying the mobile agent system from the third location to a fourth, shopping location, having the first set of one or more goods, by providing instructions to the communication device, wherein the mobile delivery agent system includes: an image capture device and the communication device;

obtaining an image, with the mobile delivery agent system through use of the image capture device, of the first set of one or more goods at the shopping location;

electronically transmitting, with the mobile delivery agent system through use of the communication device, the image of the first set of one or more goods from the shopping location to the customer computer of the first customer;

receiving, with the communication device of the mobile delivery agent system, further instructions from the first customer, through the customer computer, about the first set of one or more goods based on the transmitted image;

acquiring the first set of one or more goods at the shopping location via the mobile delivery agent system; and

delivering the first set of one or more goods from the shopping location to a delivery site.

35.    As shown above, the above claim discloses the novel manner in which the server instructs and deploys the mobile delivery agent systems in response to an acquisition request received from the customer communications device, which is enabled via a communications line established between the mobile delivery agent system and communications device by the server. Additionally, the above claim teaches the unconventional use of an imaging device to obtain and electronically transfer an image from the mobile delivery agent system to the customer communications device again through the novel communications line established by the server. Further, the above claim illustrates the novel way the server receives further instructions from the customer in response to examination of the transmitted images, enabling the unconventional approval and/or substitution of goods which was not in existence before the '067 Patent.

36.    The above claim changes the normal operation of a typical request-response server architecture because the remote server sends instructions to the mobile delivery agent system to facilitate the acquisition and delivery, rather than merely responding to the customer's

- 16 -

request via an HTTP response from the server.  The above claim also provides a specific improvement over traditional internet shopping systems because it allows a customer to receive a real-time image of a product and provide feedback and instruction in response to that image, enabling a selection of goods.  Claim 1 also provides an inventive concept because it provided a novel and unconventional use of a server and mobile delivery agent system in which a server changes a customer request received over the Internet and facilitates communication to the mobile delivery agent system which permits a customer to provide real-time feedback in response to an electronically transmitted image, such that the mobile delivery agent system can carry out delivery of the product in response to the acquisition request.  Indeed, the '067 Patent specifically states images may not have been available to customers at all, or if so, they may not have been accurate depictions of the goods and no good solution for an individual to receive immediate delivery of desired goods, highlighting that Claim 1 of the '067 Patent contains an inventive concept because the elements specifically addresses these issues.  Moreover, the above claim explains how each of the components works together, including how the remote server receives an acquisition request, how the mobile delivery agent system interacts with the remote server, and how the mobile delivery agent system provides and receives real-time feedback from the customer.  The disclosed way in which the specific components, such as the mobile delivery agent system and the remote server, work together eliminates any preemption concerns as to Internet shopping or delivery systems.  In addition to Claim 1, the remainder of the '067 Patent claims are not abstract and contain inventive concepts for at least the reasons discussed above, although the claims have different scopes and different aspects of the system.

37.     I understand that during prosecution, the claims were amended to add the requirement to each of the independent claims that a *remote server* perform the steps of

- 17 -

receiving a first acquisition request for goods, sending instructions based on the first acquisition request to a communications device of a mobile delivery agent system and deploying the mobile delivery agent system to a shopping location having the requested goods. These amendments were made to overcome the prior office actions that found the claims were "directed to a judicial exception … without significantly more" "by substantively addressing and alleviating the previously expressed rationale" for finding the claims were not eligible. The examiner allowed the '067 Patent.

### 3.    The '835 Patent

38.    Claim 26 of the '835 Patent is directed to a specialized mobile agent system that includes software that permits a customer to inspect and approve the purchase of a particular product exactly as shown in an electronically transmitted real-time image and providing delivery of the particular product to a delivery site. The '835 Patent, which discloses a specific technological system designed to improve upon internet shopping because it includes software that works with a mobile agent system that allows a customer to see, in real-time, information about the goods a customer wishes to purchase and allows the customer to inspect and approve the purchase of that exact good, solves issues posed by traditional internet shopping. Indeed, the '835 Patent solves the lack of ability for a customer to know exactly what they are getting when an order is placed on the Internet, and significant delivery delays, which had the effect of causing a customer to return goods, or worse, not use the internet to shop at all.

39.    The '835 Patent discloses a system comprising a novel back-end infrastructure that uses specific components in an unconventional way to communicate bi-directionally with mobile delivery agent systems to locate a plurality of agents of a service provider at various geographic locations, receive an acquisition request including product data, contact mobile delivery agent systems at various geographic locations, send location information based on GPS

signals to the customer communication device, and electronically transmit imaging information in real-time about goods to be approved, acquired, and delivered in response to a customer request received from the customer communication device, all of which are not conventional and not routine because no system exists like this before the filing of the '835 Patent. '835 Patent, Claims 1, 24, 26.

40.   Claim 26 is reproduced below:

26.   A method for remote acquisition and delivery of goods comprising:

locating a plurality of agents of a service provider at various geographic locations, each agent having a mobile agent system in communication with at least one remote server, wherein each mobile agent system includes: a digital image capture device, a global positioning system and a communication device;

sending to a first customer, information on at least one of the plurality of agents, including location information based on signals from the global positioning system;

receiving a first acquisition request from a first customer for a first set of one or more goods;

contacting one of the plurality of agents for a location having the first set of one or more goods;

electronically transmitting, in real-time, information on the first set of one or more goods to the first customer using the digital image capture device of the agent, including obtaining an image of a particular product of the first set of the one or more goods and sending the image for the first customer to inspect and approve the purchase of the particular product exactly shown in the image;

acquiring the particular product, via the agent; and providing for delivery of the particular product to a delivery site.

41.   As shown above, the claim details the specific roles of components for the delivery system, and recites the use of particular pieces of equipment, including a remote server that is specialized because it does not merely send an HTTP response back based upon an acquisition request from a customer, but contacts the mobile delivery agent system which, in turn, sends a real-time image of the exact product and verifies that the customer wishes to purchase the product. In particular, the above claim teaches the novel way that the server

- 19 -

communicates with the communications device to send it the locations of the plurality of mobile delivery agent systems using a communications line established between the mobile delivery agent system and customer communications device.

42.     Additionally, the above claim discloses the server's integration of GPS data to provide the customer with the mobile delivery agent system's GPS locations throughout the acquisition and delivery process. This was not a traditional use of GPS in 2009 because typically GPS involved a user looking at a map which provides that user with his or her location. The above claim uses GPS in a different and unique way because the server takes the GPS information from the mobile agent systems and sends it to the customer, transferring the data from one device to another. In this manner, the above claim changes the normal operation of traditional GPS and request-response server architecture because the GPS is not used to navigate a user on a map, but rather to provides location information to a third-party (the customer).

43.     Furthermore, the above claim illustrates the server's utilization of an imaging device to electronically transmit, in real-time, images of the goods from the mobile delivery agent system to the communications device, enabling inspection and approval by the customer. In this manner, the server enables the novel substitution of goods. In this manner, the above claim provides for the delivery of the exact product that the customer inspected and approved in real-time over the Internet.

44.     The above claim discloses a server distinct from the operation of a normal server because it provides information based on a customer request over the internet to a mobile agent system which uses the information to ensure the exact product the customer desires is delivered. The above claim also provides a specific improvement over traditional internet shopping systems because it allows a customer to receive real-time images of a product, allowing a customer to

inspect and approve of the product.  Further, the above claim explains how each of the components works together, including how the server receives and uses GPS, how images are used, and describes the specific roles of all of the components of the system.  The disclosed way in which the specific components work together eliminates any preemption concerns as to Internet shopping or delivery systems.  Claim 26 also discloses an inventive concept because it provides a novel and unconventional use of a server architecture in which a server transforms an acquisition request to a communication to the mobile agent system rather than merely providing an HTTP response, and provides for a mobile agent system that allows a customer to review and image and inspect and approve a particular product exactly as shown, and facilities the delivery of the particular product to a delivery site.  This is, in turn, is a technology improvement over the prior art, including an improvement over Internet shopping.  Further, Claim 26 recites specific limitations not previously available in the art and beyond what would be routine or conventional, including the use of particular specialized machinery such as the mobile delivery agent system, GPS, digital image capture device, and a communication device, and improve upon a typical internet shopping purchasing method, such as by electronically transmitting, in real-time an image of the product so that it can be approved.  Like all of the claims of the Asserted Patents, the above claim reflects deliberate choices about which components play which part in the overall system.  Thus, the above claim does not describe generic computer components, but rather particular, specialized pieces of a computer delivery system and assigns particular functions to each, including the mobile agent system and how it interacts with remote server and GPS to provide real-time data to a customer which was not in existence before 2009.  In addition to Claim 26, the remainder of the '835 Patent claims are not abstract and contain inventive concepts for at least the reasons discussed above, although the claims have different scopes and

different aspects of the system.

45.     I understand that during prosecution, the Examiner allowed the claims after Consumeron amended the claims and explained that such amendments "presented a practical application as required by Section 101." The amendments added requirements for "electronically transmitting, in real-time, information on the first set of one or more goods to the first customer using the digital image capture device of the agent, including obtaining an image of a particular product of the first set of the one or more goods and sending the image for the first customer to inspect and approve the purchase of the particular product exactly shown in the image; acquiring the particular product, via the agent; and providing for delivery of the particular product to a delivery site." As Consumeron explained in 2019, this claim amendment "specifically recites additional elements that integrate the judicial exception into a practical application[.]" The examiner agreed, allowing the claims on that basis.

### 4.     The '594 Patent

46.     Claim 13 of the '594 Patent is directed to a specialized MDAS that uses a server which calculates and determines the most efficient delivery agent based on the location of goods, global positioning data, and delivery site, and uses a real-time video device to electronically transfer an image of a particular good and causing delivery of that good. Claim 13 of the '594 Patent discloses an inventive concept because it recites a novel and unconventional use of a server architecture that improved existing request-response server technology, in which a server receives an acquisition request and rather than merely providing an HTTP response, calculates the most efficient delivery, deploys delivery agents, and electronically transmits images in real-time to ensure the correct goods are delivered. This, in turn, is technological improvement over the prior art, including an improvement to Internet shopping. Further, the Asserted Patents also recite specific limitations not previously available in the art and beyond what would be routine or

conventional, including the use of particular specialized machinery such as the mobile delivery agent system including a GPS, digital image capture device, and a communication device, and improve upon a typical Internet shopping purchasing method, such as by electronically transmitting, in real-time, image data.

47.     The '594 Patent discloses a delivery system with a novel back-end infrastructure that uses specific components, such as a mobile delivery agent system and a remote server. This system obtains GPS information on the plurality of delivery agents and a selection of the plurality of agents for fulfilling the request by calculating which delivery agent could most efficiently carry out the service based on a) the location having the goods, b) the delivery agent's location, and c) the delivery site – each of which are determined by corroborating GPS data. '594 Patent, Claim 1, Claim 13. The server then subsequently deploys the agents to the location of the goods according to GPS data and previous calculation to then acquire and deliver the goods to the customer at the customer's selected delivery location. '594 Patent, Claim 1, Claim 13. At the shopping location, the server electronically transfers to the customer communications device an image of the goods using a real-time video device. '594 Patent, Claim 1, Claim 13.

48.     Claim 13 is reproduced below:

13.     A method for remote acquisition and delivery of goods comprising:

deploying a plurality of delivery agents of a service provider to various geographic locations, each delivery agent having a mobile delivery agent system in communication with at least one remote server, wherein each mobile delivery agent system includes: a real-time video device, a communication device and a global positioning device;

receiving a first acquisition request from a first customer for a set of one or more goods;

after receiving the first acquisition request, calculating which of the plurality of delivery agents could most efficiently carry out the first acquisition request using the at least one remote server, with the calculation being based, at least in part, on a

- 23 -

location having the first set one or more goods, a current location of the delivery agent as determined utilizing the global positioning device, and the delivery site:

deploying one of the plurality of delivery agents to the location having the first set of one or more goods based, at least in part, on the calculation;

electronically transferring an image of the first set of one or more goods to the first customer using the real-time video device;

acquiring the first set of one or more goods via the delivery agent; and

delivering the first set of one or more goods to a delivery site selected by the first customer.

49.     As shown above, the above claim discloses the novel manner in which the server deploys a plurality of delivery agents to various geographic locations in response to a communications line established between the server to the mobile delivery agent system. Additionally, the above claim teaches the novel way the server calculates which of the delivery agents could most efficiently carry out the acquisition request, based on global positioning data corroborated by the GPS as to the location of goods, location of the delivery agents, and location of the delivery site. Further, the above claim illustrates the novel way the server deploys one of the plurality of delivery agents to the shopping location, based on instructions provided through the communications line. Finally, the above claim shows the unconventional way the invention utilizes an imaging device to provide real-time video feeds and images of the product to the customer communications device via another communications line established between the mobile delivery agent system and customer communications device by the server. This enables the customer to inspect the product to provide feedback and product approval. In this manner, the above claim enacts the most efficient delivery in response to a customer site selected by the customer which ensures the correct goods are delivered to the correct destination in a timely manner.

50.     The above claim changes the normal operation of traditional GPS and request-

response server architecture because the GPS is not used to navigate a user on a map, but rather used in conjunction with the location of the goods and the delivery site to ensure that the delivery is the most efficient. Also, the server of the above claim is distinct from typical servers in that it receives acquisition requests over the internet, and rather than merely providing a response, performs a calculation to determine the most efficient delivery of the particular goods based on the location of the goods. The claimed novel back-end server architecture also changes the operation of a normal sever because it provides information based on a customer request over the internet to a mobile delivery agent system that uses the information to ensure the exact product the customer desires is delivered. Thus, the above claim does not describe generic computer components, but rather particular, specialized pieces of a computer system and assigns particular functions to each, including the mobile delivery gent system and how it interacts with remote server and GPS to provide the most efficient delivery of the actual goods that a user desires, rather than a speculative product that may not actually be available on the internet. The above claim explains how each of the components works together, including how the server receives and uses GPS, how images are used, what information is used to perform the necessary calculation for efficient delivery. The disclosed way in which the specific components work together eliminates any preemption concerns as to Internet shopping or delivery systems. Like all of the claims of the Asserted Patents, the above claim reflects deliberate choices about which components play which part in the overall system. In addition to Claim 13, the remainder of the '594 Patent claims are not abstract and contain inventive concepts for at least the reasons discussed above, although the claims have different scopes and different aspects of the system.

### 5.    Dependent Claims of the Asserted Patents

51.    The dependent claims of the Asserted Patents additionally reveal inventive concepts – namely expanding upon the ways in which the server interacts with the GPS, real

time video feed, imaging device, and communications devices to improve the efficiency of the acquisition and delivery. All of these additional elements demonstrate that the claims are directed to an unconventional solution that was an improve over the prior art. For example, the dependent claims elaborate on the mobile delivery agent system selection process, disclosing the server providing to the customer communications device with information on the mobile delivery agent system's availability ('067 Patent, Claim 3; '191 Patent, Claim 8; '835 Patent, Claim 4; '594 Patent, Claim 17), and receiving an acquisition request from the customer that includes the customer's selection of a mobile delivery agent to fulfill the request ('067 Patent, Claim 4; '835 Patent, Claim 3; '594 Patent, Claim 16). The claims further provide an alternative means for selecting a mobile delivery agent, disclosing a server with a processor adapted to calculate and select the most efficient mobile delivery agent system based on the current location of the agents, the pick-up location, and the delivery site. '191 Patent, Claims 4, 7, 8; '067 Patent, Claim 5.

52.     The claims also disclose the server further communicating with the customer communications device about the products, including obtaining consent to acquire the goods ('067 Patent, Claim 7; '835 Patent, Claim 6; '594 Patent, Claim 3), streaming real-time video of the mobile delivery agent's view of the products ('067 Patent, Claim 18; '191 Patent, Claim 12; '835 Patent Claims 14, 15), and using a widget to establish a communication link between the mobile delivery agent and customer communications device ('191 Patent, Claim 16). The claims additionally disclose the server receiving instructions from the customer, by way of the customer communications device, to remotely inspect the goods using the real-time video or imaging device. '594 Patent, Claim 1; '067 Patent, Claim 8.

53.     The dependent claims disclose the capacity for a second delivery, teaching a server receiving a second acquisition request, electronically transferring to the customer

communications device a second set of product images, and acquiring and delivering the second set of products. '067 Patent, Claim 11; '835 Patent, Claim 9; '594 Patent, Claim 8. They also elaborate on the server's utilization of the specialized GPS and imaging device, disclosing the server providing the customer communications device the mobile delivery agent system's real-time street view, ('067 Patent, Claim 10; '835 Patent, Claim 7, '594 Patent, Claim 6), the mobile delivery agent's location ('191 Patent, Claim 10), the mobile delivery agent's viewing and travel data during the acquisition (*id*. at Claim 13), and the mobile delivery agent's progress during performance (*id*. at Claim 15). The claims also disclose the server storing data, including customer information and purchase history. '067 Patent, Claim 26; '191 Patent, Claim 3. Additionally, claims 25 and 27 disclose unconventional uses of bar codes and QR codes in that the mobile delivery agent system can use them to transmit real-time product data and claim 27 provides that a customer can scan them to place an acquisition request. These limitations only further illustrate the concrete nature of the claims as they disclose additional components that form the remote acquisition and delivery system. Likewise, these dependent claims show that the Asserted Patents are not conventional, well-known, or routine, as they expand upon the disclosed delivery systems which were not available at the time.

### 6.   The Claimed Inventions Are Not Analogous to Abstract Ideas

54.   A POSITA would not have understood the claimed inventions, at the time of the invention, as applying conventional computer components to conventional business practices, such as those of traveling salespeople, personal assistants, or coordinating and monitoring baggage delivery. Instead, Claim 1 of the '067 Patent is directed to a specialized mobile delivery agent system with real-time imaging and rapid delivery capability which converts an acquisition request received over the Internet to instructions for the MDAS and receives real-time communications from a customer based on an electronically transmitted image. Claim 11 of the

'191 Patent is directed to a different system than the '067 Patent. Claim 26 of the '835 Patent is directed to a specialized mobile agent system that includes software that permits a customer to inspect and approve the purchase of a particular product exactly as shown in an electronically transmitted real-time image and providing delivery of the particular product to a delivery site. Claim 11 of the '191 Patent is directed to a specialized mobile delivery agent system with a real-time video device that enables a user to view goods at a pick-up site and provide approval for the immediate purchase of goods and a selectable widget for a website to generate views of the goods at a pick-up site. Claim 13 of the '594 Patent is directed to a specialized MDAS that uses a server which calculates and determines the most efficient delivery agent based on the location of goods, global positioning data, and delivery site, and uses a real-time video device to electronically transfer an image of a particular and causing delivery of that good. The other claims of the '067 Patent, '191 Patent, '835 Patent, and '594 Patent are directed to similar systems, respectively, but vary based on the actual limitations of the claims.

///
///
//

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.  Executed on December 02, 2021 in ____Los Angeles, CA_____.

_____

Glenn  Reinman, PhD