IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMERON, LLC, California limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 21-1147-GBW-MPT |
| MAPLEBEAR INC. d/b/a INSTACART, a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

**JOINT LETTER REGARDING CLAIM CONSTRUCTION**

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
James Hannah
Christina M. Finn
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
(650) 752-1700


Dated:  December 9, 2022

John W. Shaw (#3362)
Nathan R. Hoeschen (#6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

OF COUNSEL:

David J. Silbert
Michelle Ybarra
Ryan K. Wong
Mark Strickland
JD Schneider
Christopher S. Sun
Bilal Malik
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Dear Judge Williams:

Pursuant to the Court's November 30, 2022 Oral Order (D.I. 154), Plaintiff Consumeron, LLC ("Consumeron" or "Plaintiff") and Defendant Maplebear Inc. d/b/a Instacart ("Instacart" or "Defendant") submit this Joint Letter.

1. Neither Consumeron nor Instacart will be presenting expert testimony during the Markman hearing scheduled on January 9, 2023.

2. Enclosed please find a Joint Revised Claim Construction Chart that identifies the 10 disputed claim terms as well as Consumeron's and Instacart's proposed constructions for each term. The parties have been unable to agree upon the construction of any of the disputed terms. Apart from the inclusion of all the claims in which the claim term "real-time" appears, this chart is the same as Consumeron's Updated Claim Construction Chart (D.I. 152-1).

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff*<br><br>Dated: December 9, 2022 | By: */s/ Nathan R. Hoeschen*<br>John W. Shaw (#3362)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant* |