IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMERON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1147-GBW-MPT |
| | ) |
| MAPLEBEAR INC. d/b/a INSTACART, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION**

Defendant hereby stipulates that if the Board institutes an *inter partes* review trial in IPR2022-01356, IPR2022-01357, IPR2022-01358, and/or IPR2022-01359, Defendant will not pursue in this case the specific invalidity grounds raised in the petitions, or any other ground that reasonably could have been raised in an *inter partes* review. This stipulation is not intended, and should not be construed, to limit Defendant's ability to assert invalidity of the asserted claims of the Asserted Patents on any other ground, regardless of whether *inter partes* review is instituted.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br>David J. Silbert<br>Mark E. Strickland<br>Michelle Ybarra<br>Ryan K. Wong<br>Christopher S. Sun<br>Bilal Malik<br>JD Schneider<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>(415) 391-5400 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant Maplebear Inc. d/b/a Instacart* |

Dated: January 4, 2023